UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/09
```

---

UNITED STATES OF AMERICA,

              Plaintiff,

     v.

INTERNATIONAL BROTHERHOOD OF
TEAMSTERS, et al.

              Defendants.

88 CIV. 4486 (LAP)

ACKNOWLEDGMENT OF RECEIPT
OF THE AGREEMENT
BETWEEN THE INDEPENDENT
REVIEW BOARD AND
PETER INNAURATO

---

     This Court hereby acknowledges that the Agreement enclosed with Application 136 of the Independent Review Board ("IRB") for the International Brotherhood of Teamsters ("IBT") has been received by this Court, and that this Court has caused to be filed the original documents concerning the Agreement enclosed with Application 136 with the Clerk of the Court of the Southern District of New York.

     This court further certifies that the instant Acknowledgment of Receipt ("the Acknowledgment") has been filed with the Clerk of the Court of the Southern District of New York, and that a copy of the Acknowledgment has been forwarded to the following:

John J. Cronin, Jr.
444 North Capitol Street, N.W., Suite 528
Washington, DC 20001
Administrator of the Independent Review Board

Thomas H. Kohn, Esq.
Markowitz & Richmond
1100 North American Bldg.
121 South Broad Street
Philadelphia, PA 19107
Counsel for Peter Innaurato

Dated:    June 3, 2009
           New York, New York

                                              Loretta A. Preska
                                              U.S.D.J.