UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        *Plaintiff*,

v.

INTERNATIONAL BROTHERHOOD OF
TEAMSTERS, *et al.*

        *Defendants*.

No. 88 Civ. 4486 (LAP)

---

### ORDER REGARDING COMMENTS AND HEARING ON JOINT MOTION FOR APPROVAL OF THE FINAL AGREEMENT AND ORDER AND STIPULATION FOR DISMISSAL

1. Written comments by interested parties on the Joint Motion for Approval of the Final Agreement and Order and Stipulation for Dismissal ("Joint Motion for Approval") should be submitted any time before 5:00 p.m., February 4, 2015. The comments should be submitted by ECF filing or, alternatively, by electronic mail to USANYS.IBTsettlement@usdoj.gov, or by first class mail or overnight delivery to:

    United States Attorney's Office, Southern District of New York
    AUSA Tara M. La Morte
    86 Chambers Street, 3rd Floor
    New York, NY 10007

The United States and International Brotherhood of Teamsters shall compile and file by ECF any comments submitted by electronic mail, first class mail, or overnight delivery.

2. The comments should (a) clearly indicate the party's name, mailing address, and e-mail address (if available), (b) state that the party is commenting on the Joint Motion for Approval in *United States v. International Brotherhood of Teamsters*, No. 88 Civ. 4486 (LAP), (c) provide any comment or legal authority that the party wishes to bring to the Court's attention,

and (d) state whether the party intends to speak at the hearing.

3. The Court will hold a hearing on **February 11, 2015, at 11 a.m.** in Courtroom 12A of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007-1312, on the Joint Motion for Approval. The hearing will be an opportunity for comments on and oral arguments in support of and in opposition to the Joint Motion for Approval. There will be no testimony.

4. Each commenter shall be heard for a reasonable period of time, not exceeding 5 minutes or as the Court may otherwise order. Counsel for the United States and the International Brotherhood of Teamsters should be prepared to address the comments.

BY THE COURT:

January 14, 2015

*Loretta A. Preska*
Hon. LORETTA A. PRESKA
Chief Judge
U.S. District Court for the Southern District of New York

2