1

INDEPENDENT INVESTIGATIONS OFFICER

----------------------------------------X

UNITED STATES,

                -against-              88 CIV 4486


INTERNATIONAL BROTHERHOOD

OF TEAMSTERS.


----------------------------------------X


SWORN EXAMINATION OF W.C. SMITH

New York, New York

Thursday, August 11, 2016


Reported by:

SUSAN HISLER

Job No.  10121

2

1

2

3

4

5

6

7                                    August 11, 2016

8                                      10:59 a.m.

9

10          Sworn Examination of W.C. SMITH, held at

11     the offices of Jones Day, 250 Vesey Street, New

12     York, New York, before Susan Hisler, a Shorthand

13     Reporter and Notary Public within and for the

14     State of New York.

15

16

17

18

19

20

21

22

23

24

25

3

1

2    APPEARANCES:

3    ON BEHALF OF UNITED STATES,

4          INDEPENDENT INVESTIGATIONS OFFICER

5          17 Battery Place, Suite 331

6          New York, New York 10004-1102

7          Phone:  212-635-0202

8          Fax:  212-363-1935

9          By:  CELIA ZAHNER, ESQ., SPECIAL COUNSEL

10         E-mail:  Irbcio@rcn.com

11

12   ON BEHALF OF INTERNATIONAL BROTHERHOOD OF TEAMSTERS,

13   W.C. SMITH

14         COZEN O'CONNOR

15         45 Broadway, 16th Floor

16         New York, New York 10006

17         Phone:  212-883-4951

18         Fax:  917-521-5866

19         By:  J. BRUCE MAFFEO, ESQ.

20         E-mail:  Jbmaffeo@cozen.com

21

22   ALSO PRESENT:

23         Robert Callus
           Special Investigator

24
           Emily M. Gurskis

25         Cozen O'Connor

W.C. Smith                                          8/11/2016

4

1                          Smith

2    W. C.    S M I T H, having been first duly

3          sworn by a Notary Public within and for

4          the State of New York, stated his work

5          address as 25 Louisiana Avenue, NW,

6          Washington, DC 20001, was examined and

7          testified under oath as follows:

8    EXAMINATION BY MS. ZAHNER:

9        Q    Good morning.  As you know, my name

10   is Celia Zahner.  I'm counsel to the

11   independent investigations officer.

12           And this is Robert Callus who also

13   works in the investigation officer's office.

14   And this is a continuation of your sworn

15   examination.

16           And you understand that you are

17   testifying under oath today?

18       A    Yes.

19       Q    And you understand that one of the

20   consequences is that if you were to testify

21   falsely, you could be charged with the crime

22   of perjury?

23       A    Yes.

24       Q    And just for the record, we're going

25   to start with Exhibit 11 since we had 10 from

W.C. Smith                                    8/11/2016

5

```
 1                      Smith
 2     the prior deposition.
 3            When you travel for IBT business, do
 4     you receive actual expenses or are you on
 5     some type of per diem?
 6        A    I'm on limits.
 7        Q    And what are the limits?
 8        A    The dinner limit is $100 per person.
 9     The lunch, I believe it's 55.  And I think
10     breakfast, I think it's 34 or 38, I think.
11            But I could supply you the policy
12     that states the exact -- but I know that
13     dinner is 100.
14        Q    So it's actual expenses up to a cap
15     of whatever the amounts are?
16        A    Each individual meal.  It's not a
17     total.
18        Q    Correct, correct.
19            And your current cell phone number
20     is (202) 437-1501?
21        A    Yes.
22        Q    And what is the carrier for that
23     phone?
24        A    I believe it's AT&T.
25        Q    Have you ever used the phone number
```

W.C. Smith                                      8/11/2016

6

1                         Smith

2      (601) 955-8782?

3          A     Yes.

4          Q     And when did you use that number?

5          A     I had a cell phone with local 891

6      in -- I'm trying to think of the year.  But

7      at some point I dropped that phone.

8                Maybe in -- it was after I went to

9      work for the general president, maybe in '10

10     or '11.  I'd have to check the records for

11     sure.  But I no longer use it.

12         Q     So the last time you used it was

13     either in 2010 or 2011 to your recollection?

14         A     I would prefer to check the records

15     the exact time that I canceled that phone.  I

16     don't know specifically.  It's been several

17     years.

18         Q     At any point did you have both

19     phones, the 601 cell phone and the 202 cell

20     phone?

21         A     I did when I first went to work for

22     the general president.  I don't know how long

23     of a period that was, but I did, yes.

24         Q     And when was it that you went to

25     work for the general president?

W.C. Smith                                    8/11/2016

7

```
 1                    Smith
 2        A    January 1, 2010.
 3        Q    In 2013, did you have your own
 4   personal credit cards?
 5        A    In 2013 did I have what now?
 6        Q    Personal credit cards.
 7        A    Yes.
 8        Q    And did you also have an IBT credit
 9   card?
10        A    Yes.
11        Q    Did you have more than one IBT
12   credit card?
13        A    I have one IBT credit card.
14        Q    And in 2012, how many personal
15   credit cards did you have?
16        A    2013, I had the one normal card
17   which was Visa.  And I think later it
18   converted to MasterCard.  But I think it was
19   Visa in '13, converted at a later date to
20   MasterCard.
21             The company did.  I didn't change
22   cards.  I had a -- I have had a gold American
23   Express card since 1974 that I use very
24   sparingly.  And I have an American Express
25   Delta card.
```

W.C. Smith                                          8/11/2016

8

1                      Smith

2      Q    And have you had the American

3  Express Delta card continuously since 2013?

4      A    I had it for a period of time and I

5  dropped it.  I don't recall when I dropped

6  it.  And I picked it back up after a year or

7  two.

8      Q    And the Visa or MasterCard, what

9  company was it with?  Was that your IHG?

10     A    Yes.

11     Q    How long have you had that card?

12     A    I would say 8, 10 years maybe.

13     Q    And you had that card continuously?

14     A    Yes.

15     Q    And is that card with Chase credit

16  card services?

17     A    It is now.  I don't remember when it

18  was with Visa who it was with.  But it could

19  have been with Chase.  I don't know.

20     Q    And the three cards that you have

21  described, are those the cards you have

22  currently?

23     A    I have one other card that I

24  obtained about a year ago which is -- I

25  forgot who it's -- it's like an American

W.C. Smith                                    8/11/2016

9

1                          Smith

2     Airlines card.  But I don't recall the bank

3     it's associated with.  I use it sparingly.

4          Q    Does the IBT have a records

5     retention policy?

6          A    Could you -- on credit cards?

7          Q    No, for IBT records, any records.

8          A    I don't know if they have a policy

9     or not.

10         Q    Did anyone ever tell you that the

11    IBT has a records retention policy?

12         A    I mean, could you be more specific?

13             MR. MAFFEO:  Do you know what a

14       records retention policy is?

15             THE WITNESS:  I think I do.  That's

16       what I'm trying to find out.

17         A    How long they keep the records on

18    credit cards?

19         Q    Any records.

20         A    No one has ever told me that we have

21    a policy, no.

22             MS. ZAHNER:  Please mark this as

23       Exhibit 11.

24             (Memorandum and policy was

25       marked as Exhibit 11 for

W.C. Smith                                          8/11/2016

                                                              10
                            Smith

 1
 2          identification, as of this date.)
 3      Q    Mr. Smith, if you could take a look
 4    at what's been marked as Exhibit 11 and tell
 5    me if you recognize that as something you
 6    have seen before.
 7          There's a memo on the first page and
 8    then there's a policy attached?
 9      A    I don't specifically remember seeing
10    this, but I might have.  As I understand it,
11    we're in compliance with DOL.
12      Q    And you're not sure whether you have
13    ever seen that before?
14      A    I don't recall specifically seeing
15    this.
16      Q    Did you ever discuss any records
17    retention policy with anyone at the IBT?
18      A    No.
19      Q    At any point when you were employed
20    at the IBT, were you ever told that your IBT
21    e-mail box was too large and e-mails had to
22    be deleted?
23      A    No.
24      Q    Did anyone from the IT department
25    ever tell you that you had to delete e-mails

W.C. Smith                                              8/11/2016

                                                                11

     1                    Smith

     2     from your account?

     3         A    No.

     4         Q    At some point, was a litigation hold

     5     put on your e-mails?

     6         A    I was never told that.

     7         Q    Were you ever told anything about

     8     your e-mails by the IT department?

     9         A    I was told by Brad Raymond that the

    10     IDO had requested my e-mails.

    11         Q    And was it your understanding that

    12     there was some hold on your e-mails at that

    13     point, that no e-mails could be deleted or if

    14     e-mails were deleted they would be retained

    15     anyway?

    16         A    I was never told that.

    17         Q    Have you heard of the term

    18     "litigation hold"?

    19         A    I have.

    20         Q    But nobody ever told you that

    21     applied to your e-mails?

    22         A    Brad Raymond asked me if I ever

    23     deleted any of my e-mails, and I said no.

    24     Now, we had this discussion last time.

    25              But I call it deletions when I

W.C. Smith                                          8/11/2016

12

1                        Smith

2      delete it after I have read it.  But I did

3      not try to erase, I guess is the way I should

4      say it.

5          Q    So after you have read an e-mail and

6      you say you delete it, what do you do to it?

7          A    I hit delete.

8          Q    And that's all you do?

9          A    Yes.

10         Q    Are you familiar with the phone

11     number (202) 624-6917?

12         A    I mean specifically I'm not.  But

13     (202) 624 are in line with IBT.

14         Q    Have you ever flown on a plane from

15     Avantair?

16         A    You know, not to my knowledge.  I

17     fly 40 weeks a year, but not to my knowledge.

18         Q    Do you fly on noncommercial planes?

19         A    No.

20         Q    So all your flying is done

21     commercial?

22         A    Yes.

23         Q    Have you ever flown on a

24     noncommercial plane?

25         A    I have.

W.C. Smith                                              8/11/2016

13

1                          Smith

2        Q      And what were the circumstances?

3        A      When the southern conference of

4    teamsters had a plane in the eighties, I flew

5    on it a couple of times.  I don't

6    specifically remember how many.

7        Q      Other than that, have you flown on

8    private planes?

9        A      I flew on -- one time I recall on a

10   western conference airplane from one meeting

11   to another meeting.

12           And I recall flying one time on the

13   general president's airplane in the eighties.

14   And I recall flying on the general secretary

15   treasurer of the IBT once, maybe twice in the

16   eighties.

17           The IBT, I mean, we have no planes

18   and have not had any planes since I think '91

19   or '92, I think.

20       Q      And in the last five years, have you

21   flown on any private planes?

22       A      No.

23       Q      And in your earlier testimony you

24   had described going to a Joint Council 7

25   meeting in Monterey?

W.C. Smith                                          8/11/2016

                                                          14

1                          Smith

2       A    Yes.

3       Q    And that was in September of 2014?

4       A    Yes.

5       Q    And while you were there, you played

6   golf with Mr. Bertucio and Mr. Mack?

7       A    Yes, and another gentleman.

8       Q    Do you remember his name?

9       A    I do not.  He was a personal friend

10  of Mr. Bertucio's.

11      Q    And what was the name of the course

12  that you played?

13      A    I think it was in the previous

14  testimony, but I believe the name of it was

15  The Reserve.  I think that's correct.

16      Q    Could it have been at Pebble Beach?

17      A    No, it wasn't at Pebble Beach.

18      Q    Were you staying near Pebble Beach?

19      A    I was staying at the Hyatt Hotel in

20  Monterey.

21      Q    Have you ever heard of the Preserve

22  golf course?

23      A    The Preserve?

24      Q    Yes.

25      A    Where at?

15

1                        Smith

2      Q     Monterey or in that area.

3      A     I think so.  I mean, I am not 100

4   percent that the other course was the

5   Preserve.  It could have been the Preserve.

6   I don't know.

7      Q     But you played in Monterey in that

8   area?

9      A     Well, wherever that course was is

10  where I played.  I don't know the specific

11  city.

12     Q     Was it in Stockton?

13     A     In where?

14     Q     In Stockton, California?

15     A     I don't know where Stockton is at.

16  It was in the Monterey area.

17     Q     And you said Mr. Bertucio was a

18  member there?

19     A     That's what he said, yes, what

20  course we played, yes.

21     Q     And when you contact Rome Aloise,

22  how do you contact him?

23     A     If he's not in the building, by

24  telephone.

25     Q     And what telephone numbers would you

W.C. Smith                                    8/11/2016

16

1                      Smith

2    use for him?

3        A    I don't recall his number because I

4    use my cell phone.

5        Q    And do you call him on his cell

6    phone?

7        A    I would say most of the time, yes.

8        Q    Have you called him at his local?

9        A    I have on some occasions.

10       Q    What occasions would you call him at

11   his local?

12       A    I don't recall.

13       Q    Have you called him at home?

14       A    You know, I don't specifically

15   remember calling his home telephone number.

16   Most of the time I call his cell, so I know

17   that he has answered his cell phone at home.

18       Q    But you've called him on his cell

19   home, but he happens to be located in his

20   home?

21       A    Wherever he's located.  But yes, I

22   have heard him say, "I'm at home."

23       Q    And did you talk to him the morning

24   that his deposition was being taken by the

25   IRB?

W.C. Smith                                      8/11/2016

17

1                    Smith

2      A    I don't recall.

3      Q    Did you talk to him about his

4    deposition?

5      A    He made some comments after the

6    deposition.

7      Q    What did he say?

8      A    He just said it was a tough

9    deposition.

10     Q    Did he say anything else?

11     A    He said, "They had all my e-mails,

12   all my cell phones," and he said, "I don't

13   know where they are trying to go."

14     Q    And what did you say?

15     A    I mean, I don't recall what I said.

16   I mean, I don't recall.

17          MS. ZAHNER:  Please mark this as

18       Exhibit 12.

19          (May 14, 2014, e-mail from Mr.

20       Aloise to W.C. Smith was marked as

21       Exhibit 12 for identification, as

22       of this date.)

23     Q    Mr. Smith, if you can take a look at

24   what's been marked as Exhibit 12, which is a

25   May 14, 2014, e-mail from Mr. Aloise to

W.C. Smith                                    8/11/2016

18

1                         Smith

2    yourself.

3         A    Yes.

4         Q    And it's regarding a check.

5              Do you see that?

6         A    Yes.

7         Q    And what is that about?

8         A    I don't remember.

9         Q    Did you sign Mr. Aloise's name on

10   any checks?

11        A    Not to my recollection I didn't.

12   This could have been a JRH contribution.

13        Q    What do you mean?

14        A    It could have been a company that

15   made a contribution.

16        Q    And how would Mr. Aloise's signature

17   come into play with that?

18        A    I don't recall.  I would want to see

19   the check.  But I don't recall signing his

20   name to any check.

21        Q    And when you say it could have been

22   a JRH contribution, what are you referring

23   to?

24        A    It could have been a sponsorship

25   from someone to the JRH.  It could have been

W.C. Smith                                         8/11/2016

19

```
 1                     Smith
 2    a company.  It could have been an individual.
 3         But I would like to see the specific
 4    check in question here for me to give the
 5    most accurate answer that I could.
 6         Q    And how would Mr. Aloise's signature
 7    be needed on a contribution to the JRH?
 8         A    I would like to see the check.  I
 9    don't know if it was made out to him.  I'd
10    like to see the specific check.
11         Q    I believe you testified at your
12    prior sworn examination that you saw Dennis
13    Taylor when you were in New Orleans for the
14    Super Bowl?
15         A    I did.
16         Q    And did you know he was going to be
17    there?
18         A    Someone told me he was going to be
19    staying at the same hotel I was staying.
20         Q    And did you talk to him before you
21    went to the Super Bowl?
22         A    I did.
23         Q    What was the discussion you had with
24    him?
25         A    I saw him at a brunch on the day of
```

W.C. Smith                                        8/11/2016

20

1                          Smith

2    the Super Bowl -- and just, he's from

3    Baltimore.  The Ravens were playing in the

4    Super Bowl and we talked football.

5        Q    And prior to seeing him at the

6    brunch at the hotel, had you spoken to him

7    about going to the Super Bowl?

8        A    No.

9        Q    When was the last time you had

10   spoken to him before you saw him at the

11   brunch?

12       A    I mean, I don't know specifically.

13   He's the principal officer of the local,

14   principal officer of the joint council.  I

15   don't recall.

16           MS. ZAHNER:  Please mark this as

17       Exhibit 13.

18           (Document request documents was

19       marked as Exhibit 13 for

20       identification, as of this date.)

21       Q    Can you take a look at what's been

22   marked as Exhibit 13.

23           And have you seen that before?

24       A    This cover letter?

25       Q    Yes.

W.C. Smith                                                8/11/2016

21

1                           Smith

2          A     Yes.

3          Q     And if you could take your time and

4     look through the documents, have you seen

5     them before?

6          A     I don't recall seeing the August 2,

7     2016, memorandum from Greg Smell.  I don't

8     recall seeing the Greg Smell to/from Richard

9     Bell August 1.

10               I don't recall seeing this sample.

11    This sample, I don't recall seeing this.

12         Q     A sample memorandum?

13         A     Yes.

14         Q     And did you see the document request

15    from the independent investigations officer?

16         A     Yes, the top two pages, I saw that.

17         Q     And did you also see the request

18    that came into the IBT from the independent

19    investigations officer?  I believe it's in

20    there.

21         A     Yes, I think I have seen this.

22         Q     And what is the date of the letter?

23         A     July the 28th, 2016.

24         Q     And did you see that at or about

25    that time?

W.C. Smith                                    8/11/2016

22

                    Smith

1

2     A    About what time?

3     Q    Around July 28th or 29th.

4          When it arrived at the IBT, did you

5   receive a copy of it?

6     A    I don't remember the date when I saw

7   it.  I mean, it was sent to my office from

8   legal.

9     Q    And did you see the paper that has

10  the handwriting at the top?

11          MR. MAFFEO:  The one that says

12       "W.C. Smith" with the phone number?

13          MS. ZAHNER:  Yes.

14    Q    And it has the headings for the

15  different columns?

16    A    I think so, yes.

17    Q    And then the columns with the phone

18  numbers.

19          Did you see that?

20    A    I did, yes.

21    Q    And is this how phone records are

22  maintained at the IBT?

23    A    I mean, I don't know.  I mean, every

24  person, I don't know how they are maintained.

25  I know that -- assuming this is the way they

23

```
 1                    Smith
 2    are maintained for me.
 3       Q    Do you receive a phone bill at the
 4    IBT?  Or how does that work when the phone
 5    bill comes in for your IBT telephone, your
 6    cell phone?
 7       A    It's a master bill.
 8       Q    And do you see the master bill?
 9       A    I see the master bill.
10       Q    And does it look like the numbers
11    that are on the columns such as what's in
12    front of you that's been marked as Exhibit
13    13?
14       A    No.
15       Q    Can you describe what the bill looks
16    like?
17       A    It is a bill that goes through the
18    IBT auditing department.  As I recall, it is
19    like an AT&T bill.
20            It requires me to sign off before it
21    can be paid, and Dick Bell to sign off.  Let
22    me correct something.  It's IBT accounting
23    and audit.
24       Q    And if you could take a look at the
25    phone calls for January 31st, this starts at
```

W.C. Smith                                          8/11/2016

                                                           24

 1                      Smith

 2     number 254.

 3              Have you reviewed these before?

 4        A    I have looked at them.

 5        Q    And what did you determine from

 6     looking at them?

 7        A    I had no determination.

 8        Q    And do you see at 2016, there's an

 9     18-minute call to a Baltimore, Maryland

10     number?

11        A    Yes.  Wait a minute, 20 what?

12        Q    It's number 270.

13        A    Yes, I see that.

14        Q    And who was that call to?

15        A    I don't know.  I don't recall the

16     number, the specific number.

17        Q    Did you talk to Mr. Taylor for 18

18     minutes?

19        A    I don't recall.

20        Q    And the following number, the

21     following call, number 271 at 20:53.

22              Do you see that?

23        A    I do.

24        Q    And what call was that?

25        A    I don't recall the specific name to

W.C. Smith                                    8/11/2016

                                                        25

1                           Smith

2    the number.

3         Q    And is that Mr. Aloise's cell phone

4    number?

5         A    I don't know.  I have the numbers in

6    my contacts.  I don't recall every telephone

7    number.  I get hundreds of calls a day.

8         Q    Well, I will represent to you that

9    that is Mr. Aloise's cell phone number.  And

10   if you want to check, you can check your

11   phone.

12             MR. MAFFEO:  I will take the

13       representation.

14        Q    And what was that call?

15        A    I don't recall.  Mr. Aloise is head

16   of two divisions and an international vice

17   president.

18        Q    And these calls were on January 31st

19   of 2013.

20             And at that point were you going to

21   the Super Bowl?

22        A    Was that on Thursday?  If that was

23   Thursday --

24             MR. MAFFEO:  It is Thursday.

25        A    If it was Thursday, I left

W.C. Smith                                          8/11/2016

26

1                    Smith

2      Washington, DC on an airplane around 5 p.m.

3      to Jackson, Mississippi and repacked my bags

4      and drove with my wife to New Orleans.

5          Q    And when was it that you arrived in

6      Jackson, Mississippi?

7          A    I believe that flight normally

8      arrives around 8:15, 8:30, eight o'clock.

9          Q    And this call was at 8:53 on

10     January 31st.

11              Do you see that?

12         A    Right.

13         Q    So your flight normally arrives

14     between 8 and 8:30?

15         A    Delta changes from time to time.

16     Sometime they arrive at 8, sometimes it's

17     8:15, and it depends on weather.

18         Q    And in your prior testimony you

19     indicated that you had called Mr. Aloise and

20     asked him what to do with the four tickets

21     that he had gotten.

22              You knew he had gotten you six

23     tickets to the party and you asked him what

24     you should do with the other four.

25              Do you remember that?

W.C. Smith                                      8/11/2016

27

1                          Smith

2        A    I believe my testimony was

3    Mr. Aloise told me there were six tickets.

4        Q    And he told you that in an e-mail?

5        A    I don't recall if it was e-mail or

6    by phone.

7        Q    And at some point did you have a

8    conversation, an actual conversation with

9    Mr. Aloise in which you asked him about the

10   number of tickets and what you were supposed

11   to do with them?

12       A    He told me there were six tickets.

13   I didn't ask him how many tickets.

14       Q    And after you were informed there

15   were six tickets, what did you do?

16       A    I asked him what he wanted me to do

17   with the other four tickets.

18       Q    Was that something you did by e-mail

19   or was that something you did in a phone

20   conversation?

21       A    I believe it was telephone, I think.

22       Q    And did you call Mr. Aloise and ask

23   him that?

24       A    I mean, I don't recall if he called

25   me or I called him.  There was a telephone

W.C. Smith                                      8/11/2016

28

1                          Smith
2      call that you placed in front of me, number
3      271, a two-minute call at 8:53 at night.
4           Q    What was that about?
5           A    I don't remember specifically.
6           Q    Have you ever met anyone who was in
7      management or owners of Southern Wine &
8      Spirits?
9           A    No, not to my knowledge.
10          Q    And was there a time where
11     Mr. Aloise indicated that he had invited
12     Mr. Chaplin and his son to the IBT
13     headquarters?  They were the owners of --
14          A    I don't know who Mr. Chaplin and his
15     son is.
16          Q    Did you receive an e-mail from
17     Mr. Aloise saying he was having the owners of
18     Southern Wine & Spirits come to the IBT?
19          A    I don't recall that.
20          Q    Did you meet the owners of Southern
21     Wine & Spirits?
22          A    Not to my knowledge.  Now, let me --
23     I meet literally hundreds of people at the
24     James R Unity Conference.
25               So someone could have come up to me.

W.C. Smith                                          8/11/2016

                                                        29

 1                        Smith

 2      But I don't recall meeting a Mr. Chaplin and

 3      his son.

 4          Q    And do you recall meeting anyone

 5      from Southern Wine & Spirits at IBT

 6      headquarters?

 7          A    I don't.

 8          Q    Now, regarding the 2013 golf trip to

 9      Scotland, you have gathered various records;

10      is that right?

11          A    At your request, I have, yes.

12          Q    And can you describe how you paid

13      for that trip or how that trip was paid for?

14          A    It was all paid by me.

15               MR. MAFFEO:  I think she's asking

16        how it was paid for.

17          A    I made two deposit payments on

18      credit card.  I made a final -- those deposit

19      payments were paid in '12.  I made a final

20      payment, I believe in July of '13 on a credit

21      card.

22          Q    And you said the two deposit

23      payments were made in 2012?

24          A    Yes.  I believe that is correct.

25          Q    When in 2012?

W.C. Smith                                          8/11/2016

                                                        30

1                          Smith

2        A    I think the initial was August.

3        Q    And how much was that for?

4        A    I think it was a thousand or 1,500

5   pounds, whatever the conversion is.

6        Q    And when was the second deposit

7   payment?

8        A    I don't recall.  It was after that

9   period of time.  I don't remember how many

10  days or weeks.

11       Q    And when was the final payment?

12       A    I think the records will reflect it

13  was in July of 2013.

14       Q    And you charged the two deposit

15  payments and the final payment on your --

16            MR. MAFFEO:  May I just speak to my

17       client for a second?

18            MS. ZAHNER:  Well, why doesn't he

19       answer the question first.

20       Q    Were the two deposit payments and

21  the final payment, were they all on the same

22  credit card?

23       A    I don't recall.

24       Q    After conferring with your attorney,

25  did you want to add something?

W.C. Smith                                          8/11/2016

31

1                          Smith

2       A     There were three trips.  This trip

3    in 2013, the records will reflect that I made

4    a deposit payment.

5       Q     You say "this trip"?

6       A     2013.

7             MR. MAFFEO:  Scotland.

8       A     Scotland.  I made a deposit payment

9    in '12.  I don't recall.  I think it was

10   August, could have been September, could have

11   been October.

12             I think it was August in '12.  And

13   then in 2013, I think it was in July there

14   was a final payment made on a credit card.

15   Both of them were credit cards.

16      Q     So in 2013 there was a deposit

17   payment in 2012 and then a final payment in

18   July of 2013 for the Scotland trip?

19      A     You said in 2013.

20             You are talking about the Scotland

21   trip, right?

22      Q     Yes, for the Scotland trip.

23      A     As I recall, there was a deposit

24   payment made in 2012 and a final payment made

25   before the trip, I believe in July, could

W.C. Smith                                              8/11/2016

                                                                32

1                          Smith

2    have been June.  But I think it was July.

3         Q    And how was it that you made the

4    deposit payment?

5         A    With a credit card.

6         Q    How did you do that?

7         A    I informed Mr. Steve Mack and he

8    asked for my credit card number.  He was the

9    person organizing the trip.

10        Q    And how did the other individuals

11   pay?

12        A    I don't know how they paid.  I

13   was -- Mr. Mack addressed me.

14        Q    And how did he do that?

15        A    He said, "W.C., you need to give me

16   your credit card number where you can make

17   your deposit."

18        Q    And what was the amount of that?

19        A    Whatever the record reflects, a

20   thousand, 1,500 pounds.  I think one of the

21   two, I think.

22        Q    And then you indicated you believe

23   the final payment was made in July of 2013

24   for the Scotland trip?

25        A    In June or July, I think.

W.C. Smith                                              8/11/2016

33

1                          Smith

2       Q     And that was also on your credit

3    card?

4       A     Yes.

5       Q     And how did you arrange for your

6    credit card to be charged?

7       A     Mr. Mack said, "W.C., it is time to

8    make our final payment, and they are going --

9    you want that deducted from your credit

10   card."  I said, yes.

11      Q     Have you looked for the deposit you

12   made for that trip?

13      A     Deposit?

14      Q     For the 2013 trip.

15      A     What deposit?

16      Q     You indicated that there was -- you

17   paid a deposit.

18      A     Oh.  I have not looked for 2012.

19      Q     Why not?

20      A     We got the invoice this morning from

21   Travelling The Fairways.  It said the deposit

22   was made in 2012.  I did not research during

23   this entire dep 2012 records.

24      Q     And will you go back to your 2012

25   records?

W.C. Smith                                                    8/11/2016

                                                                    34

                                Smith

1

2        A     I will.

3        Q     And then you will provide that to

4    us?  Mr. Maffeo will.

5        A     Mr. Maffeo will.

6              MR. MAFFEO:  Yes.

7              MS. ZAHNER:  Please mark this as

8          Exhibit 14.

9              (E-mail from Ron Smartt was

10         marked as Exhibit 14 for

11         identification, as of this date.)

12       Q     If you can take a look at what's

13   been marked as Exhibit 14.  And it has a

14   Smith IIO Bates No. of 55.

15             Do you recognize that?

16       A     I saw this this morning.  First time

17   I recall seeing this.

18       Q     And it reflects two payments for

19   you.

20             Do you see that?

21       A     Yes.

22       Q     And are those the two payments you

23   made for that trip?

24       A     As I recall, yes.

25             MS. ZAHNER:  Please mark this as

W.C. Smith                                          8/11/2016

                                                          35

```
 1                      Smith
 2          Exhibit 15.
 3              (List of requested documents
 4          was marked as Exhibit 15 for
 5          identification, as of this date.)
 6          Q    Do you recognize what's been marked
 7    as Exhibit 15?
 8          A    Yes.
 9          Q    And what is that?
10          A    That is a list of documents that you
11    requested the last dep that I provided to
12    Mr. Maffeo and he submitted to you.
13          Q    And where did you obtain the
14    records?
15          A    Which one?
16          Q    Well, the checks, where did you
17    obtain the checks?
18          A    From my bank.
19          Q    How about the credit card
20    statements?
21          A    From my personal files.
22          Q    Did you redact any information?
23          A    No.
24              MR. MAFFEO:  Well, we redacted or
25          he redacted?
```

W.C. Smith                                              8/11/2016

36

1                          Smith

2              MS. ZAHNER:  I am just trying to

3          clarify who did.

4          Q     And if you take a look at the second

5     page of Exhibit 15 which has a Bates No. of

6     1, do you see that that's a check dated

7     August 2, 2013?

8          A     Yes.

9          Q     And what does that check represent?

10         A     It represents a check that I cashed

11    for a thousand dollars.

12         Q     And how does that relate to the golf

13    trips?

14         A     There was a discussion that we

15    should take some cash to pay for the caddies

16    and convert some of it to pounds.  Some meals

17    possibly had to be paid in pounds versus U.S.

18    cash.  The memo line says "out of town cash."

19         Q     And you cashed this check?

20         A     I wrote this check and went to the

21    bank and cashed it.

22         Q     Which bank did you go to?

23         A     The bank that is on record here, it

24    says Union Planters.  But it was bought out

25    by Regions.  But it's the same check number.

W.C. Smith                                    8/11/2016

37

1                    Smith

2      Q    When you say the same check number,

3   what do you mean?

4      A    The bottom check number, excuse me,

5   account number.  I apologize, it's the same

6   account number.

7      Q    And were you at home when you went

8   to the bank and cashed the check?

9      A    If I went to that bank, I was at

10  home.

11     Q    When you went to Scotland, did you

12  leave from Jackson?

13     A    I did.

14     Q    And if you take a look at what has a

15  Bates No. of 2, and that's for an American

16  Express traditional gold card, do you see

17  that?

18     A    Yes.

19     Q    And is that your personal credit

20  card?

21     A    Yes.

22     Q    And how was this paid for?

23     A    How was what paid for?

24     Q    The credit card bill.

25     A    By my checking account.

W.C. Smith                                          8/11/2016

                                                          38

                              Smith

1

2        Q     Did you provide a check for that?

3        A     I did not.

4        Q     Why not?

5        A     Because I do it over the telephone

6    on all my credit cards.  I call the 800

7    number and I approve the deduction from my

8    bank.

9        Q     And does that then appear on your

10   bank statement?

11       A     It does.

12       Q     And how does it appear?

13       A     As a deduction in this particular

14   case to American Express.

15       Q     And what are these charges that's on

16   page 2?

17       A     Which one?

18             MR. MAFFEO:  Well, there's a number

19       of them.

20       A     But which one?

21       Q     They were for pharmacy and a sewing

22   store.

23       A     Would you like me to go down them?

24       Q     If you could, yes, just describe

25   what they are.

W.C. Smith                                          8/11/2016

39

1                         Smith

2        A    As I recall, the first one was for

3    some Scotch that I took back to the hotel for

4    the eight guys to drink.

5             The second one is I was having some

6    sinus problems which I do have sinus

7    problems, and I went to that drugstore and

8    bought some meds.

9             The third one was where I bought my

10   wife -- Scotland is known for quality wool

11   and I bought her a sweater, I believe it was.

12            The fourth one is where I bought

13   some souvenirs, golf shirts such as that.

14            The fifth one is where I also

15   bought -- my wife asked me to buy her boss a

16   particular -- which I don't know if it was

17   the first one or the second one but a

18   particular wind shirt for her boss for a

19   Christmas gift and a golf shirt.

20            And the reason I paid for them

21   separately is because she was going to

22   reimburse me which she did.

23            The other one on the drugstore, I

24   remember Mr. Hoffa needed some, he needed

25   some -- I don't remember if it was sinus

W.C. Smith                                          8/11/2016

                                                         40

 1                        Smith
 2    medicine or aspirin or whatever.
 3              And I went back.  He wanted to know
 4    where the drugstore was.  If you'll notice,
 5    the charge on 8/5, the Boots, the Chemist,
 6    which is a drugstore.
 7              And 8/6 was the same store.  And I
 8    went back there.  And as I recall also I
 9    bought a little gift for my granddaughter at
10    that store.
11              The last one on this page is, I said
12    in the previous dep that I picked up a bar
13    bill.  And I think that was before we were
14    having dinner.
15        Q    And if you take a look at the next
16    page that has a Bates No. of 3, there's also
17    charges in Scotland, three charges.
18              Do you see those?
19        A    I don't recall what the first one
20    is.  It says an exchange rate fee.  I'm
21    assuming that's what it was for a charge on
22    8/6.
23              They charged my American Express an
24    exchange rate fee.  The second one, it says
25    the same thing.

W.C. Smith                                              8/11/2016

41

1                              Smith

2            I do know that on the first day of

3       golf in Scotland, I did not play because I

4       had gout and had been to the hospital the

5       week before, and the doctor suggested that I

6       try not to play first couple of days.

7            I didn't play the first day.  The

8       next one is where it's a split ticket of a

9       dinner that me and Mr. Hoffa split.

10       Q    That's at Bella Italia?

11       A    Yes.

12       Q    For $230.05?

13       A    Yes.  That is my portion that we

14       paid for the group.

15       Q    And under each of those charges,

16       there's the amount in pounds sterling.  And

17       then there's a multiplier and it says

18       exchange rate.

19            Do you see that?

20       A    Yes, I do.

21       Q    And then the amount on the

22       right-hand side, is that the dollar amount?

23       A    I don't know now.

24       Q    And then there's foreign transaction

25       fees for each of those three charges.

W.C. Smith                                          8/11/2016

42

```
 1                    Smith

 2          Do you see that?

 3     A    I do at the bottom.

 4     Q    And which credit card is this?

 5     A    This is at the top.  It says this is

 6   the MasterCard.

 7     Q    Is that the IHG account?

 8     A    It would be, I think.

 9     Q    And how did you pay this bill?

10     A    The same way I pay all of my credit

11   cards.

12     Q    By phoning it in?

13     A    I dialed the 800 number after I

14   reviewed the bill.  It's deducted from my

15   checking account.

16          MS. ZAHNER:  Please mark this as

17       Exhibit 16.

18          (Account activity document was

19       marked as Exhibit 16 for

20       identification, as of this date.)

21     Q    If you could take a look at what's

22   been marked as Exhibit 16.

23          And the first page is marked with a

24   Bates No. 0005 which is part of the packet

25   that's been marked as Exhibit 15.
```

W.C. Smith                                                    8/11/2016

43

```
 1                      Smith
 2              And then the second page was
 3      produced to us later and it has a Bates No.
 4      of 0005A.
 5              Do you see that?
 6      A    No.
 7      Q    Here, it has 0005.
 8      A    Okay, all right.
 9      Q    And that was produced to us on
10      August 4th.  And then there's the 0005A.
11      A    Okay.
12      Q    And are these charges on your IHG
13      account?
14      A    Are you on page 1?  Where are you?
15      At page 1?
16      Q    Yes.
17      A    May I ask, you are talking about the
18      charges on the bottom left side?
19      Q    Right, to Travelling The Fairways.
20      A    It's either the IHG or it's the
21      American Express.
22      Q    If you look at the second part of
23      the first page, it has a priority --
24      A    It says IHG, so I would say yes.
25      Q    And this charge is for $2,321.75.
```

W.C. Smith                                            8/11/2016

44

```
 1                      Smith
 2            Do you see that?
 3       A    Yes.
 4       Q    And there's no exchange rate on
 5   this?
 6       A    I don't know.
 7       Q    Do you see an exchange rate?
 8       A    No.
 9       Q    And there's no foreign transaction
10   fee?
11       A    I don't know.  The statement doesn't
12   reflect that, but I don't know.
13       Q    Do you know why it would be on one
14   account and not on the other account?  In
15   other words, one bill and not the other bill?
16       A    I do not.
17       Q    And this amount that was charged on
18   this card, did you pay this by calling your
19   bank and having them pay it?
20       A    This charge, yes.
21       Q    Did anyone reimburse you for the
22   payment to Travelling The Fairways?
23       A    No.
24       Q    And so the documentation that would
25   show that this was paid, it would be your
```

W.C. Smith                                    8/11/2016

45

1                          Smith

2     bank statement?

3          A    Yes.

4          Q    And with respect to Exhibit 16 which

5     is the two versions of 0005, that's the Bates

6     No., do you know why they are redacted

7     differently?

8               MR. MAFFEO:  He didn't handle the

9          redactions.

10         Q    So you don't know?

11         A    I don't.

12         Q    If we can go back to what's been

13    marked as Exhibit 15, if you could look at

14    page 6 with the Bates No. 6.

15         A    You are talking about at the bottom?

16         Q    Yes.

17         A    All right.  Six?

18         Q    Yes.

19         A    Okay.

20         Q    And what is that?

21         A    That is one of my personal checks

22    that was written to Chase credit card

23    services.

24         Q    And what is that for?

25         A    That was for a trip to Ireland.

W.C. Smith                                          8/11/2016

46

1                          Smith

2       Q     What is the date on the check?

3       A     July the 10th.

4       Q     Of 2014?

5       A     Yes, I'm sorry.

6       Q     And how did you come to write this

7    check?

8       A     I don't recall if it was Mr. Steve

9    Mack or if it was Mr. Eddie Sullivan.  But

10   this was the balance due on the Ireland golf

11   trip.

12      Q     And why did you write a check to

13   Chase card services?

14      A     I was informed Mr. Charles Bertucio

15   put the entire amount on his check, the

16   balance.

17            MR. MAFFEO:  You mean credit card?

18      A     I mean the credit card, I'm sorry,

19   thank you, put it on his credit card.  And he

20   was asking everybody to make the check to

21   Chase credit card services to pay his charge.

22      Q     And why was he doing that?

23      A     That was what Mr. Bertucio did.  I

24   don't know why.

25      Q     And Mr. Mack or Mr. Sullivan told

W.C. Smith                                    8/11/2016

47

```
 1                    Smith
 2   you that?
 3        A    I recall one of them telling me,
 4   yes.
 5        Q    And is all the handwriting on this
 6   check that's on page 6, is that all your
 7   handwriting?
 8        A    It is.
 9        Q    And including the numbers that start
10   4388?
11        A    No.
12        Q    Whose handwriting is that?
13        A    I don't know.
14        Q    What did you do with this check
15   after you wrote it?
16        A    I don't recall if I mailed it to --
17   I don't think I would have mailed to it Steve
18   Mack because this was then about the time he
19   was diagnosed with possible cancer.
20             So either I mailed it to Mr.
21   Bertucio -- I want you to know I don't know
22   definitely.
23             But either I mailed it to
24   Mr. Bertucio or either Mr. Sullivan it was
25   mailed or it was picked up.
```

48

1                         Smith

2       Q     And who would have picked it up?

3       A     It would have been Mr. Sullivan if

4    he picked it up.

5       Q     Could you have given it to

6    Mr. Bertucio?

7       A     No.  I don't recall giving it to

8    Mr. Bertucio.

9       Q     And the number that's written there,

10   that's not in your handwriting?  What is that

11   number?

12      A     I don't know.

13      Q     And you indicated this was payment

14   for the balance?

15      A     I think this was the balance, I

16   think.

17      Q     And had you made a deposit?

18      A     I did make a deposit.

19      Q     Do you have any record of that?

20      A     I don't have a record.  I bought a

21   money order and sent it to Mr. Bertucio.  I

22   didn't have a check.

23      Q     Why didn't you have a check?

24      A     I didn't have a check wherever I was

25   at.  I didn't have a check and I bought a

W.C. Smith                                          8/11/2016

49

1                          Smith

2     money order.  And I have not been able to

3     locate the receipt of the money order.

4          Q    Where were you when you did that?

5          A    I don't know if I was in DC or

6     another city.

7          Q    And how much was that for?

8          A    I don't recall the amount

9     specifically.  You know, money orders are up

10    to a thousand so -- but I don't recall the

11    amount.

12         Q    Do you have any documentation that

13    would indicate what the amount was?

14         A    Like a bill?  That's your question?

15         Q    Anything.

16         A    No.  I don't have a bill.

17         Q    Do you have any e-mail indicating

18    how much you should pay as a deposit?

19         A    I was told by either Mr. Mack or

20    Mr. Sullivan.

21         Q    Now, at that point Mr. Mack wasn't

22    going on the trip; was that right?

23         A    He was not able to go.

24         Q    So would it have been Mr. Sullivan

25    who told you?

W.C. Smith                                    8/11/2016

50

```
1                       Smith
2        A    I don't know specifically.
3        Q    Did you yourself purchase the money
4   order?
5        A    I did.
6        Q    Where did you buy it?
7        A    I don't recall.
8        Q    Was it a bank?
9        A    It was a U.S. postal service money
10  order.
11       Q    And you yourself went and got it?
12       A    Yes.
13       Q    Where were you?
14       A    As I said earlier, I don't know if I
15  was in DC or another city.
16       Q    When was it paid or when did you buy
17  it?
18       A    I bought it prior to this check
19  dated July the 10th.  I don't know the
20  specific date.
21       Q    And you have no record of that?
22       A    I could not find a receipt, no.
23       Q    And who did you make the money order
24  payable to?
25       A    It was either Chase credit card
```

W.C. Smith                                          8/11/2016

                                                            51

 1                        Smith

 2    services or Mr. Bertucio.  I don't recall.

 3    It could have been to Travelling The

 4    Fairways.  I don't recall.

 5         Q    And you used Travelling The Fairways

 6    for the Ireland trip?

 7         A    I think that's correct.

 8         Q    And did you receive any

 9    documentation like what's been marked as

10    Exhibit 14 for the Ireland trip?

11         A    No.

12         Q    Why not?

13         A    We didn't ask for it.

14         Q    Is there a reason you didn't ask for

15    it?

16              MR. MAFFEO:  I'm the one who

17         contacted Travelling The Fairways.

18         Q    Did you ever try to contact them?

19         A    No.

20         Q    And you don't have any documentation

21    for the Ireland trip?

22         A    There was, I think, an itinerary.

23         Q    For the Ireland trip?

24         A    Yes, I think.

25         Q    And when did you see that?

W.C. Smith                                    8/11/2016

52

                           Smith
1
2        A    I don't know the exact date.
3        Q    Is that something you have seen
4    recently?
5        A    I'd say before the trip.  And I have
6    seen it again recently.
7        Q    And what does that itinerary say?
8        A    The golf courses, the hotel.
9        Q    What hotel did you stay in in
10   Ireland?
11       A    I don't recall the name of it.  We
12   stayed in a hotel the first night.  And then
13   we stayed in, like a bed and breakfast for
14   four or five additional nights.
15       Q    Was that all included in the
16   package?
17       A    It was.
18       Q    And if you could provide us a copy
19   of that itinerary for the Ireland trip.
20       A    Yes.
21            MR. MAFFEO:  And just for the
22        record, I think what he's referring to
23        is the itinerary that he saw recently.
24            He's referring to the itinerary for
25        the Scotland trip that was provided

W.C. Smith                                    8/11/2016

53

1                        Smith

2        today.

3        Q     Have you seen an itinerary for the

4    Ireland trip?

5        A     I will have to check my records.

6        Q     If you have an itinerary, if you

7    will provide it to your attorney.

8        A     I will.

9        Q     Can you look at page 7, which is --

10   well, tell me what that represents.

11       A     That is a check written by me, June

12   the 29th, '15, to Charlie Bertucio.  The

13   reference line is "golf deposit."

14       Q     What is that for?

15       A     That was for the Charleston golf

16   trip.

17       Q     And did that trip actually happen?

18       A     No.

19       Q     And other than what you have

20   described in your testimony, have you ever

21   played golf with Mr. Bertucio on any other

22   occasions?

23            MR. MAFFEO:  Other than what he has

24        testified to already?

25            MS. ZAHNER:  Yes.

W.C. Smith                                        8/11/2016

54

1                        Smith

2        A    It could have been at a James R

3   Event, JRH.  I should say JRH.

4        Q    You may have played in a foursome

5   with him at one of the scholarship fund golf

6   tournaments?

7        A    For what they called a practice

8   round.

9        Q    Who else played with you?

10       A    I don't recall specifically.

11       Q    Other than that, have you ever

12   played with Mr. Bertucio other than what you

13   have described?

14       A    I think we played in a Bernie

15   Buckley event about 10 years ago.  That's all

16   I recall.

17       Q    And what is a Bernie Buckley event?

18       A    That's a charity event in Las Vegas

19   for the charities for medical, for

20   underprivileged children.

21       Q    And how did it happen that you

22   played with Mr. Bertucio?

23       A    The IBT buys a sponsorship.

24       Q    And who played?

25       A    I said I think we played.  And I

W.C. Smith                                                8/11/2016

                                                              55

1                        Smith

2      think Mr. Mack was with us.  But I want you

3      to know I'm not positive that Mr. Bertucio

4      was there.  But it was a long time ago.

5          Q    And this is something that the

6      international buys a sponsorship to?

7          A    Yes.

8          Q    And who played on that sponsorship?

9          A    I think me and Mr. Mack.

10         Q    And did Mr. Hoffa play with you?

11         A    No.

12         Q    And did Mr. Bertucio play with you?

13         A    I said my testimony was I think we

14     played together in that event.

15         Q    And who else other than you, Mr.

16     Mack, and Mr. Bertucio?

17         A    It was a foursome, but I don't

18     recall the other person, if Mr. Bertucio

19     played.

20         Q    And other than what you have

21     described, have you played golf with him on

22     any other occasions?

23         A    As I testified, I don't recall

24     playing other than what I have testified.

25         Q    Going back to page 7 of Exhibit 15,

56

                              Smith

1                             Smith
2    what did you do with this check that you
3    wrote to Charlie Bertucio?
4         A    I don't recall if I sent it to
5    Charlie or I sent it to Mr. Mack.
6         Q    How would you have done that?
7         A    How I sent it?
8         Q    Yes.
9         A    U.S. mail, I'm assuming.
10        Q    And the check is dated June 29th of
11   2015 and the posting date on the document is
12   September 1, 2015.
13             Do you see that?
14        A    Yes.
15        Q    Why is that?
16        A    I don't recall.  I mean, I have no
17   knowledge of why it's the posting.  It's not
18   a recall.  I don't have knowledge of it.
19        Q    And do you know why it was posted on
20   September 1st of 2015?
21        A    I do not.
22        Q    If you take a look at the next page
23   which is marked as page 8 of Exhibit 15.
24        A    Yes.
25        Q    And what is that?

W.C. Smith                                          8/11/2016

57

1                         Smith
2        A     That is a check from W.C. Smith to
3    Charlie Bertucio for a golf trip $1,850.
4        Q     And that's dated September 7, 2015?
5        A     Yes.
6        Q     And what does this represent?
7        A     That was a balance due for the
8    Charleston golf trip.
9        Q     When was the Charleston golf trip
10   supposed to happen?
11       A     I think it was about the third week
12   of September of 2015.
13       Q     Was that before or after the GEB
14   meeting that was supposed to be in
15   Charleston?
16       A     That would have been before.
17       Q     So you were supposed to get together
18   and play golf before the GEB meeting?
19       A     Yes.
20       Q     And how long of a golf trip was that
21   going to be?
22       A     To the best of my recollection, we
23   were going to drive down from Washington, DC.
24   Several of us were going to drive down, I
25   believe on Wednesday morning.

W.C. Smith                                        8/11/2016

58

                            Smith

1

2           We were going to take vacation

3    Wednesday, Thursday, and Friday.  We were

4    going to play Thursday, Friday, Saturday, and

5    Sunday.

6           And they were in close proximity to

7    the GEB meeting -- and drive over there

8    Monday morning.

9       Q    And where were you going to stay?

10      A    In Charleston.

11      Q    What is the name of the place?

12      A    We were renting a house at a golf

13   resort.

14      Q    And what did you do with this check?

15      A    I don't know if I mailed it or I

16   handed it to someone.

17      Q    Who would you have handed it to?

18      A    Assuming Mr. Mack.  I'm assuming.

19   But I don't recall specifically who.

20      Q    And this check is dated

21   September 7th of 2015 and it's posted

22   November 13, 2015.

23           Do you see that?

24      A    Yes.

25      Q    Why is that?

W.C. Smith                                                8/11/2016

59

1                          Smith

2        A     I do not know.

3        Q     Did you ever talk to Mr. Bertucio

4    about cashing this check?

5        A     No.

6        Q     Did you talk to anyone about Mr.

7    Bertucio cashing this check?

8        A     No.

9        Q     And if you take a look at what has

10    the Bates No. 11 as part of Exhibit 15,

11    there's a check, a copy of a check there.

12              Do you see that?

13        A     I do.

14        Q     And what is the date of that?

15        A     October the 28th.

16        Q     2014?

17        A     Yes.

18        Q     And what is that for?

19        A     That is for a dozen golf gloves that

20    I purchased.

21        Q     And you purchased these through

22    Mr. Berkeley?

23        A     I did.

24        Q     Why did you do that?

25        A     I know Mr. Berkeley.  He's a golf

W.C. Smith                                          8/11/2016

                                                              60
1                         Smith

2      products supplier.

3           Q     And why did you pick him?

4           A     I know him 30 years, have been

5      buying golf materials for 30 years from him.

6           Q     And he's based in Washington State?

7           A     Yes.

8           Q     How did you meet him?

9           A     I met him, let me think here, trying

10     to think when I met him.  But I met him at a

11     charity golf event in Jackson, Mississippi.

12          Q     You said about 30 years ago?

13          A     At least 25.

14          Q     And did he begin to supply

15     golf-related things in connection with the

16     JRH?

17          A     When?  May I ask you when?

18          Q     Well, when did he start to do that?

19          A     When I was asked to start working

20     for the JRH.

21          Q     So you brought him in?

22          A     I did.

23          Q     Why did you do that?

24          A     I had used Mr. Berkeley in the past

25     for many years when I served on charity golf

W.C. Smith                                        8/11/2016

61

1                          Smith

2     tournaments.

3              And he always would sell us products

4     through the PGA show at cost, pro cost.

5              Let me clarify that pro cost -- and

6     sometimes 10 or 20 percent back because of

7     tournament discount.

8              And the person that was handling it

9     when I was brought on board, I believe in '03

10    or '04, I believe was buying it from the pro

11    shop.  So we saved anywhere from 20 to

12    40 percent.

13        Q    And do you have any documentation

14    that these golf gloves were actually sent to

15    Mr. Bertucio?

16        A    No.  I tried to find -- I recall

17    mailing them and I could not find a postage

18    receipt.

19        Q    On the Scotland trip, did you share

20    a room with someone?

21        A    Yes.

22        Q    And who was that?

23        A    Eddie Sullivan.

24        Q    And who else shared rooms?

25        A    Everyone.

W.C. Smith                                      8/11/2016

62

1                        Smith

2        Q      Who were the people who shared

3    rooms?

4        A      President Hoffa shared -- now which

5    trip are we talking about?

6        Q      Scotland.

7        A      He shared a room with his friend

8    Doug Hoste.  Me and Eddie Sullivan, I said.

9    I believe it was, I believe it was Rich

10   Leebove and Greg Tarpinian.

11              Steve Mack shared with whoever the

12   other person was that went.

13       Q      Mr. Bertucio?

14       A      Yes, that's correct.  You're

15   correct.

16       Q      And in Ireland, did you share rooms?

17       A      Yes.

18       Q      Who did you share a room with?

19       A      Eddie Sullivan.

20       Q      Who did Mr. Hoffa share a room with?

21       A      Mr. Hoste didn't come due to medical

22   reasons.  And he shared with a man named

23   Kevin Moore.  He was invited.

24       Q      And did Mr. Leebove and Mr.

25   Tarpinian share a room in Ireland?

W.C. Smith                                                  8/11/2016

63

1                          Smith

2        A    Yes.

3        Q    And who did Mr. Bertucio share a

4    room with in Ireland?

5        A    Mr. Mack did not go because of being

6    diagnosed with cancer.  And Mr. Dave Lawton

7    was invited.

8        Q    And he shared a room with Mr.

9    Bertucio?

10       A    I think that's correct, yes.

11       Q    If we could go back to what's been

12   marked as Exhibit 15, if you look at the

13   check that's on page 1, it's check number

14   3716.

15            Do you see that?

16       A    Yes.

17       Q    And it's dated in 2013.

18            And you indicated it says Union

19   Planters Bank, but at that point that bank

20   had been bought out by Regions Bank?

21       A    Yes.  Regions bought it out years

22   ago.  I had checks left over.

23       Q    And if you take a look at the same

24   packet, the check that's on page 6.  And

25   that's dated July 10th of 2014.

W.C. Smith                                                    8/11/2016

64

                              Smith
1
2              And that's drawn on Regions Bank?
3        A     Yes.
4        Q     And that's check number 6082?
5        A     Yes.
6        Q     And if you go to page 7, which is
7   dated in 2015 --
8        A     Yes.
9        Q     -- that's drawn on Union Planters
10  Bank?
11       A     Yes.
12       Q     And that has a check number 3792?
13       A     Yes.
14       Q     And why is it that the checks are
15  out of sequence and there's different banks?
16       A     I have three checkbooks.  And as I
17  stated I was using my Union Planters Bank.
18  And if you will reflect on all three checks
19  it has the same account number.
20             And the bank accepts the title Union
21  Planters.  I have a checkbook that I keep in
22  Washington DC.
23             I have a checkbook that I keep in my
24  local union in Jackson, Mississippi.  And I
25  have a checkbook I keep at my house.

```
 1                   Smith
 2           Depending on where I wrote that
 3    check is which book and which sequence it
 4    would come out of.
 5       Q    Where do you keep the 3,000 series
 6    checks?
 7       A    I don't know.
 8       Q    And where do you keep the 6,000
 9    series checks?
10       A    The 6,000, I mean, I don't know.  I
11    don't know which one is where.
12       Q    And if you take a look at what's
13    been marked as part of the same Exhibit 15
14    but page number 11, there's a check dated
15    October 28, 2014, and it's 6047.
16           Do you see that?
17       A    Yes.
18       Q    And that's dated October of '14?
19       A    Yes.
20       Q    And if you look at page 6, there's a
21    check with the number 6082 and it's dated
22    before that check in July of '14?
23       A    Yes.
24       Q    Why is that?
25       A    Why is what?
```

W.C. Smith                                    8/11/2016

66

```
 1                    Smith

 2      Q    The checks are out of sequence.

 3      A    I told you I got three different

 4 checkbooks.  I don't know why they are out of

 5 sequence.

 6           MS. ZAHNER:  Why don't we take

 7        about a five-minute break.

 8           (A brief recess was taken.)

 9      Q    You indicated that you had purchased

10 a money order to pay for the deposit for the

11 Ireland trip?

12      A    Yes.

13      Q    And why did you use a money order?

14      A    I didn't have a checkbook with me.

15      Q    And what was the urgency?

16      A    I don't recall the urgency.  I don't

17 recall if I was late with the deposit.  But I

18 recall asking me to get my deposit in.

19      Q    And when was it that you did that?

20      A    I don't recall exactly when.  It

21 was, I believe the deposit payment.

22      Q    And approximately how much was it?

23      A    You've already asked me that.  I

24 don't recall the amount.  I mean, I don't

25 recall the amount.  I consider anything above
```

67

```
 1                    Smith
 2   $500 a large amount.  It was above that.
 3       Q    And how did you pay for that?
 4       A    Cash.
 5       Q    Where did you get the cash from?
 6       A    Out of my pocket.
 7       Q    You didn't make a withdrawal from
 8   the bank account?
 9       A    No, not that I recall.
10       Q    Did you write any checks to cash to
11   fund that like you did when you got money?
12       A    I write checks for cash almost every
13   morning.
14       Q    And why do you do that?
15       A    Traveling.
16       Q    And what is your standard amount
17   that you usually write a check for to cash?
18       A    500, sometimes a thousand.
19       Q    Do you have an ATM card?
20       A    A debit card?
21       Q    Yes.
22       A    No.
23       Q    So the way you get cash out of your
24   account is writing a check to cash?
25       A    Yes.
```

W.C. Smith                                    8/11/2016

68

1                         Smith

2        Q     When did you become a trustee on the

3    VEBA?

4        A     I believe it was January or February

5    of 2010.

6        Q     And who appointed you?

7        A     The general president.

8        Q     And do you report to him about

9    what's going on with the VEBA?

10        A     I provide him a copy of the minutes.

11        Q     How are the minutes prepared?

12        A     I believe the assistant to

13    Mr. Slatery prepares the minutes or even Mr.

14    Slatery.

15        Q     And who is the assistant?

16        A     I don't recall her name.

17        Q     Is it Ms. Newberry?

18        A     She attends the meetings, so I think

19    that's correct.

20        Q     Does he have any other assistant who

21    attends the meetings?

22        A     On occasion there's other people

23    that attend the meetings.  But Ms. Newberry

24    generally attends every meeting.

25        Q     And are the minutes read at the

W.C. Smith                                              8/11/2016

                                                              69

1                          Smith

2    subsequent meeting and approved?

3         A     The minutes are provided to the

4    trustees for their reading prior to the

5    meeting.

6         Q     And then what happens?

7         A     At the meeting we are asked if there

8    is any question on the minutes by the chair.

9         Q     Who is the chair?

10        A     Most of the time unless he's absent,

11   it is presently secretary treasurer Ken Hall.

12        Q     And then are the minutes formally

13   approved?

14        A     Yes.

15        Q     How is that done?

16        A     The chair accepts a motion.  If a

17   motion is made and the chair asks if there's

18   a second, the minutes are approved.

19        Q     Are they then signed?

20        A     We are asked to sign them.  The

21   trustees are asked to sign them.

22        Q     How many participants are there in

23   the VEBA?

24        A     I think there's five.

25        Q     Five trustees?

W.C. Smith                                    8/11/2016

70

1                    Smith

2      A    Yes.

3      Q    And how many people participate in

4    the VEBA?  Approximately how many people are

5    participants in the fund?

6      A    In the fund?

7      Q    Yes.

8      A    The IBT active employees and IBT

9    retirees.

10     Q    And then are there locals around the

11   country that participate for prescription

12   drugs?

13     A    Not in the IBT plan.

14     Q    How many different kinds of plans

15   are there?

16     A    I don't know.

17     Q    Is there something called a teamster

18   RX coalition?

19     A    I haven't heard it called the

20   teamster RX coalition.

21     Q    Have you heard it called a

22   coalition?

23     A    I think.  I don't know.

24          Are you making reference -- if I may

25   ask you, are you making reference to the

W.C. Smith                                          8/11/2016

71

1                         Smith

2    retiree plan?

3         Q    Why don't you tell me the different

4    kinds of plans in the VEBA.

5         A    I don't know how many plans

6    throughout the country other affiliates have.

7    I don't know.

8              What I can tell you that I know that

9    the IBT provides is we do provide a plan for

10   retirees that are not covered by the IBT

11   plan, but a healthcare plan and prescription

12   drug plan for retirees.

13        Q    Is that Medicare Part D?

14        A    One of them is Medicare Part D.

15        Q    And is there also a plan for active

16   teamsters for prescription drugs?

17        A    I don't know the answer to that

18   because my local union does not have that.

19             MR. MAFFEO:  Are you talking about

20       provided by the international?

21        Q    Through the VEBA, just the VEBA.

22   I'm not talking about anything else, just the

23   VEBA.

24        A    All right.  Would you ask your

25   question again, please.

W.C. Smith                                    8/11/2016

72
                        Smith
1
2       Q    Does the VEBA, and we are just
3    talking about the VEBA, have any plans for
4    active teamsters for prescription drugs?
5            MR. MAFFEO:  As opposed to
6        retirees.
7       A    VEBA can recommend plans that are
8    acceptable.  But now I don't know which
9    plans.
10      Q    And when you say recommend plans
11   that are acceptable, can you describe what
12   you mean?
13      A    As I understand it, VEBA
14   negotiations -- for example if you are in
15   negotiations and the company proposes a plan,
16   you can -- and you want to counter -- you can
17   ask VEBA if they have a plan they recommend
18   that would then fit the payment structure.
19      Q    And then the service, prescription
20   drug service would be provided through the
21   VEBA?
22      A    That's not the way I understand it.
23   It could be --
24      Q    So the VEBA is just a marketing?
25      A    I'm not an expert here.  But as I

W.C. Smith                                           8/11/2016

73

1                        Smith

2    understand it, they may refer them to

3    BlueCross BlueShield.

4            They may refer them to XYZ.  They

5    may research the company plan and say it

6    meets the standard.  That's the way I

7    understand it.

8        Q    What does OptumRx do for the VEBA?

9        A    OptumRx provides coverage for the

10   active and retired employees of the IBT.

11   When I say IBT, I'm talking about the

12   international employees in Washington, DC.

13       Q    Does OptumRx provide any other

14   services other than for the active and

15   retired employees of the international?

16       A    Specifically, I don't know.  I've

17   been told they do.  But specifically I don't

18   know where.

19       Q    How much is OptumRx paid by the

20   VEBA?

21       A    I don't know that they are paid by

22   the VEBA or they are paid by the IBT.  I

23   don't know the amount per person.

24       Q    Is the VEBA and the IBT, are they

25   separate entities?

W.C. Smith                                              8/11/2016

74

1                          Smith

2        A     The VEBA is a division of the IBT or

3    a department of the IBT, I should say, not a

4    division, a department.

5        Q     Does the VEBA file a 5500?

6        A     I don't know.

7        Q     Do you know does the VEBA make

8    payments directly to OptumRx?

9        A     I just answered that.  I don't know

10   if VEBA makes the payment or the IBT directly

11   makes the payment.

12            But someone makes the payment for

13   the prescription drug coverage.  And it is

14   either VEBA or the IBT directly.

15       Q     Who is Ross Konigsburg?

16       A     Ross Konigsburg is a consultant to

17   the IBT for ObamaCare which is what he was

18   retained for.

19       Q     What does that mean?

20       A     He's an expert in health coverages

21   when the ObamaCare was being drafted and

22   after it was voted on.

23            I don't know what period of time he

24   was hired by -- at the end secretary

25   treasurer Tom Keegel.

W.C. Smith                                        8/11/2016

                                                      75

 1                        Smith

 2           Tom Keegel retired in March of 2012.

 3      And he was supposed to be an expert on the

 4      implementation of ObamaCare.

 5           Q    What does he do for the VEBA?

 6           A    I don't know what he does for VEBA.

 7           Q    Have you ever looked at the 5500

 8      that the VEBA files?

 9           A    No, not that I recall.  I don't even

10      know if they file a 5500.

11           Q    Have you heard of United American?

12           A    Not that I recall.

13           Q    Have you heard of Buck Consultants?

14           A    I have.

15           Q    And what do they do?

16           A    At one time they worked for the IBT

17      as a consultant.

18           Q    What kind of consulting?

19           A    Consulting in the area of healthcare

20      providers.

21           Q    And did they do anything for the

22      VEBA?

23           A    At one time they did.

24           Q    And what did they do?

25           A    This advised on healthcare as I

W.C. Smith                                          8/11/2016

76

1                          Smith

2      understand it.

3          Q      And were they replaced by someone?

4          A      They were replaced, yes.

5          Q      Why were they replaced?

6          A      They failed to meet certain

7      reporting requirements to the VEBA trustees

8      and department in a timely manner.

9          Q      What reporting requirements are you

10     referring to?

11         A      We asked them to report on a

12     particular plan.

13         Q      What kind of report?

14         A      It could have been on a plan, a

15     BlueCross BlueShield plan.

16         Q      And what happened?  It just didn't

17     report to you?

18         A      As I recall, we were receiving

19     information from them in a matter of hours

20     before our trustees meeting.  And we were

21     requesting at least two weeks in advance, at

22     least two weeks.

23         Q      Why were you requesting the

24     information at least two weeks in advance?

25         A      So the trustees could review it

W.C. Smith                                              8/11/2016

77

1                      Smith

2    prior to the meeting.

3        Q    And that's one of the reasons Buck

4    was let go?

5        A    Yes.

6        Q    And who made the decision to go with

7    another company?

8        A    Trustees.

9        Q    And who replaced Buck?

10        A    I think it was Cheiron.  I think, I

11    don't know.

12        Q    And how was Cheiron --

13        A    I think.  I want you to know I

14    think.  I'm not sure.

15        Q    How was Cheiron selected?

16        A    As I recall, the trustees asked for

17    recommendations.

18        Q    And how was Cheiron selected?

19        A    It was approved by the trustees.

20        Q    Had they done other work for the

21    IBT?

22        A    I mean, I don't recall whether they

23    had or had not.

24        Q    How are vendors selected for the

25    VEBA?

W.C. Smith                                      8/11/2016

78

1                        Smith

2       A    May I ask for an example of a

3  vendor?

4       Q    OptumRx.

5       A    OptumRx was there when I -- they

6  were there before I got there.

7       Q    Does the VEBA do any competitive

8  bids to select providers for the VEBA?

9       A    I don't know specifically if they do

10  or they do not.

11      Q    Are there any written guidelines as

12  to how service providers will be selected for

13  the VEBA?

14      A    I don't know the answer to that

15  question.

16      Q    Was Cheiron selected through a

17  bidding process?

18      A    A bidding process?

19      Q    Yes.

20      A    A financial bidding?  Is that your

21  question?

22      Q    Any kind of bidding.

23      A    I don't know the answer.

24      Q    Are you aware of any bidding process

25  being used to select service providers for

W.C. Smith                                    8/11/2016

79

1                     Smith

2    the VEBA?

3        A    I've already answered.  I don't

4    know.  I don't specifically know.

5        Q    Are you aware of any bidding process

6    being used in connection with the VEBA?

7        A    I've already answered.  I don't

8    specifically know that on the bidding side.

9        Q    Was Cheiron ever asked to evaluate

10   any bids for prescription drug manager?

11       A    They were that I know of.

12       Q    And when did that happen?

13       A    I know in 2013 they were asked.

14       Q    What were they asked to do?

15       A    Bids were open for prescription drug

16   coverage in 2013.

17       Q    Why did that happen?

18       A    As I recall it was suggested to the

19   trustees in 2012 that we rebid about every

20   five years.

21            And it had gone past five years.

22   And a recommendation by Mr. Slatery was to

23   rebid to the trustees.

24       Q    And that was to rebid what OptumRx

25   was providing?

W.C. Smith                                                    8/11/2016

80

1                         Smith

2        A    I would say I would call it the

3   provider, the benefits.

4        Q    The pharmacy benefits manager?

5        A    Yes.

6        Q    And were there also problems with

7   what OptumRx was providing?

8        A    Was there problems?  Not that I know

9   of.

10       Q    Were there service issues with

11  respect to OptumRx?

12       A    Not to my knowledge, no.

13       Q    And what is Mr. Bertucio's

14  connection with OptumRx?

15       A    What is his connection?  I don't

16  know the -- I think Grand fund is --

17  Mr. Bertucio is associated with Grand fund.

18  And Grand fund has an association with

19  OptumRx.  But I don't know specifically.

20       Q    Do you know what Grand fund or

21  Mr. Bertucio gets paid?

22       A    I do not.

23       Q    Did you ever ask him?

24       A    No.

25       Q    Have you ever met any employees of

W.C. Smith                                    8/11/2016

81

1                    Smith

2     Optum?

3          A     Of Optum, yes, I have.

4          Q     Who have you met?

5          A     Her name is Vicki.  I am probably

6     going to pronounce this wrong, Vicki Lanini.

7     I think that's the way that is.

8          Q     And she's employed at Optum?

9          A     As I understand -- well, I don't

10    know if it's Optum or Grand fund.  She was

11    introduced to me that she worked with

12    Mr. Bertucio.

13         Q     And how did you meet her?

14         A     First occasion she was brought to a

15    JRH committee meeting.

16         Q     What did she do there?

17         A     She sat in with Mr. Bertucio at the

18    JRH committee meeting.

19         Q     Why was she there?

20         A     He brought her.

21         Q     Did she do anything?  Did she speak?

22         A     I don't recall.  Mr. Bertucio

23    introduced her and said that he could not

24    make every meeting and she may attend in his

25    absence on occasion.

W.C. Smith                                          8/11/2016

                                                              82

1                         Smith

2       Q       And how often have you had contact

3   with her?

4       A       I don't contact her.

5       Q       Well, have you seen her at meetings?

6       A       She has attended some meetings, yes.

7       Q       Other than that, have you had any

8   contact with her?

9       A       I do not contact her.

10      Q       But you have seen her at meetings?

11      A       Yes.

12      Q       That's a contact, right, sitting at

13  a meeting together?

14          MR. MAFFEO:  Outside of the

15      meetings, did you have any contact with

16      Ms. Lanini?

17      A       Outside of the meetings, I have

18  never had any contact with her.

19      Q       Have you had any contact whether in

20  person, by phone --

21      A       Let me change, let me correct.

22  Outside the meetings, there's been some JRH

23  dinners, you know, committee meeting dinners

24  on a social basis, but not a group of 6, 8,

25  10 people.

W.C. Smith                                              8/11/2016

83

1                            Smith

2        Q    So you've been to dinners where Ms.

3   Lanini was present?

4        A    Yes.

5        Q    Have you met any other individuals

6   who were employed or that you believe are

7   employed by OptumRx?

8        A    I think there was a couple of -- I

9   don't recall, two or three people that were

10   in golf tournament, charity golf tournament

11   that was introduced to me that they worked

12   with Charlie Bertucio.

13            I don't know if it was Grand fund.

14   I don't know.

15        Q    And when you say the golf

16   tournament, is that JRH?

17        A    Yes, it is.

18        Q    Do you know Vincent Condino?

19        A    Not that I know of.

20        Q    Do you know Peter Beerman?

21        A    That name sounds familiar, but I

22   don't recall him specifically.

23        Q    Did you ever meet him?

24        A    I don't recall.  The name sounds

25   familiar.

W.C. Smith                                        8/11/2016

84

1                             Smith

2        Q     Do you know Paul Marcus?

3        A     The name sounds familiar, but I

4    can't put a face with the name.

5        Q     Why does the name sound familiar?

6        A     I don't know if it was at a JRH

7    event or not.

8        Q     Do you know Chris Boatman?

9        A     Same thing, name sounds familiar but

10   I don't put a face with the name.

11       Q     Had Buck Consultants recommended

12   that a bidding process be done for the

13   prescription drug manager, pharmacy benefits

14   manager for the VEBA?

15       A     I don't recall that being said.

16       Q     Have you met anyone from Cheiron?

17       A     I have.  They have attended

18   meetings.

19       Q     Who have you met?

20       A     I don't recall their names.

21       Q     Have you ever met Gene Kalwarski?

22       A     I have.

23       Q     Under what circumstances have you

24   met him?

25       A     Mr. Kalwarski had made presentations

W.C. Smith                                      8/11/2016

85

1                      Smith

2    on the central states issue of funding and

3    unfunded liability.

4        Q    Has he done anything with the VEBA?

5        A    I don't know how that is structured.

6    I don't know if he has or he hasn't.

7        Q    When did you first meet him?

8        A    I recall meeting him on the central

9    state problem.  And that could have been in

10   '12, '13 he made a presentation.

11       Q    Who did he make a presentation to?

12       A    As I recall, the first presentation

13   was General President Hoffa, General

14   Secretary Hall, Treasurer Hall, excuse me,

15   myself, I believe Brad Raymond was there.

16            I think Mr. Thompson was there.  I

17   think Dick Bell was there.  I think Leah Ford

18   was there.  I don't recall right now if other

19   people were present.

20       Q    Have you ever golfed with him?

21       A    No.

22       Q    Has anyone from Cheiron ever given

23   you any gift or anything of value?

24       A    No.

25       Q    Have they ever given you tickets to

W.C. Smith                                          8/11/2016

86

```
 1                      Smith
 2    any events?
 3        A    No.
 4        Q    Are you aware of them giving any IBT
 5    employees tickets or gifts?
 6        A    No.
 7        Q    Has Mr. Bertucio ever given you any
 8    money or anything of value?
 9        A    Any money?
10        Q    Or anything.
11        A    No.  Let me correct that.  He did
12    give the golf group a golf hat when we went
13    on a trip.
14        Q    Which trip was that?
15        A    I believe it was to Ireland.
16        Q    What kind of hat was it?
17        A    A golf hat.
18        Q    Did it say anything on it?
19        A    It had the name of the golf course
20    we played.
21        Q    Does Mr. Bertucio attend VEBA
22    meetings?
23        A    I have never seen him at one.
24        Q    Was there an issue that OptumRx had
25    overcharged the VEBA for prescription drugs?
```

W.C. Smith                                          8/11/2016

                                                              87

1                         Smith

2        A    I've never heard that.

3        Q    And what did Cheiron do with respect

4   to the bid for the pharmacy benefits manager

5   in 2013?

6        A    As I understand, they collected,

7   they sent out bids.  They collected bids and

8   then they made an evaluation.

9        Q    And were the bids sent directly to

10  Cheiron?

11       A    I don't know the answer to that.

12       Q    Did any of the bids come through any

13  IBT employee?

14            MR. MAFFEO:  Come through or to?

15            MS. ZAHNER:  Come through.

16       A    I mean, not to my knowledge.  I

17  don't know.

18       Q    Was there any action by the federal

19  government that required a bid for the

20  pharmacy benefits manager?

21       A    Not to my knowledge.

22       Q    And was there some time pressure to

23  get a bid done for the pharmacy benefits

24  manager?

25       A    A time pressure?  Could you clarify

W.C. Smith                                              8/11/2016

88

1                         Smith

2      that?

3           Q     Was there some deadline by which the

4      bid process had to be finished?

5           A     I don't know if the specs said there

6      was a deadline or not.  It was reported to us

7      that the bids would be collected and the

8      reports would be made at the next meeting.

9           Q     Was there some external deadline

10     that required the selection to be made by a

11     certain date?

12          A     To my knowledge, there was not.

13          Q     And what was Mr. Bertucio's role

14     with respect to the bid for the pharmacy

15     benefits manager?

16          A     I don't know that he played a role.

17          Q     Did you speak to Mr. Bertucio at all

18     about the bid for the pharmacy benefits

19     manager for the VEBA?

20          A     No.

21          Q     Did Cheiron need information from

22     the current pharmacy benefits manager in

23     order to prepare the request for bids?

24          A     Repeat that where I can understand

25     that.  Repeat that.

W.C. Smith                                    8/11/2016

89

                        Smith

1

2     Q     Sure.

3           Did Cheiron in order to prepare the

4     request for bids need information from the

5     current pharmacy benefits provided?

6           MR. MAFFEO:  From OptumRx, right?

7           MS. ZAHNER:  Right.

8     A     I don't know specifically the answer

9     to that.  I think I recall Mr. Slatery saying

10    that we would have to release some of our

11    experience which is coverage payment.

12    Q     Was that a discussion he had with

13    you?

14    A     That was with the trustees at the

15    meeting.

16    Q     And what did the trustees say?

17    A     That there wasn't a discussion.  It

18    was just a report.  As I recall, it was just

19    a report we would have to release some

20    information.

21    Q     And did any of the trustees say they

22    did not want to release any information?

23    A     Not to my knowledge.

24    Q     Did anyone ever tell you that any of

25    the trustees said they had no interest in

W.C. Smith                                    8/11/2016

90

1                       Smith

2    giving Cheiron any information?

3        A    No.  I don't recall ever hearing

4    that.

5        Q    Did Mr. Slatery or anyone else ever

6    tell you that he was having difficulty

7    getting information from Optum that Cheiron

8    needed for the bid process?

9        A    No.

10        Q    And when was the meeting that the

11    decision was going to be made regarding the

12    pharmacy benefits manager?

13        A    In 2013, first part of 2013.  I

14    don't remember the specific date.  I think it

15    was the first quarter, I think.

16            MS. ZAHNER:  Please mark this as

17        Exhibit 17.

18            (E-mail from Mr. Slatery to

19        W.C. Smith dated April 14, 2015,

20        was marked as Exhibit 17 for

21        identification, as of this date.)

22        Q    Can you take a look at what's been

23    marked as Exhibit 17 which is an e-mail from

24    Mr. Slatery to you.  And it's dated April 14,

25    2015.

W.C. Smith                                                    8/11/2016

91

```
 1                       Smith
 2            And do you recognize that?
 3       A    I do.
 4       Q    And is that a request for an
 5  increase that Mr. Hall was asking for for
 6  Cheiron on?
 7       A    Let me read it if you don't mind.
 8       Q    Sure.
 9       A    Okay, I recognize it.
10       Q    And is that in connection with the
11  request that Mr. Slatery was making for an
12  increase for Cheiron that Mr. Hall had
13  recommended?
14       A    I don't know if it was as a result
15  of Mr. Slatery's request.  I don't know who
16  made the request.  It reads, as I understand
17  this, it's from Slatery.
18       Q    And his e-mail says that as to
19  whether you agree with Chairman Hall's
20  recommendation to accept.
21            Do you see that?
22       A    Yes.
23       Q    And did you have any discussion with
24  Mr. Hall about an increase for Cheiron?
25       A    No.
```

W.C. Smith                                              8/11/2016

                                                              92

                            Smith
1
2        Q     And then you responded, "Why did you
3    even ask me.  It appears it's a done deal."
4              Do you see that?
5        A     Yes.
6        Q     And why did you say that?
7        A     The reason I said that is because I
8    had a very short discussion with Mr. Slatery
9    in the lunchroom as I recall, and I asked to
10   have a meeting.
11       Q     A meeting about what?
12       A     A meeting about this subject.
13       Q     The increase for Cheiron?
14       A     Yes.
15       Q     And why did you want to have a
16   meeting?
17       A     I wanted to have a discussion about
18   this meeting of what we were paying, what we
19   had been paying, and a meeting format whether
20   it was telephonic or physical.
21       Q     And what did Mr. Slatery say to you?
22       A     We already have a majority.
23       Q     And your conversation that you
24   described, was that before or after this
25   e-mail?

W.C. Smith                                    8/11/2016

                                                        93

1                      Smith

2        A    It was after the e-mail.

3        Q    And did you discuss this with any of

4   the other trustees?

5        A    No.

6        Q    Did you discuss it with Mr. Hall?

7        A    No.  He's a trustee.

8        Q    What was your concern?

9        A    About a meeting?

10       Q    Or about Cheiron.

11       A    I didn't have a concern.  I really

12   thought that this should be brought up in a

13   meeting and we should have a discussion.

14       Q    Why wasn't it brought up in a

15   meeting?

16       A    I do not know the answer to that.

17       Q    Did you ask anyone why it wasn't

18   brought up in a meeting?

19       A    I asked to have a meeting about this

20   request or it be brought up at the next

21   meeting through Mr. Slatery.

22       Q    And that's when he said there's a

23   majority?

24       A    He said, "There's already a majority

25   that I'm approving."

W.C. Smith                                              8/11/2016

94

1                         Smith

2        Q     Did you bring that up at any

3    meeting?

4        A     I brought it up in this e-mail to

5    Mr. Slatery as you can read my response.

6        Q     Did you have any conversation with

7    him about that?

8        A     This conversation in this e-mail is

9    pretty direct, I think.

10       Q     And was his only response the e-mail

11   response he gave to you?

12       A     To the best of my recollection, yes.

13             MS. ZAHNER:  Why don't we take a

14        break for lunch.

15             (A lunch recess was taken.)

16             (Time noted:  1:26 p.m.)

17

18

19

20

21

22

23

24

25

W.C. Smith                                                    8/11/2016

95

```
 1                    Smith
 2       A F T E R N O O N   S E S S I O N
 3            (Time noted:  2:11 p.m.)
 4  W. C.   S M I T H, resumed, having been
 5       previously sworn by a Notary Public
 6       within and for the State of New York, was
 7       further examined and testified under oath
 8       as follows:
 9  CONTINUED EXAMINATION BY MS. ZAHNER:
10       Q    Earlier in your testimony, you
11   indicated there were some deficiencies in
12   Buck Consultants' work for the VEBA; is that
13   right?
14       A    Yes.  That was what was reported to
15   the trustees.
16       Q    And were they notified in writing in
17   any way as to those deficiencies?
18       A    I don't know if they were notified
19   in writing, no, I do not.
20       Q    Were you involved in notifying them
21   of any deficiencies?
22       A    Me personally, no.
23       Q    Do you know anyone who did?
24       A    As I recall, there was.
25            And I don't know which trustee, but
```

W.C. Smith                                                    8/11/2016

96

1                           Smith

2       there was a trustee that complained at one of

3       the meetings that we needed to start getting

4       the information at least a week, preferably

5       two weeks prior to the meeting.

6              And it was not corrected.  And I

7       don't remember what link, the time, it was

8       not corrected.  It was one meeting or two

9       meetings.

10             And I believe it was Mr. Slatery

11      that said that we should consider changing.

12      And as I recall someone left that firm that

13      was assigned to us.

14         Q    Who was that?

15         A    I don't recall the name, but they

16      were very good.  But they left Buck and they

17      were assigned to us.  The people that were

18      assigned to us, that was, as I recall, the

19      problem.

20         Q    And how was Cheiron selected to be

21      one of the bidders for that work?

22         A    I don't recall specifically.

23             I believe Mr. Slatery said in

24      conversation that they had a great reputation

25      and that he recommended that they be

W.C. Smith                                    8/11/2016

97

1                        Smith

2    considered to be retained.

3        Q    Did Mr. Hall recommend that they be

4    retained?

5        A    I don't recall him recommending, no.

6        Q    And does he have any relationship

7    with Cheiron?  Do they do work for his local

8    or any other type of relationship with him?

9        A    I don't recall being told in the

10   arena of VEBA that they do work for his

11   local.

12            I think in one of the central state

13   presentations there was a reference that

14   Mr. Hall has some fund in his local and that

15   they had been doing some work.

16            And I don't remember what year that

17   was.

18       Q    That Cheiron had been doing some

19   work?

20       A    As I recall, yes.

21       Q    So in 2013 there was a competitive

22   bid for the pharmacy benefits manager for the

23   VEBA; is that right?

24       A    Yes.

25       Q    And can you describe the bidding

W.C. Smith                                    8/11/2016

98

1                    Smith

2    process?

3        A    The trustees were not over the

4    bidding.  It was Mr. Cheiron and Cheiron

5    associates that was asked to conduct the bid.

6        Q    And was there any involvement of IBT

7    employees in the bidding process?

8        A    Could you be specific?  I know Mr.

9    Slatery was involved in some areas, but

10   that's the only one that I know of.

11       Q    Were any of the trustees involved in

12   the bidding process?

13       A    Not to my knowledge, no.

14       Q    And what did Mr. Slatery do?

15       A    I mean, Mr. Slatery was the one

16   that -- I remember that he announced several

17   groups or companies that should be offered

18   the opportunity to bid.

19       Q    And other than that, are you aware

20   of Mr. Slatery's involvement in the actual

21   bidding process?

22       A    No.

23       Q    Was that something that Cheiron was

24   handling, they were going to get the bids and

25   analyze them for the trustees?

W.C. Smith                                    8/11/2016

99

```
 1                    Smith
 2      A    I don't know specifically what the
 3   Cheiron associates, what their job duties
 4   were.
 5           I don't know at what level, what
 6   they -- if they were required to send out, if
 7   Slatery was required to send out.  I don't
 8   know exactly.
 9           I do know that they made a report to
10   the trustees.
11      Q    Was that report prepared for the
12   trustees meeting or was that something that
13   you received after the trustees meeting?
14      A    It was a report for the trustees
15   meeting.
16      Q    And in the bidding process, was
17   information from one bidder given to another
18   bidder?
19      A    I don't know the answer to that
20   question.  You asked that earlier on,
21   information.  I wasn't involved in any of
22   that process.
23      Q    And with respect to a competitive
24   bidding process, is it your understanding
25   that information from one bidder is given to
```

100

```
 1                    Smith
 2   another bidder?
 3        A    I mean, as I said earlier, I'm not
 4   an expert in that type of operation.  I don't
 5   know how they handle that.
 6        Q    Are you aware of any nondisclosure
 7   agreements that any of the bidders entered
 8   into with Cheiron?
 9        A    I'm not.
10        Q    Did anyone ever tell you there were
11   nondisclosure agreements?
12        A    You know, not to my knowledge.
13   There was five attorneys in the room.
14        Q    I'm just talking about the process
15   in general.  I am not talking about for any
16   particular meeting.
17        A    Not to my knowledge.  I don't have
18   any recall of that.
19        Q    Does the IBT do other competitive
20   bidding other than with the VEBA for services
21   to be provided to the international?
22        A    I am aware of some, yes.
23        Q    And how is that process conducted?
24        A    Well, I'm familiar with specs on
25   equipment whether it be in the building
```

101

1                          Smith

2    maintenance area or the electronic equipment.

3        Q    And are bids obtained from different

4    companies and then they are evaluated?  Is

5    that how it works?

6        A    Yes.

7        Q    And are bidders told this is the

8    number that the other bidder put in, you need

9    to beat that?

10       A    I don't know the answer to that

11   question.

12       Q    Is that something that's appropriate

13   under the IBT's procedures?

14           MR. MAFFEO:  Do you know if there

15       are any IBT procedures on this?

16       A    I have never read any to my

17   knowledge.

18       Q    Have you ever read the IBT's

19   purchasing guidelines?

20       A    I have read guidelines on a certain

21   amount of money that it cost, that you have

22   to be at a certain level.

23       Q    And are there requirements that it

24   has to be a fair bidding process?

25       A    I hope all bidding is fair.

W.C. Smith                                          8/11/2016

102

1                         Smith

2       Q     Would it be fair to provide the

3    information from one bidder to another

4    bidder?

5       A     I don't know the answer to that.  I

6    don't know the circumstances.  I don't know

7    the answer to that.  I don't know if that's

8    been done.  I don't know.  I really don't

9    know.

10      Q     And when was the meeting that was

11   held to decide on the pharmacy benefits

12   manager for the VEBA?

13      A     There was a formal meeting.  I

14   believe it was around the first quarter, like

15   March or maybe April of '13.

16      Q     And what happened with that meeting?

17      A     The low bidder was not awarded the

18   bid.

19      Q     And who was the low bidder?

20      A     I think it was United, I think.

21      Q     And why was the low bidder not

22   awarded the bid?

23      A     There was discussions.  We went into

24   executive sessions.  The trustees, the five

25   attorneys, Mr. Slatery, and his staff was

W.C. Smith                                    8/11/2016

103

1                      Smith

2    asked to leave.

3          There was discussions that the low

4    bidder -- as I recall, some groups were

5    notified if they would like to be and didn't

6    turn in a bid.

7          Some didn't meet the criteria.  I

8    don't know what the criteria was.  As I

9    recall, Cheiron said that there were two

10   groups that should be considered.

11         And if the name of this other

12   company was United, that was one of them

13   which they were a lower bid and the existing

14   OptumRx.

15         There was complaints about the low

16   bidder from trustees in the room of history,

17   of outstanding payments due, and that was

18   discussed.

19     Q    Which trustees had an issue with the

20   low bidder?

21     A    I'm not going to say anyone had an

22   issue with the low bidder.

23         There was trustees that complained

24   about United, if that's the name of the

25   group, that United, one of them was the

                                                        104

1                        Smith

2    number, was 1 or $2 million, that their bills

3    had not been paid for prescription drugs.

4         Q    Who said that?

5         A    Vice President Bill Hamilton.  He

6    was on the telephone.  He was not able to

7    physically make the meeting, but he was on a

8    speakerphone.

9         Q    And what fund was he talking about?

10        A    If United was the group, that's the

11   one he was talking about.

12        Q    Are you familiar with the company

13   ESI?

14        A    I'm not.  What does ESI stand for?

15   I need to ask that question.

16        Q    I don't know.  It's a prescription

17   drug company.

18        A    I don't recall it.

19        Q    Prior to the meeting of the

20   trustees, were you informed that OptumRx was

21   not the lowest bidder?

22        A    I don't recall that, no.

23        Q    And was the meeting on May 22nd?

24             MR. MAFFEO:  We will stipulate that

25        it was.

W.C. Smith                                                    8/11/2016

105

1                              Smith

2          Q     Prior to the meeting on May 22nd,

3     had you received any report from Cheiron?

4          A     I don't recall receiving a report

5     from Cheiron.

6          Q     And prior to the meeting on May

7     22nd, were you informed that OptumRx was not

8     the lowest bidder, that the current pharmacy

9     benefits manager was not the lowest bidder?

10         A     I just proved with my answer that I

11    was not.

12         Q     Did you talk to anyone before the

13    meeting on May 22nd about where OptumRx stood

14    in the bidding process?

15         A     I don't recall having a conversation

16    with anyone.

17         Q     Before the trustees meeting, did you

18    speak to Mr. Hoffa about OptumRx?

19         A     No.

20         Q     Was there any discussion that you

21    had with Mr. Hoffa before the meeting that

22    OptumRx should be retained?

23         A     No.

24              MS. ZAHNER:  Please mark this as

25         Exhibit 18.

W.C. Smith                                    8/11/2016

106

1                         Smith

2            (Telephone records for Charles

3         Bertucio was marked as Exhibit 18

4         for identification, as of this

5         date.)

6       Q    If you can take a look at what's

7    been marked as Exhibit 18 which are telephone

8    records for Charles Bertucio.

9            Look at the third page of Exhibit

10   18.  I believe it's highlighted.  There's a

11   text message sent on May 21st at 4:37.

12           Do you see that?

13      A    Yes, I do.

14      Q    And that's your cell phone number?

15      A    Yes.

16      Q    And what was that about?

17      A    What date is that?

18      Q    May 21st of 2013.

19      A    I don't specifically recall what

20   that was about.  That was around the period

21   of time of the James R.  It could have been

22   then.

23           But I do not recall having a

24   conversation as I have answered before with

25   Mr. Bertucio about this bid.

W.C. Smith                                         8/11/2016

107

1                         Smith

2        Q     Was the James R scholarship meeting,

3    was that earlier in May of 2013 in Las Vegas?

4        A     A meeting or an event?

5        Q     The event.

6        A     It's usually the first or second

7    week of May.

8        Q     And was that the case in 2013?

9        A     It should have been, yes.

10       Q     And did you see Mr. Bertucio there?

11       A     I don't recall if he was

12   specifically there.

13       Q     Did you have any meals with

14   Mr. Bertucio in May of 2013 at the Hoffa

15   scholarship event?

16       A     No.

17       Q     If you could take a look at the

18   fourth page of what's been marked as Exhibit

19   18, there's a highlighted call on May 30th at

20   8:38 in the morning.

21             Do you see that?

22       A     I do.

23       Q     And what was your conversation with

24   Mr. Bertucio on that day?

25       A     I don't recall.

W.C. Smith                                        8/11/2016

108

1                          Smith

2        Q     Did you have any discussion with him

3    about the Optum bid or the selection of Optum

4    to be the pharmacy benefits manager?

5        A     I have already answered no.

6        Q     When did you first become aware that

7    OptumRx, the current pharmacy benefits

8    manager, was not the lowest bidder?

9        A     As I recall, at the trustees

10   meeting.

11       Q     That was the meeting on May 22nd?

12       A     If that's what we stipulated to,

13   yes.

14       Q     And how were you informed that they

15   were not the lowest bidder at that meeting?

16       A     As I said, Cheiron made a

17   presentation.

18       Q     And what was Cheiron's presentation?

19       A     We release the bid to who did not

20   respond, who responded based on their

21   evaluation, the two most suitable.

22             If the company was United, and I

23   don't specifically remember the name of it,

24   it was mentioned, and the OptumRx that we

25   were using.

W.C. Smith                                    8/11/2016

109

1                          Smith

2        Q    And what was Cheiron's

3    recommendation?

4        A    I don't recall Cheiron recommending

5    either one.  I don't recall that.  I think he

6    informed us of his findings as I recall.

7        Q    And was that just a presentation or

8    was there an actual document that you were

9    provided?

10       A    I don't know if there was a document

11   or a spreadsheet.  I don't remember.  It was

12   supposed to be compared apples to apples.  I

13   remember that definition being stated in the

14   executive session.

15       Q    And was a call made to Mr. Bertucio

16   during the meeting?

17       A    Not that I know of.

18       Q    Did Mr. Aloise tell you that he

19   called Mr. Bertucio during the meeting?

20       A    Not that I recall.

21       Q    And what did you say during the

22   meeting?

23       A    There were general discussions about

24   switching.  There was discussions about the

25   inconvenience it would cause to the

110

```
 1                     Smith
 2    participants.
 3            There was general discussions about
 4    some areas that experienced problems that I
 5    have stated with the other group.
 6            And I had no experience with the
 7    other group, me personally.  But I did ask a
 8    question of the IBT general counsel.
 9        Q    And what was the question?
10        A    When, and I don't recall who said
11    it, but when someone said that we could ask
12    the existing group Optum if they would
13    consider matching the lower bid of -- again,
14    if it's United -- I asked the general counsel
15    can we do that.
16        Q    And what was discussed?
17        A    As I recall --
18            MR. MAFFEO:  Well, wait a minute.
19       Can we just go off the record?
20            MS. ZAHNER:  Okay.
21            (Discussion off the record.)
22    EXAMINATION BY MR. MAFFEO:
23        Q    Based on the discussion with the
24    general counsel, this was an executive
25    session?
```

111

```
 1                    Smith
 2        A    Yes.
 3        Q    It was the five trustees and several
 4   lawyers, correct?
 5        A    Yes.
 6        Q    And one of the lawyers I assume was
 7   Brad Raymond as the general counsel of the
 8   IBT?
 9        A    Yes.
10        Q    And was that the individual lawyer
11   to whom you presented the question?
12        A    Yes.
13        Q    And did he register any objection,
14   legal objection to providing information to
15   asking the other bidder which in this case I
16   assume is Optum to match the bid of the other
17   company?
18        A    No.
19   FURTHER EXAMINATION BY MS. ZAHNER:
20        Q    And what was discussed about having
21   Optum match the lowest bid?
22        A    What was discussed is after I
23   received my answer from Mr. Raymond, I
24   addressed the other four attorneys, did
25   anyone see a problem with this.
```

112

                          Smith

1

2      Q     And this was your idea to go to

3   Optum and give them the information?

4      A     No.

5      Q     Whose idea was it to have Optum

6   manage?

7      A     I don't recall.  I don't recall if

8   it was Cheiron.  I don't recall if it was one

9   of the other trustees.  I don't recall who it

10  was.

11     Q     Now Cheiron wasn't in the executive

12  session --

13     A     I don't know if he was or he wasn't.

14  I don't think he was.  But I don't recall

15  specifically if he was or was not.

16     Q     So you don't know whose idea it was

17  to tell Optum to match?

18     A     It wasn't to tell them to match.  As

19  I recall, the discussion was would it be

20  possible to offer Optum to match the bid of

21  the lowest group.

22     Q     Did Optum ever do that?

23     A     Based on what was reported in an

24  e-mail transmission at a later date, it said

25  that they did match it.

W.C. Smith                                          8/11/2016

113

1                          Smith

2        Q     And what did Mr. Aloise say during

3    this executive session?

4        A     I don't recall specifically what he

5    said.  There was discussion by all the

6    trustees.

7              I recall that what he said at the

8    end when a decision was to be made a decision

9    was made that Optum could be contacted if

10   they would like to match the bid.

11             I remember what he said.

12       Q     And what did he say?

13       A     He said, "I'd be more than happy to

14   contact Mr. Bertucio and see if Optum would

15   like to match the bid apples to apples."

16       Q     And did anyone say why are you

17   contacting Mr. Bertucio?

18       A     Why?

19       Q     Why would you contact Mr. Bertucio

20   regarding Optum?

21       A     As I recall, it was either Slatery

22   or someone else.

23       Q     Why was Mr. Bertucio being

24   contacted?  Why wasn't Optum being contacted?

25       A     I don't know the answer to that.

114

                        Smith

1

2       Q    Did anyone ask why are we contacting

3    Mr. Bertucio?

4       A    Not that I recall.

5       Q    None of the trustees asked that

6    question?

7       A    Not that I recall.

8       Q    Did all the other trustees know who

9    Mr. Bertucio was?

10      A    I would say yes.

11      Q    How did they know that?

12      A    I don't know.  I know how Mr. Aloise

13   knows Mr. Bertucio.  I know how Mr. Hall

14   knows Mr. Bertucio.

15           I don't know the answer on Mr.

16   Hamilton how he knows him.  And I do know

17   that John Murphy knows him.

18      Q    How does Mr. Murphy know Mr.

19   Bertucio?

20      A    I don't know specifically how he

21   knows him.

22      Q    How do you know that he does know

23   him?

24      A    In the general conversation that day

25   with the trustees about Optum.

W.C. Smith                                              8/11/2016

115

```
 1                     Smith
 2       Q     What was discussed about
 3  Mr. Bertucio in the general discussion of the
 4  trustees?
 5       A     As I have said, I recall
 6  specifically that Mr. Aloise said that he
 7  would contact him and see if he would match
 8  the bid.
 9       Q     Had Mr. Aloise prior to this meeting
10  given Mr. Bertucio information about the
11  other bidders or where Optum stood?
12       A     Prior?  Not to my knowledge.
13       Q     Did Mr. Aloise ever tell you, "By
14  the way, I had already given Optum
15  information"?
16       A     No.
17       Q     Are you aware now that Mr. Aloise
18  had given Mr. Bertucio information about
19  where Optum stood prior to the meeting?
20       A     The only thing that I am
21  specifically knowledgeable about and it is
22  written in a vague form, was my attorney --
23            MR. MAFFEO:  Well, wait a minute.
24       You are not going to divulge
25       conversations with your attorney.
```

W.C. Smith                                        8/11/2016

116

1                          Smith

2        Q     Are you aware now that Mr. Aloise

3    gave information to Mr. Bertucio about where

4    Optum stood prior to the meeting on May 22nd?

5        A     Not specifically aware of that, no.

6        Q     Did you ever have any discussion

7    about that with anyone at the IBT?

8        A     No.

9        Q     Did Mr. Aloise ever say at the

10   trustees meeting that he had given Mr.

11   Bertucio information about where they stood

12   prior to the meeting?

13       A     No.

14       Q     And was Optum selected to be the

15   pharmacy benefits manager at the May 22nd

16   meeting?

17       A     No.

18       Q     And Mr. Aloise was supposed to

19   contact Mr. Bertucio about Optum's bid?

20       A     Mr. Aloise offered to contact Mr.

21   Bertucio about matching the bid, the lowest

22   bidder.

23       Q     And when he made that offer, what

24   was discussed?

25       A     As I said originally, previously, I

W.C. Smith                                    8/11/2016

117

1                        Smith

2       asked the general counsel of the IBT.

3            Q    Well, after Mr. Aloise said, I'll

4       contact Mr. Bertucio, did everybody say,

5       okay, yes, you contact Mr. Bertucio?  What

6       was decided?

7            A    He volunteered.  And I didn't hear

8       an objection by the trustees or legal

9       counsel.

10           Q    And what information did Mr. Aloise

11      provide Mr. Bertucio?

12           A    I do not know.

13           Q    Did any of the trustees contact

14      Optum rather than Mr. Bertucio?

15           A    I don't know the answer to that

16      question.

17           Q    Did anyone say why is Mr. Bertucio

18      involved with this?

19           A    I don't recall hearing that

20      question.

21           Q    And what was his role?

22           A    Whose role?

23           Q    Mr. Bertucio's.

24           A    In the meeting?

25           Q    In the bidding process.

W.C. Smith                                              8/11/2016

118

1                          Smith

2          A    I don't know his role in the bidding

3     process.

4          Q    And so at the meeting on May 22nd,

5     Optum's bid was not acceptable at that point;

6     is that right?

7          A    Repeat that now.

8          Q    At the meeting on May 22nd, Optum's

9     bid was not an acceptable bid; is that right?

10         A    That's not right.

11         Q    Did you select Optum at that point?

12         A    No.

13         Q    So there was no selection made?

14         A    There was no selection made on May

15    the 22nd.

16         Q    And was Cheiron asked to do anything

17    after the May 22nd meeting with respect to

18    the bid?

19         A    You know, I don't recall if he was

20    or was not.

21         Q    When you say "he," who do you mean?

22         A    I mean him, the Cheiron associates,

23    whoever was representing them.

24         Q    Was Mr. Hall given the authority to

25    negotiate with Optum at that meeting, at the

119

```
 1                    Smith
 2  May 22nd meeting?
 3       A    No, not to my knowledge.
 4       Q    Did you talk to Mr. Bertucio after
 5  the May 22nd meeting?
 6       A    I have already answered that, no.
 7       Q    What did you discuss with him on the
 8  May phone call?
 9       A    From May of '13 to today is a long
10  period of time.  So I have talked to Mr.
11  Bertucio, but I did not talk to Mr. Bertucio
12  about this bid.
13       Q    At all?
14       A    To my knowledge, to my best
15  recollection, I never talked to him about
16  this bid.
17       Q    Was Mr. Slatery asked to do anything
18  after the meeting, the May 22nd meeting?
19       A    Was he asked about my -- if I may
20  ask you, by the trustees?
21       Q    Yes.
22       A    Mr. Slatery was called back in the
23  room and told that Optum would be contacted
24  to see if they would like to match the bid,
25  and it was not finalized.
```

W.C. Smith                                    8/11/2016

120

```
 1                        Smith
 2        Q     And what did he say?
 3        A     I don't recall specifically what he
 4   said.
 5        Q     So Mr. Slatery was not in the room
 6   in the executive session?
 7        A     He was not.
 8        Q     And was Cheiron in the room?
 9        A     You know, I don't remember if he was
10   in the room and left, which -- and if he was
11   brought back in and asked a question and left
12   again, I don't recall there.
13              I don't think he was in the room the
14   entire time.
15        Q     When you say "he," who are you
16   referring to?
17        A     Whoever was the person that was
18   representing Cheiron.
19        Q     So if you asked an IBT employee to
20   leave the room for an executive session,
21   would you ask a third party to leave the room
22   during an executive session?
23        A     I said I don't recall if they left
24   the room and they were brought back in to ask
25   a question and they left again.  I don't
```

W.C. Smith                                          8/11/2016

121

1                        Smith

2    recall that.

3            I know there was discussions about,

4    very lengthy discussions about the exchange

5    period of time that people are on cancer

6    drugs, heart drugs.

7            And if there would be a void period,

8    they wouldn't have coverage.  It was that

9    type of discussion.

10      Q    And that was in the executive

11   session?

12      A    That was in the executive session,

13   yes, I recall that.

14      Q    And what did Mr. Aloise do after the

15   meeting?

16      A    As I recall, he left.  He left town

17   after the meeting.

18      Q    Did you have dinner with him that

19   night?

20      A    I don't remember having dinner with

21   him that night.

22      Q    Did he contact Mr. Bertucio about

23   Optum's bid?

24      A    I do not know.

25      Q    Did you ever ask him if he

W.C. Smith                                              8/11/2016

122

```
 1                     Smith
 2   contacted --
 3        A    No.
 4        Q    You never asked him if he contacted
 5   Mr. Bertucio?
 6        A    Not to my knowledge, no.
 7        Q    Did he ever tell you he contacted
 8   Mr. Bertucio?
 9        A    Not to my knowledge.  I remember
10   getting an e-mail asking the trustees if they
11   had matched Optum.
12        Q    Your understanding is that Optum
13   matched ESI's bid?
14        A    Is ESI the company?
15        Q    Yes.
16        A    As I understand that, that's the way
17   I understood it.
18        Q    Did Mr. Aloise call you after the
19   meeting on May 22nd?
20        A    He could have.
21        Q    And what did you talk to him on the
22   phone about?
23        A    As I have said earlier, he's the
24   director of two divisions.  He's the senior
25   vice president.  He's very active in
```

W.C. Smith                                                      8/11/2016

123

1                        Smith

2     organizing campaigns, negotiations.

3              And he is if not the most, he's one

4     of the most active IBT vice presidents.  And

5     we have a lot of conversations.

6        Q    Did he tell you at any point that he

7     had spoken to Mr. Bertucio?

8        A    Not that I recall.

9        Q    Did he tell you that Optum had come

10    down in their pricing, they lowered their

11    bid?

12       A    I don't recall having a conversation

13    with him about Optum after that meeting.

14       Q    Did you speak with Mr. Hoffa about

15    what had occurred at the meeting?

16       A    I recall telling Mr. Hoffa that we

17    were bidding it out.  I don't recall telling

18    him the results of that meeting.

19       Q    Did you tell him that Optum wasn't

20    the lowest bidder, but that Mr. Aloise was

21    going to talk to Mr. Bertucio?

22       A    I don't recall doing that, no.

23       Q    Did you have any conversation with

24    Mr. Hoffa about keeping OptumRx as the

25    pharmacy benefits manager?

W.C. Smith                                      8/11/2016

124

```
 1                      Smith
 2        A    That I recall, no.
 3        Q    Did you have any conversations with
 4   Mr. Hall about the bid that OptumRx had put
 5   in?
 6        A    Only at the trustees meeting.
 7        Q    What did Mr. Hall say at the
 8   trustees meeting?
 9        A    Mr. Hall did make a comment that
10   this time they had problems collecting the
11   payments from -- you called it ESR?
12        Q    ESI.
13        A    ESI.
14        Q    So Mr. Hall's fund uses ESI?
15        A    I don't know specifically.  I recall
16   during executive sessions when Mr. Hamilton
17   made a reference that he had problems with
18   this company and making their payments.
19             And they were behind a million or
20   $2 million.  And Mr. Hall I recall said we
21   have had problems also.  I don't know which
22   fund specifically.
23        Q    Did any of the other trustees say
24   that they had had problems with ESI?
25        A    No.
```

125
```
 1                    Smith
 2      Q    Did anyone say that Optum had
 3   overcharged the fund by over $300,000, the
 4   VEBA fund itself?
 5      A    No.
 6      Q    Was there any discussion of that?
 7      A    I don't recall that there was.
 8      Q    Were you ever told after the May
 9   22nd meeting that the other bidder ESI said
10   that they would come down, they would lower
11   their bid?
12      A    No.  I have never heard that.
13      Q    Did anyone from Cheiron tell you
14   that ESI said that they would lower their
15   bid?
16      A    No.  I just answered that I never
17   heard that.
18      Q    Was ESI asked to lower its bid?
19      A    Not to my knowledge.
20      Q    And did you have any conversation
21   with Mr. Aloise about any conversations he
22   had with Mr. Bertucio about Optum's bid?
23      A    I've already answered I did not have
24   conversations with Mr. Aloise concerning the
25   Optum bid of lowering the bid.
```

W.C. Smith                                              8/11/2016

126

```
 1                      Smith
 2        Q     And did Optum submit --
 3        A     Other than in the trustees meeting.
 4        Q     And did you have any conversations
 5   with any of the other trustees about Optum's
 6   bid other than in the meeting?
 7        A     I don't recall having any, no.
 8        Q     And other than what you have already
 9   described, were there any other discussions
10   at the meeting about Optum's bid?
11        A     About their bid?
12              MR. MAFFEO:  Other than what you
13         have already described.
14        A     No.
15        Q     And other than what you have already
16   described, was there any discussion about the
17   other bidder ESI other than what you have
18   already described?
19        A     I mean, there was a discussion of
20   who were they, who were some of their big
21   accounts, such as that.
22        Q     Who were ESI's big accounts?
23        A     Yes.
24        Q     And what were you told?
25        A     They reported how long they had been
```

W.C. Smith                                    8/11/2016

127

                        Smith

1                       Smith

2      in operation, how big their coverage is.

3           Q    Who reported that?

4           A    I believe it was Mr. Cheiron.

5           Q    You say Mr. Cheiron.

6                Is there a Mr. Cheiron or are you

7      referring to --

8           A    No, no.  I don't know who the

9      representative was.  I apologize for that.

10          Q    So one of the Cheiron

11     representatives was describing ESI?

12          A    Yes.

13          Q    And what did they say about ESI?

14          A    As I have said earlier, that Cheiron

15     said that there was two qualified bidders,

16     ESI, as you say, and Optum.

17               And he stated who did not bid and he

18     stated some that did not meet the criteria of

19     the bid.

20          Q    Did Mr. Murphy have any experience

21     with either company?

22          A    I don't recall them saying that

23     he -- well, he did with Optum because he's

24     covered by Optum.  But I don't recall him

25     saying the other company.

W.C. Smith                                              8/11/2016

128

                              Smith

1

2        Q    Did Optum submit another bid?

3        A    I don't know if they specifically

4   submitted another bid or not.

5        Q    And with respect to the pharmacy

6   benefits manager, what happened after the May

7   22nd meeting?  What was your next involvement

8   with that?

9        A    As I recall, I got an e-mail.

10       Q    Who was the e-mail from?

11       A    As I recall, it was from Slatery.

12       Q    And what did the e-mail say?

13       A    Something in reference that Optum

14   had matched the bid and asking for trustees'

15   approval.

16       Q    Did you discuss that e-mail with

17   Mr. Hoffa?

18       A    I don't recall discussing that

19   e-mail with him.

20       Q    Did you discuss it with Mr. Hall?

21       A    No.

22       Q    Did you discuss it with Mr. Aloise?

23       A    I don't recall having a discussion

24   with Mr. Aloise about it.

25       Q    Did you speak to Mr. Bertucio about

W.C. Smith                                    8/11/2016

129

```
 1                    Smith
 2    that?
 3        A    No.
 4        Q    Did you talk to Mr. Murphy about it?
 5        A    I think John and I had a
 6    conversation after it was approved.
 7        Q    And what was the conversation you
 8    had?
 9        A    That it was what was best for the
10    participants.
11        Q    Did you have any conversation with
12    Mr. Hamilton about the Optum bid?
13        A    No.  I don't recall having a
14    conversation with him.
15             MS. ZAHNER:  Please mark this as
16        Exhibit 19.
17             (E-mail from W.C. Smith to Rome
18        Aloise was marked as Exhibit 19 for
19        identification, as of this date.)
20        Q    If you can take a look at what's
21    been marked as Exhibit 19, is that an e-mail
22    from you to Mr. Aloise copied to Mr. Slatery
23    and trustees and others of the VEBA?
24             Do you recognize that?
25        A    Yes.
```

W.C. Smith                                              8/11/2016

130

1                           Smith

2       Q     And that's dated May 30th of 2013?

3       A     Yes.

4       Q     And that's where you agreed to

5    accept the Optum bid?

6       A     Yes.

7       Q     And what did you rely on in making

8    that decision?

9       A     What we left the meeting with, the

10   understanding, the trustees meeting.

11      Q     And what was that?

12      A     That they would match.

13      Q     And did you speak to Mr. Bertucio

14   earlier in the day on May 30th?

15      A     I don't recall if I did.

16      Q     Did you talk to him about approving

17   the Optum bid?

18      A     I have already stated that I did not

19   talk to Mr. Bertucio about an Optum bid.

20      Q     And do you know why you had a phone

21   conversation with him that morning?

22      A     I don't.  I don't know if it was

23   around our golf or not.  I don't remember.

24      Q     And was a report attached from

25   Cheiron to the e-mail that Mr. Slatery sent

131

1                          Smith

2    out?

3        A     To this, what you have as Exhibit

4    19?

5        Q     Right, well, that has your response.

6              But the e-mail that Mr. Slatery, the

7    original e-mail that he sent out, did that

8    have a report by Cheiron attached to it?

9        A     Mr. Slatery sent to the trustees on

10   May the 29th, that is on this e-mail.  This

11   is all I recall, with no attachments of a

12   Cheiron report.

13       Q     Did you read any Cheiron report

14   before you agreed to accept Optum's bid?

15             MR. MAFFEO:  Excluding the report

16         that he discussed earlier with the

17         trustees?

18             MS. ZAHNER:  The report that talked

19         about Optum's revised bid.

20             MR. MAFFEO:  Do you follow the

21         question?

22             THE WITNESS:  I don't understand

23         the question.

24       Q     Prior to accepting Optum's revised

25   bid, did you read any report by Cheiron that

W.C. Smith                                                    8/11/2016

132

1                          Smith

2       discussed that revised bid?

3            A     No.   What I read was what's in this

4       subject matter that quotes Cheiron.

5            Q     And you are referring to Exhibit 19,

6       the e-mail that Mr. Slatery sent?

7            A     Yes.

8            Q     And you didn't rely on anything

9       else?

10           A     I don't recall if I would see

11      anything else prior to this.   If this was

12      sent on the 29th, I returned almost 24 hours

13      later.

14                 I don't know if I had a report.   I

15      reviewed and waited.   I don't know.   I relied

16      on the statement on the bottom.

17           Q     You are referring to Exhibit 19?

18           A     Referring to Exhibit 19.

19                 (A brief recess was taken.)

20           Q     At the meeting on May 22nd, was

21      Mr. Slatery asked to go to Optum and ask them

22      to match the ESI bid?

23           A     As I recall, when he was brought

24      back in the room that I believe the chairman

25      said the trustees had made a decision as a

W.C. Smith                                            8/11/2016

133

1                         Smith
2       long-term vendor that with excellent
3       services, very few complaints, that they
4       would be given the opportunity to match the
5       bid.
6              And Slatery says okay.  And as I
7       recall, Rome Aloise said, I'd be more than
8       happy to do it.  I know Charlie.
9          Q    And why does that make a difference?
10         A    Why does what make a difference?
11         Q    That Mr. Aloise knew Charlie.
12         A    I am just answering your question.
13      You asked me if Slatery was asked to do it.
14      He offered to do it.  I am just answering
15      your question.
16         Q    Is there a reason why Mr. Slatery
17      didn't go to Optum regarding the bid?
18         A    He offered to go.
19         Q    Slatery did?
20         A    He said okay.  I accepted that he
21      would do that and he might have.  I don't
22      know.  I don't know if there was discussion
23      with Optum and Slatery afterward.
24             I don't know what the specific bid
25      description from the other company was.  I

W.C. Smith                                          8/11/2016

134

```
 1                    Smith
 2     mean, I don't recall.  I remember reading it,
 3     but I don't recall what it is now.
 4          Q    And did someone give Mr. Bertucio
 5     ESI's bid?
 6          A    I do not know.
 7          Q    And was Cheiron asked to go to
 8     Optum?
 9          A    I don't recall them being asked to
10     go to Optum.
11          Q    And when Mr. Aloise said, I know
12     Charlie, I'll talk to him, did anyone say why
13     is Charlie involved in this?
14          A    No.
15          Q    And is there a reason you didn't
16     contact Mr. Bertucio?
17          A    I got enough to do with my job.  I
18     didn't offer to contact Mr. Bertucio.
19          Q    And you had no conversation with him
20     about this?
21          A    I have answered several times I had
22     no conversation with Mr. Bertucio about
23     Optum's bid.
24          Q    Did any of the trustees other than
25     Mr. Aloise have a conversation with him about
```

W.C. Smith                                          8/11/2016

135

```
 1                   Smith
 2    that?
 3        A    I don't know.
 4        Q    Did anyone ask Mr. Aloise how he
 5    knew Mr. Bertucio?
 6        A    No.
 7        Q    And did Optum never implement the
 8    bid number that they put together?  Did they
 9    not implement the numbers that they put in in
10    their bid?
11        A    The bid numbers or the revised
12    numbers?
13        Q    The revised numbers.
14             Did they not follow those numbers?
15        A    Optum?
16        Q    Yes.
17        A    I'm assuming they did.
18        Q    Did anyone ever tell you that they
19    had never implemented the numbers, the amount
20    that they put in for their bid, the revised
21    bid?
22        A    Let me clarify this.  There was an
23    original bid.  There was a revised bid.
24    These numbers, original bids were never put
25    in.
```

W.C. Smith                                          8/11/2016

136

1                          Smith

2              The revised bid was to match, as I

3       understand it to match this ESI bid.

4              MR. MAFFEO:  Her question is that

5          in fact, Optum never followed through

6          on the revised bid numbers.

7       A    I have never heard of that.

8       Q    No one ever told you that?

9       A    No.

10      Q    Did Mr. Slatery ever say that there

11      was an issue, that Optum never complied,

12      there was a problem with them complying with

13      the revised bid numbers, that they didn't

14      implement them?

15      A    We have had several trustees

16      meetings since.  I have never heard that in a

17      trustees meeting.

18      Q    Did Ms. Newberry ever say that there

19      was a problem with Optum implementing the

20      number?

21      A    I have never heard that.  I don't

22      recall ever hearing anything like that.

23      Q    Are you aware of Optum having to pay

24      any money back to the fund for not

25      implementing the numbers in their revised

W.C. Smith                                          8/11/2016

137

```
 1                    Smith
 2   bid?
 3        A    I have never heard that.
 4        Q    And when did you take over as the
 5   head of the Hoffa scholarship fund?
 6        A    As head of it, that would be as
 7   president -- was after the retirement of Vice
 8   President Cheryl Johnson.
 9        Q    And approximately when was that?
10        A    I believe she retired in 2007.  So I
11   think I was asked to become president either
12   at the end of '7 or in the spring of '08.
13        Q    Can you describe what your
14   responsibilities are as the president?
15        A    The president chairs all the
16   meetings.  There is a executive board at the
17   meetings I chair.  And then there is a
18   committee.
19             The executive board is responsible
20   for the investments.  It's responsible for
21   reporting to the general executive board the
22   accomplishments of the JRH.
23             It's responsible for, I would say
24   maintaining the integrity and what the JRH is
25   designed to do for scholarship recipients of
```

138

1                    Smith

2     the affiliates of local unions, the members,

3     sons and daughters.

4         Q    And what is the role of the

5     committee?

6         A    The committee is made up with some

7     of the board members, executive board

8     members.  The committee normally tries to

9     meet under my leadership four times a year.

10            We of course select the place we are

11    going to have the tournament.

12            The committee approves the rules,

13    any rule changes, any rule improvements, the

14    packages that are awarded when you enter the

15    poker or the golf tournament.

16            The committee also helps find

17    vendors to support the tournament.  The

18    committee makes recommendations on the

19    structure of the sponsorships, the ad book.

20        Q    Who is on the committee?

21        A    Well, I'm going to name as many as I

22    can recall right now, okay.  Steve Mack is on

23    the committee, Tom Metzinger is on the

24    committee.

25            Both of those are on the executive

W.C. Smith                                          8/11/2016

139

1                          Smith

2     board also.  Ken Hall is on the committee.

3     Bob Davidson is on the committee, Charlie

4     Bertucio is on the committee.

5              Sherman Brown is on the committee.

6     We have two representatives from Prudential.

7     Ted Melanoski just retired.  He was replaced.

8     He's from the west coast.

9              I don't recall.  He's a new

10    replacement.  I don't recall his name.  From

11    the east coast there is a representative from

12    New York.

13             I can't recall his name.  We have a

14    representative from Canada, and that person

15    retired.  And he hasn't been replaced yet.

16             But he will be replaced in the next

17    board meeting by a man by the name of Larry

18    McDonald, Rome Aloise.  That's all that I can

19    recall at this time.

20       Q    Who is Sherman Brown?

21       A    Sherman Brown is a retired teamster.

22    He was an international representative and

23    retired from a teamster.  And he represents

24    several sponsor groups that sponsor the JRH.

25       Q    Which sponsor groups does he

W.C. Smith                                    8/11/2016

140

```
 1                    Smith
 2    represent?
 3        A    One of them is, I hope I'm right on
 4    this name.  It's either American or United
 5    Bank Services.  I hope I'm right on that
 6    name.
 7              Now, I stand to be corrected.  He's
 8    had a couple of groups that have come and
 9    gone.
10              But he has two or three companies
11    that provide a 70,000-dollar sponsorship from
12    one of the days of the golf tournament.
13    That's what his sponsorship is called.
14        Q    And how often does the executive
15    board meet?
16        A    With me, the executive board?
17        Q    Yes.
18        A    We meet at least once a year.  But
19    formerly Neal Ditchek was on the executive
20    board.  He's an attorney for the IBT.
21        Q    He's on the executive board and the
22    committee?
23        A    No, executive board.
24        Q    How often does the executive board
25    meet?
```

141

                         Smith

1

2      A     We meet once a year, someone twice a

3   year.

4      Q     And is that separate from the

5   tournament or is that when the meeting takes

6   place?

7      A     It's separate from the tournament.

8      Q     Where is the meeting held?

9      A     Usually it's held in conjunction

10  with a general executive board meeting.

11     Q     And how about -- you said the

12  committee meets about four times a year?

13     A     Under my -- it meets at least three,

14  sometimes four.

15     Q     And is one of those meetings in

16  connection with the executive board meeting?

17     A     We could have.  But I don't recall

18  recently that we have.

19     Q     And does the executive board decide

20  how the money is spent?

21     A     What do you mean how the money is

22  spent?

23     Q     Well, how the scholarship fund

24  spends --

25     A     How much is awarded?

142

                          Smith
1
2       Q     Well, how much is spent on various
3   items or anything, how the money of the fund
4   is spent.
5           Who decides that?
6       A     The committee determines the cost
7   size of the package.
8       Q     When you say the package, what are
9   you referring to?
10      A     What it costs to enter and what the
11  golf package is, the shirts, the golf gloves,
12  whatever it may be.  We have a budget.
13      Q     So the committee decides how much
14  will be spent on the tournament?
15      A     The committee as a whole decides how
16  much we will spend.  The committee decides,
17  and it's reported to the executive board.
18      Q     And who has the final say as to how
19  money from that fund will be spent?
20      A     Then I would say the executive
21  board.
22      Q     How about day-to-day expenses?  How
23  is that determined?
24      A     Like what?
25      Q     Travel, is that paid out of the fund

W.C. Smith                                    8/11/2016

143

1                          Smith

2    or is that just paid out of the general IBT

3    fund?

4        A    If it's an IBT employee, it's paid

5    out of the IBT.  If it's a local union travel

6    expense, the local union is responsible.

7             If it is an employer expense such as

8    an example, prudential, they are responsible

9    for their own.  We don't reimburse travel.

10       Q    Well, do participants get gifts

11   every year?

12       A    Except the dinner.

13       Q    Pardon me?

14       A    Well, the dinner, they get a

15   medallion, but like a piece of crystal.  But

16   we are not allowed to have a tournament

17   during the election year, so we have a

18   dinner.

19       Q    And in a nonelection year, do the

20   participants get gifts?  The people who are

21   playing golf, do they get gifts?

22       A    In a nonelection year, there's no

23   golf.  It is a dinner.  Oh.  In nonelection,

24   I apologize.  Yes, they get gifts if they pay

25   the entry fee.

W.C. Smith                                              8/11/2016

144

1                          Smith

2        Q     And is the entry fee paid by their

3    locals if they are a teamster employee?

4        A     It can be paid by their local union,

5    their joint council, their conference.

6        Q     And then whoever participates would

7    get a gift?

8        A     Yes.

9        Q     And the gift is paid out of the

10   scholarship fund?

11       A     Yes.

12       Q     And what types of gifts are given?

13       A     Shirts, we have given away golf

14   shoes, it's call tee packages.  Charity golf

15   tournaments call them tee packages.  We have

16   given away sets of irons.  We have given away

17   sets of woods.

18       Q     This is to every participant?

19       A     That pays their contribution.

20   Putter, golf balls.

21       Q     Have any Apple products been given

22   out?

23       A     There was one year in the poker

24   side.  You have a separate gift for poker,

25   what I call a premium gift for poker versus

W.C. Smith                                    8/11/2016

145

```
 1                    Smith
 2   golf if it's not golf-related.
 3            You max out on the poker of about
 4   340, 50 people.
 5            And the golf, excuse me, poker was
 6   designed for those that were not physically
 7   able to play golf or could not play golf, but
 8   wanted to participate in the charity
 9   scholarship fund.
10       Q    So the people who sign up to play
11   poker or their teamsters, their local or
12   joint council who pays for them to play poker
13   if they sign up, then they get a gift?
14       A    Yes.
15       Q    And they get an iPad or what do they
16   get?
17       A    Whatever the gift is that year.
18       Q    And what was the gift of last year?
19       A    Well, it would have been '15.  Oh,
20   it was an Apple watch.
21       Q    An Apple watch?
22       A    Watch.
23       Q    And how much did that cost?
24       A    I don't remember specifically.  We
25   bought them directly from Apple.  We got a
```

W.C. Smith                                      8/11/2016

146

1                        Smith

2     small discount.  I don't remember the

3     specific amount.  It was over 200 bucks.

4         Q    And how are they given to

5     participants?

6         A    We mail them to them.  We didn't

7     have them to hand out.  You go through a

8     line.  You verify, you are paid up as a

9     participant.

10             Someone sits there with a computer.

11    They type in your name, your address.  We

12    order them from Apple.  They were mailed to

13    their house or their business.

14        Q    And what was the gift the year

15    before in 2014 for the poker?

16        A    I think it was Bose headsets.  I

17    think one year it was Bose.

18        Q    And how much in total did the fund

19    pay for the headsets?

20        A    We bought them from Best Buy,

21    whatever.  We got a discount from Best Buy.

22    I'm going to say in the 200-dollar range.  It

23    could have been 180.  It could have been 210.

24        Q    What was the total amount that the

25    fund spent?

W.C. Smith                                              8/11/2016

147

1                          Smith

2         A      On what?

3         Q      On the headsets.

4         A      Well, we usually had 110 to 120

5     players.  So you multiply that times whatever

6     they had.  So if it was $200, that's going to

7     be $24,000.  If it's 120 players, so 110, it

8     would be 22,000 if it's $200 a headset.

9         Q      And did the fund pay $64,000 to buy

10    the Apple watches in 2015?

11        A      We paid whatever they cost.  64,000,

12    that would be very hard for me to believe.

13    That would be if you have 110 to 120 players.

14               That would be very difficult for me

15    to believe we paid $500 a watch.  It was

16    whatever the invoice said.

17        Q      Was anything else purchased from

18    Apple in 2015?

19        A      Not to my knowledge.

20        Q      And what was purchased as gifts for

21    the poker players in 2013?

22        A      I think that was the iPad.

23        Q      And how much was spent on that?

24        A      Whatever it costs.  Whatever Apple

25    charged us.  You cannot buy Apple products

W.C. Smith                                                    8/11/2016

148

                          Smith
1
2    unless you buy from Apple.  I think it was
3    around -- and we bought the iPad mini.
4         I think it was around -- I don't
5    recall, 250, 280, whatever it was.  I
6    remember we only got about $8 off each.
7         Q    And did the fund spend over $38,000
8    on those?
9         A    Well, when we do the math, again,
10   it's pretty consistent, 110 to 120.  If they
11   were 300 and it was 120 that were ordered,
12   that would be 36,000.
13        So it's whatever the invoice
14   reflects that matches the paid participants.
15        Q    And the committee decides what the
16   gifts are going to be?
17        A    Yes.
18        Q    And do the committee members also
19   get the gifts?
20        A    If they are a paid participant.
21        Q    Were you ever told to cut back on
22   the gifts?
23        A    Was I ever told to cut back?
24        Q    Yes.
25        A    No.  We try to stay consistent each

W.C. Smith                                      8/11/2016

149

1                          Smith

2    year with the same budget.

3        Q    And do you travel to Florida each

4    year to go to the PGA show?

5        A    I had to miss it one year, but I

6    usually do.

7        Q    And is that something that the

8    teamsters pay for?

9        A    They pay for me to go to the show,

10   yes, my travel.

11       Q    Why is that?

12       A    Because I'm representing the JRH to

13   buy gifts at a tremendous discount for the

14   JRH.

15       Q    And is there a reason why you have

16   to travel to do that?

17       A    Is there a reason I have to?

18       Q    Yes.

19       A    You are not going to buy and get the

20   discounts unless you go to the show plus you

21   see new products.

22       Q    And who goes with you?

23       A    Tom Metzinger and Dale Woyoko.

24       Q    And who is Mr. Woyoko?

25       A    He is the building engineer at the

W.C. Smith                                              8/11/2016

150

                              Smith

1                              Smith

2      IBT building.

3         Q    And why does he travel to Florida to

4      go to the PGA show?

5         A    Because he is an avid golfer and has

6      been playing in the tournament as far as I

7      can remember, and he works on the committee.

8         Q    And why does Mr. Metzinger go?

9         A    Mr. Metzinger used to be retired,

10     used to be director of benefits of the IBT.

11     He is also an avid golfer.

12             He is on the executive board of the

13     JRH and he's on the committee.  And I take

14     both of them.

15             And they are involved in the

16     purchasing, the bids we receive if we request

17     to be in.

18        Q    And does Mr. Chuck Berkeley also go

19     with you?

20        A    He doesn't go with me.  He's already

21     there.  He gets us in the show.

22        Q    And is there a reason why he

23     couldn't do the purchases without the three

24     teamsters with him?

25        A    Is there a reason?

W.C. Smith                                          8/11/2016

151

```
 1                   Smith
 2      Q    Yes.
 3      A    I think so.
 4      Q    And what's the reason?
 5      A    Because I want to make sure we get
 6   the lowest price.  I want to make sure that
 7   we get the package that we want.  We have a
 8   budget that we work with.
 9            And we spend two days at the show,
10   usually a day and a half at the show.  He
11   gets us in the show.  Not just anyone can
12   walk in.
13            He gets us in the show.  And we have
14   an idea of what we would like to put together
15   as a package.  We do that one whole day,
16   visiting booths they call it.
17            We meet and go back the next day and
18   try to confirm a lot of our purchases.
19      Q    What do you mean confirm purchases?
20      A    The pricing.  We do not pay it
21   unless there's a deposit.  Like a shirt
22   company requires a 50 percent deposit.
23            But most of the others we do not pay
24   until we have what we call an inventory
25   count.
```

W.C. Smith                                      8/11/2016

                                                        152

                              Smith

1
2         We will pay within 30 days after we
3    are counted at the tournament.
4         Q    And did you buy the shirts from Mr.
5    Berkeley's company?
6         A    He doesn't have a company.  He's a
7    broker.  He represents a particular company
8    for us.  But he doesn't own a shirt
9    manufacturer.  He's a broker, he's a golf
10   products broker.
11        Q    And why do you use a broker?
12        A    You can't buy unless you are a PGA
13   professional.  I can't buy direct.  Those
14   shirts, we buy 10 percent back of pro cost.
15        Q    So you yourself, the teamsters
16   couldn't go right to the shirt company and
17   order the shirts?
18        A    Yes, you can.  You are going to pay
19   more.
20        Q    So Mr. Berkeley gets you a discount?
21        A    He doesn't give me a discount.  He
22   gives the charity the discount.  There's
23   another problem with shirts.  They have to be
24   American made.
25        Q    And is there a reason you can't go

W.C. Smith                                          8/11/2016

153

1                         Smith

2      directly to a company that makes shirts and

3      you don't need to use Mr. Berkeley?

4          A    I don't know of one.  Except

5      Monterey buys the material.  Monterey is a

6      shirt company.  Monterey manufactures and

7      assembles these shirts in California.

8               All the other shirt factories that

9      we have used in America, they are not in

10     business.

11         Q    And are you saying you can't go

12     directly to the Monterey shirt company?

13         A    I have already answered that.  I

14     said yes, you are going to pay more.

15         Q    And how is it that Mr. Berkeley gets

16     you a discount?

17         A    He assists us in buying at pro cost

18     plus tournament discount.

19         Q    And what's his position?

20         A    Mr. Berkeley is a broker in the golf

21     business for 40 years.

22         Q    And who keeps track of the inventory

23     of all these things that are purchased for

24     the golf tournament?

25         A    Before or after?

154

1                        Smith

2       Q      Both.

3       A      Well, we get the inventory delivered

4    in most situations at the tournament.  And as

5    I said earlier, there are situations where it

6    is shipped to their house such as the irons.

7              They are shipped to their house.  We

8    don't pass out boxes of irons.  We have

9    someone there with a computer that collects

10   the name.

11             They have to have their form.  It

12   shows they are paid and an address and it's

13   shipped.

14             Anything that's left over, things

15   like irons, they normally would not be left

16   over.  There were some leftover sets of

17   woods.

18             We ordered the woods in advance when

19   it was two clubs.  We put them on a bulletin

20   board in the building.

21             I believe it was 14 cents.  Anyone

22   who wants to buy them at what the JRH paid

23   for them, they can buy them.

24       Q      And how much did the irons cost?

25       A      I think those irons were -- we are

W.C. Smith                                      8/11/2016

155

1                          Smith

2     going back three years now.  I think they

3     were 265 Callaway irons, 275.

4          Q    And does the fund pay for that or

5     does the IBT pay for that?

6          A    The fund.

7          Q    How about the woods?  How much do

8     they cost?

9          A    They were Callaway, one in three

10    wood.  These are different years, 220, 230, I

11    think.

12         Q    And everyone who participated in the

13    golf tournament one year got the irons and

14    the next year or a different year they got

15    the woods?

16         A    That's correct.

17         Q    And they were sent directly to their

18    homes?

19         A    The woods, I think were passed out.

20              And to answer and complete your

21    question, anything that's left over, shirts,

22    because you do order the shirts in advance,

23    trinkets like golf tees or ball markers or

24    bags, you know what we call locker room bags,

25    they are inventoried and put on an inventory

W.C. Smith                                      8/11/2016

156

```
 1                    Smith
 2    list and are put in a warehouse in DC and
 3    brought back on a truck or the warehouses in
 4    Virginia, I think, or Maryland.
 5        Q    And who's responsible for keeping
 6    track of those items, the shirts?
 7        A    Bill Woyoko.
 8        Q    And who decides how much is spent on
 9    scholarship?
10        A    The executive board.
11        Q    And who decides who will get
12    scholarships?
13        A    We have a third-party group that was
14    based on scholastics.  We award $10,000 and
15    $1,000.  And we award what we call a
16    1,000-dollar essay scholarship.
17             If you apply for a scholarship and
18    you are rejected, you are sent a letter.  And
19    you can write an essay based on a topic that
20    is chosen by the committee.
21             And you can receive a scholarship.
22    We have improved that this year.
23             Beginning in January there's going
24    to be a hundred thousand dollars dedicated to
25    a trade school type scholarship such as
```

W.C. Smith                                    8/11/2016

157

```
 1                    Smith
 2    welding, carpentry, nursing, hairdressing --
 3    that we are now trying to write acceptable
 4    rules of how they are selected.
 5           Because I don't know if it will be
 6    on a scholastic level or not.  High school
 7    seniors are allowed to apply.
 8       Q    And how many 10,000-dollar
 9    scholarships are given out?
10       A    Total amount is given away by
11    region, by population.  You know, membership
12    population of the five regions, the south,
13    the east, the west, the central, and Canada.
14    And this year we will award $1.2 million.
15       Q    And how many 10,000-dollar
16    scholarships do you give out?
17       A    I don't know.  I think we do two
18    hundred thousand dollars in essays and 10
19    thousand-dollar ones.  I think five or six
20    hundred thousand, whatever the numbers are.
21       Q    Is that $10,000 a year each year in
22    college?
23       A    $2,500 a year for the 10,000.  The
24    other two are awarded.  Since I took over the
25    scholarship, I have been increasing it a
```

W.C. Smith                                          8/11/2016

158

```
 1                    Smith
 2    hundred-thousand dollars a year.
 3            And we increased it 200,000 this
 4    year.  And it will increase 200,000 each year
 5    till it reaches $2 million a year.
 6       Q    And how many 1,000-dollar
 7    scholarships --
 8       A    Whatever the number is between the
 9    10,000 -- I can get you that information.
10       Q    And what are the total assets of the
11    fund?
12       A    We have -- I would like to -- if you
13    would like the information on that, I will
14    get it.  But it's around, the cash balance is
15    around $17 million.
16            MR. MAFFEO:  What was it when you
17       began?
18            THE WITNESS:  About four or five.
19       I can get those numbers.
20       A    Can I go back and tell you how they
21    are selected?
22       Q    Sure.
23       A    We use a third party.  And it's made
24    up of three judges.  And one of them is head
25    of admissions at one of the universities.
```

159

1                        Smith

2      The other two are professors.

3              And one of them has a doctrine.  And

4      they are reduced.  There's a requirement of

5      sending in high school scholastic records.

6              And they are separated by their

7      scholastic academics.  And their schools are

8      rated.  And those three judges, they don't

9      know which local, which joint council.

10             I guess they could determine if they

11     were male or female.  They don't know their

12     nationality.  And they say here's the winners

13     and we notify their parents first.

14     Q     Does the scholarship also have a

15     raffle?

16     A     Yes, we do.

17     Q     And has Mr. Bertucio won the raffle

18     a couple of times?

19     A     He won one time.  His sister won one

20     time.

21     Q     And what did he win?

22     A     He won a motorcycle.

23     Q     And did he actually get the

24     motorcycle or did he get the money that

25     the --

W.C. Smith                                          8/11/2016

160

```
 1                      Smith

 2        A    It was a motorcycle there.  That's

 3   going back.  It's going back to '01 or '02.

 4   It was a motorcycle, Harley-Davidson

 5   motorcycle.

 6        Q    So you think he actually got the

 7   motorcycle?

 8        A    I mean, I don't know.  I didn't have

 9   anything to do with it.  But there was a

10   teamster motorcycle there that had painted

11   teamster on it.  And I assume he did.

12        Q    And what is his sister's name?

13        A    I don't recall.

14        Q    And what did she win?

15        A    She had the opportunity to win a

16   Mustang convertible or taking the cash

17   option.

18        Q    And what did she do?

19        A    She took the cash option.

20        Q    When was that?

21        A    I think '14, I think.

22        Q    And how much was the cash option.

23        A    I think it was 32, I think.

24        Q    32,000?

25        A    I think so.
```

161

1                          Smith

2       Q     And was she given a 1099 for that?

3       A     Oh, yes.

4       Q     And did Mr. Bertucio also win a car?

5       A     Not to my knowledge.  You

6    understand, you purchase a raffle ticket.

7       Q     How much are they?

8       A     They are $50 each or three for a

9    hundred.  They are drawn in front of a camera

10   by a noncommittee member or board number or a

11   participant.

12            MS. ZAHNER:  Please mark this as

13        Exhibit 20.

14            (Expense report was marked as

15        Exhibit 20 for identification, as

16        of this date.)

17       Q    If you could take a look at what's

18   been marked as Exhibit 20 which is an expense

19   report.

20            Do you recognize that to be one of

21   your expense reports?

22       A    I do.

23       Q    And part of this is for travel to

24   Las Vegas?

25       A    Yes.

W.C. Smith                                    8/11/2016

162

1                        Smith

2      Q     And what was the purpose for the

3   travel to Las Vegas?

4      A     It says JRH at the top right of

5   this.

6      Q     And what were you doing for the JRH?

7      A     I mean, I was having a meeting.  If

8   you will notice on this expense form that Kim

9   Gardner was in a cab with me.

10     Q     And who is she?

11     A     She is director of travel.

12     Q     And why was she there?

13     A     I don't know specifically, but let

14  me look at this.  Ms. Gardner would have been

15  there -- I can only speculate the only reason

16  she was there.  We were finalizing in 2013.

17           You have to book in advance your JRH

18  meeting space/unity conference or vice versa

19  unity conference/JRH meeting with the hotel.

20     Q     And was your stay at the hotel

21  comped?

22     A     That's what it says, but that says

23  4/13/12.  It says on here that the hotel rate

24  was $151.

25     Q     On your travel confirmation?

W.C. Smith                                           8/11/2016

163

1                          Smith

2         A      Travel.

3         Q      Was there any indication that you

4    paid $151?

5         A      I don't see that on this expense

6    report.

7         Q      And how did it come about that your

8    room was comped?

9         A      I don't have any idea.  I don't know

10   if Ms. Gardner did that.  I don't know.

11        Q      When you were in Las Vegas at this

12   time, did you play golf with Mr. Bertucio?

13        A      I don't even know if he was there.

14        Q      Were there any meetings of the JRH

15   at this point?

16        A      I said the meeting, what meeting in

17   reference to the JRH.  I don't see a meeting

18   expense for a committee lunch or dinner.

19        Q      And so the two of you traveled there

20   to make arrangements for the following year?

21        A      I don't know if it's the following

22   year or the following three years.  I know

23   that the JRH is in the 1st of May.  This

24   could have been the final meeting before the

25   May meeting.

164

1                     Smith

2       Q      And what was the purpose of

3    traveling there with Ms. Gardner?

4       A      Well, I'd like to go back and check

5    my diary and tell you specifically.

6              But I think as I recall we were

7    meeting with the hotel to get the cost to

8    have continuing JRH meetings and unity

9    conference meetings in the Paris.

10             We changed from the Bally's Hotel to

11   the Paris because we were having problems.

12      Q      When did you do that?

13      A      On or about this year.

14      Q      When you say this year, do you mean

15   2013 or 2016?

16      A      I don't know if it's '12 or '13.

17   I'd have to go back and reflect.  The airline

18   ticket reflects that I arrived at 3:50 p.m.,

19   was out there one day, and left the following

20   day at 7 a.m.

21             And I think this was the meeting

22   that we were trying to finalize the

23   extension.  I just have to check and let you

24   know.  It was a JRH issue.

25      Q      And it looks like you arrived on

W.C. Smith                                          8/11/2016

165

```
1                      Smith
2     Wednesday April 10th and left Las Vegas on
3     Saturday April 13th; is that right?
4          A    It says I arrived at 3:50 p.m. on
5     the 10th.
6          Q    And then you left on Saturday at 7
7     a.m.; is that right?
8          A    I know what else took place too.
9          Q    What else?
10         A    Bernie Buckley.
11         Q    And what's that?
12         A    It's what I discussed earlier.  It's
13    a charity golf tournament that the IBT --
14    it's the local unions in Vegas that we have
15    been contributing to for years.
16              And it was on a Friday, normally on
17    a Friday.  And I had the meeting at the
18    hotel.
19         Q    And did Ms. Gardner play in that
20    tournament?
21         A    No.
22         Q    Did you play with Mr. Bertucio in
23    that tournament?
24         A    No.
25         Q    Who did you play with?
```

W.C. Smith                                              8/11/2016

                                                          166

1                          Smith

2       A     Steve Mack usually attends the JRH

3    meetings with me.  He's an officer on the

4    board.  I usually ask him to attend.  I'm

5    assuming it was Steve Mack.

6              It could have been Metzinger because

7    I asked Metzinger to go to JRH meetings with

8    me.

9       Q     Was this an actual JRH meeting or

10   were you just meeting with the hotel?

11      A     It was both.

12      Q     Do you take minutes in JRH meetings?

13      A     If we had a JRH meeting there, a

14   committee meeting, there was minutes.  If

15   there was a meeting with the hotel on the

16   JRH, then it probably didn't have minutes.

17      Q     If you had a committee meeting,

18   would there be an expense for a room or a

19   dinner or lunch?

20      A     If we had a committee, a full

21   committee meeting?

22      Q     Or any kind of committee meeting.

23            Would there be some expense for

24   that?

25      A     I'm assuming here that Mr. -- yes,

W.C. Smith                                          8/11/2016

167

1                          Smith

2    to answer your question, yes.  If there's a

3    full committee meeting, I usually pick up

4    dinner.

5         Q    How about if there's a partial

6    committee meeting?  Do you pick up dinner?

7         A    Sometimes.  Sometimes Mr. Mack picks

8    it up.  Sometimes Mr. Woyoko picks it up if

9    he's there.

10             MS. ZAHNER:  Please mark this as

11        Exhibit 21.

12             (E-mail from W.C. Smith to Mr.

13        Bell dated April 11, 2014 was

14        marked as Exhibit 21 for

15        identification, as of this date.)

16        Q    If you could take a look at what's

17   been marked as Exhibit 21, which is an e-mail

18   from you to Mr. Bell dated April 11, 2014.

19             And attached to that is an invoice

20   from Bally's?

21        A    Yes.

22        Q    And do you recognize this?

23        A    I do.

24        Q    And what is the invoice for?

25        A    The invoice is for the services

W.C. Smith                                              8/11/2016

168

1                           Smith

2      provided by Bally's to the poker tournament

3      for the JRHMSF.

4          Q    And what are the charges?  There's

5      $7,500 --

6          A    That includes the dealer's food and

7      beverage, two meals each day.

8          Q    And what are the tournament prizes

9      for $9,100?

10         A    As I recall, we do pay, I think it's

11     first through 10 or first through 8 for both

12     poker and for golf on the poker side because

13     the event is held in the hotel.

14              We have to pay the hotel.  They

15     charge us for the distribution of the

16     winners.

17         Q    Can you describe that again?

18         A    As I understand the gaming law

19     rules, the golf tournament is held 20 miles

20     away, all right.  We pay a prize based on

21     scoring.

22              It's either the top 8 or the top 10.

23     That's golf.  We pay the winners if they

24     receive, I believe the number is either 500

25     or 599.

W.C. Smith                                        8/11/2016

169

1                      Smith

2           They have to fill out a 1099.  On

3      the poker side because it is in the facility

4      of the hotel, the gaming law does not allow

5      us to pay for the winners in the poker

6      tournament so the hotel charges us.

7           They still get paid.  They still

8      have to fill out the 1099 or whatever the

9      form is.  But that's the requirements.

10       Q    So this $9,100 are the prizes that

11     are paid out to the winners of the poker

12     tournament?

13       A    It's money.  Total amount of money

14     for either of the 8 or 10 spots.

15       Q    What is the IBT's relationship with

16     Capital One?

17       A    Capital One, I think is the credit

18     card company that we offer to our members.

19       Q    And do you deal with anyone at

20     Capital One?

21       A    I do not.

22       Q    Do you know a Dan Baker?

23       A    I do not.

24       Q    Does Capital One make a donation to

25     the Hoffa scholarship fund?

W.C. Smith                                          8/11/2016

170

                         Smith

1

2        A    I'd have to check on that.  I think

3   so.  But to be precise, I need to check.

4        Q    Do you know someone by the name of

5   John McKennon?

6        A    I do.

7        Q    How do you know him?

8        A    Mr. McKennon is an expert in the

9   hotel business.  We have used Mr. McKennon.

10  He is a consultant.

11            He is now retired, illness for

12  purposes.  His daughter is handling the

13  business.

14            But he has assisted us for years to

15  negotiate our extremely large contracts for

16  our convention contracts, our women's

17  conference contracts, our unity contracts.

18            He has provided advice under the JRH

19  contract.

20       Q    And what's the name of his company?

21       A    I don't know.  I thought it was

22  McKennon.

23       Q    And what's his daughter's name?

24       A    I don't recall her name.  I can get

25  it for you.  I don't recall it.

W.C. Smith                                                    8/11/2016

171

1                          Smith

2        Q      And have you ever socialized with

3    him?

4        A      Socialized with him.  I had a drink

5    with him.

6        Q      Where was that?

7        A      In a bar.

8        Q      Where was that?

9        A      I saw him in a -- as far as him

10    inviting me to meet him, I have never done

11    that.  I saw him in a bar in DC one night and

12    we had a drink together.

13        Q      And was anyone else there?

14        A      I think his son was with him.  I

15    think that's who it was.

16        Q      And what's his son's name?

17        A      I don't recall.  I have only ever

18    seen him one time.

19        Q      And does the IBT pay him for his

20    services?

21        A      He gets paid, yes, or he used to.  I

22    don't know his status now.

23        Q      And does he receive a fee from the

24    hotels where the IBT books?

25        A      I don't the answer to that.  We pay

W.C. Smith                                    8/11/2016

172

1                          Smith

2    him a consultant fee.  And we feel like he

3    has saved us money on several occasions.

4         Q    And when did you start using him?

5         A    He was introduced to me.  And I

6    don't know how long -- I think I met him in

7    '10 or '11.

8         Q    And does the IBT ever get payments

9    for making bookings to hotels?

10        A    I know that the JRH receives a

11   compensation for people and we disclose it.

12   We disclose if your room rate, whatever it

13   is.

14            It's either 5 or 10 bucks a night,

15   goes to the JRH.  We disclose that in the

16   application that you receive.  I don't know

17   on other events.

18            He's primarily used for events.

19   That's the best I'm aware that we use his

20   consulting services for.

21        MS. ZAHNER:  Please mark this as

22        Exhibit 22.

23            (Form LM-30 was marked as

24        Exhibit 22 for identification, as

25        of this date.)

W.C. Smith                                    8/11/2016

173

1                          Smith

2       Q    Mr. Smith, if you could take a look

3   at what's been marked as Exhibit 22.

4            And do you recognize this as a form

5   LM-30 that you filed?

6       A    Is that correct that it was filed in

7   '05, yes.

8       Q    The year that's covered is 2004.

9   But it looks like it was received by the

10  Department of Labor on August 22, 2005.

11      A    All right.

12      Q    And is that something that you

13  filed?

14      A    Well, this is my printing on the

15  front page.  It's my printing on the second

16  bottom page and the top my name.  And if you

17  would let me read this.

18      Q    Sure.

19      A    Okay.

20      Q    And is this a form that you filed

21  with the Department of Labor?

22      A    It appears to be.

23      Q    And you indicated that vendors had

24  taken turns purchasing dinners for the

25  committee.

W.C. Smith                                      8/11/2016

174

```
 1                   Smith
 2           Do you see that?  That's on the last
 3    page.
 4       A    Yes.  I'm looking at that.
 5       Q    And have vendors paid for dinners on
 6    other years other than 2004?
 7       A    When I became president of James R,
 8    he was on the board.  When I was placed on
 9    the board of James R, I was a committee
10    member here.
11       Q    And when you became the chair, your
12    practices changed?  Is that what you said?
13       A    When I was put on the board.
14       Q    So you were not on the executive
15    board of the committee?
16       A    At this time, no.  I was not on the
17    executive board until Cheryl Johnson retired.
18       Q    And did you continue on the
19    committee until she retired in possibly 2007?
20       A    Yes.
21       Q    And since 2004 which is the
22    reporting period for this form when you were
23    on the committee, did any of the vendors pay
24    for any of your meals?
25       A    In 2004?
```

W.C. Smith                                          8/11/2016

                                                          175

1                        Smith

2          Q     Well, this covers 2004.  There's

3     2005, 2006 before you became the chair.

4          A     I don't recall.  That's 12 years

5     ago.

6          Q     And is this the only form LM-30 that

7     you filed?

8          A     I don't know.  I will have to

9     examine that.  I will have to check.

10         Q     And I believe you said you wouldn't

11    allow a vendor to pay for your meal?

12         A     After I was an executive on the

13    executive committee.

14         Q     And why is that?

15         A     I normally pick them up.  I was

16    authorized to pick them up.

17         Q     And is My Union RX, is that Mr.

18    Bertucio's company?

19         A     I don't know.

20         Q     Did you ever reimburse any vendor

21    for anything of value that they gave you?

22         A     Like what?

23         Q     A meal or anything else.

24         A     I mean, I have put in money when

25    they would buy something.

W.C. Smith                                          8/11/2016

                                                        176

1                       Smith

2       Q    Are you familiar with the company

3    United Wealth Management?

4       A    Who's the representative of United

5    Wealth?

6       Q    Do you know someone by the name of

7    Bill Vyskocil?

8       A    Yes.

9       Q    And how do you know him?

10      A    He's affiliated with United Wealth

11   Management.  He's something of an investment

12   broker.

13      Q    And does he provide services to the

14   teamsters?

15      A    Does he provide -- do we do business

16   with him?

17      Q    Yes.

18      A    I'm not aware of the IBT doing

19   business with United Wealth Management.

20      Q    Does any teamster affiliated entity

21   such as any benefit fund do any business with

22   them?

23      A    I don't know the answer to that

24   question.

25      Q    How about any fund that you're on.

W.C. Smith                                        8/11/2016

177

1                        Smith

2             Do they do any business with United

3    Wealth Management?

4        A    They made a proposal to a fund I'm

5    on.

6        Q    Which fund is that?

7        A    Southern Region of Teamsters Pension

8    Fund.

9        Q    And does he provide any services to

10   the fund?

11       A    No.  We rejected his proposal.

12       Q    Has he ever offered you any tickets

13   to any sporting events?

14       A    He invited Mr. Hall to a baseball

15   game.  Mr. Hall could not attend.  He asked

16   me if I would like to attend a Washington

17   Nationals baseball game.

18       Q    And did you attend?

19       A    Yes.

20       Q    When was that?

21       A    I think it was in '14, I think.

22       Q    So Mr. Hall was supposed to attend

23   and he couldn't and you --

24       A    I don't know if he was supposed to

25   attend.  He offered these two tickets to

178

                              Smith

1

2    Mr. Hall.  Mr. Hall could not attend and he

3    asked me if I would like to go.

4         Q    Mr. Hall asked you if you would like

5    to go?

6         A    Yes, if I would like to use the

7    tickets.  He said find someone and see if you

8    would like to go.

9         Q    And did he tell you the tickets were

10   from United Wealth Management?

11        A    Yes.

12        Q    And what did he say about that?

13        A    He mentioned where he got the

14   ticket.

15        Q    And at that point had you known

16   Mr. --

17        A    I had just met him, didn't know him

18   very well.

19        Q    And who did you go to the game with?

20        A    Neil Ditchek, IBT attorney.

21        Q    And was Bill from United Wealth

22   Management there?

23        A    Yes.

24        Q    And who else was there?

25        A    There was quite a few people there.

W.C. Smith                                              8/11/2016

179

                          Smith

1

2    I don't know them all.

3        Q    Was it in a box?

4        A    Describe a box to me.

5        Q    Was it special seating?

6        A    I would say yes.

7        Q    Were there other teamsters there?

8        A    No.  I don't recall any other

9    teamster there.

10       Q    Have you used any other sporting

11   tickets that were provided by United Wealth

12   Management?

13       A    Not United or any company.

14       Q    You have never used any sports

15   tickets from any company?

16       A    I have been to one baseball game in

17   six years in DC.  This was it.

18       Q    Have you been to any other games,

19   Redskins games?

20       A    No football, no basketball, no

21   hockey.

22            MS. ZAHNER:  Please mark this as

23       Exhibit 23.

24            (E-mail from attorney

25       transmitting documents was marked

W.C. Smith                                            8/11/2016

180

```
1                          Smith
2           as Exhibit 23 for identification,
3           as of this date.)
4       Q    Mr. Smith, if you can take a look at
5   what's been marked as Exhibit 23, which is an
6   e-mail from your attorney transmitting
7   documents to us.
8               And if you can take a look at the --
9   I think they might be out of order, but they
10  have the Bates Nos. on the bottom page.
11              And there's, if you look at the
12  third page in which is Bates No. 32.  And
13  that goes on for a couple of pages.
14              Can you tell me what that is, and it
15  goes from 32 to 34?
16      A    Yes.
17      Q    And what is that?
18      A    When I made my reservations for the
19  Scotland trip, this was a printout on Delta
20  Airlines of their itinerary which is a
21  receipt for that trip for me.
22      Q    And is this something that you
23  printed out on April 4th of 2013 which is the
24  date at the bottom?
25      A    That's when I made the reservations,
```

W.C. Smith                                        8/11/2016

181

```
 1                    Smith
 2    I believe.
 3        Q    And there's an indication on page
 4    32.  It says there has been a change
 5    affecting your trip.
 6             Do you see that?
 7        A    Yes.
 8        Q    And had you made a reservation
 9    before that and this was a change?
10        A    Delta changed one of the flights.
11    It left at a different time or arrived at a
12    different time -- to make sure I was
13    comfortable with the layover period.
14        Q    And when had you made your
15    reservation?
16        A    I don't recall.  I think I made the
17    reservations, I think I made them in March, I
18    think.  Because I used points and it usually
19    takes less points or sky miles to make them
20    earlier than waiting.
21        Q    And if you could look further on in
22    Exhibit 23, there's an e-mail that starts
23    with Bates No. 13?
24        A    All right.
25        Q    And what is that?  It goes from 13
```

W.C. Smith                                           8/11/2016

182

1                          Smith
2    to 17.  And what is that?
3         A    It's an itinerary.
4         Q    And these are e-mails from Mr. Mack
5    to Mr. Bertucio.
6              Do you see that?
7         A    This was sent to me.  Look when it
8    was sent to me, 3/18 of '16.
9         Q    And how did it come about that that
10   was sent to you?
11        A    I asked Mr. Mack to send it to me.
12   I couldn't locate mine.
13             MR. MAFFEO:  Let me interject
14        because this is out of order.  This
15        accompanied the itinerary -- that they
16        came together as a package.  They came
17        together.
18        Q    So the itinerary was attached to the
19   e-mail; is that right, Mr. Smith.  This
20   itinerary that starts at page 18 was attached
21   to the e-mail that starts on page 13?
22        A    The itinerary is on page 18.
23        Q    That's right.
24        A    Yes.
25        Q    And that was attached to the e-mail

W.C. Smith                                          8/11/2016

183

                              Smith
1
2       that's on 14?
3            A    Yes.  I think you're correct.
4            Q    And at some point in 2013, had you
5       received this itinerary that starts with
6       Bates No. 18?
7            A    I received an itinerary in '13.  I
8       don't remember if it was emailed or it was
9       when we got to Scotland.
10           Q    And you didn't have it currently so
11      you asked Mr. Mack to send it to you?
12           A    Yes.
13               MR. MAFFEO:  In my direction as I
14            stated in the cover letter.
15           Q    And had you seen the e-mail prior to
16      receiving it in March of this year, had you
17      seen the e-mail exchange between Mr. Leebove
18      and Mr. Bertucio and the golf company?
19           A    I don't know.  I don't recall.
20      Would you mind pointing that out?  I am on
21      page 13.  So which page do I need to be in?
22           Q    Well, on page 13 there's an e-mail
23      from Ron Smartt to Mr. Chas Bertucio at a
24      cbmyunionrx e-mail.  And it's dated July 5,
25      2013.  And then if you keep going to the next

W.C. Smith                                    8/11/2016

                                                      184

1                      Smith

2    page, there's other e-mails from July of '13.

3        A    I mean, I recall getting -- I was

4    asked to contact -- I told him that I thought

5    Steve Mack had it or could get it.

6             I contacted Steve Mack and I didn't

7    have one.  And this is what I was sent.  And

8    I forwarded it to my attorney.

9        Q    The e-mails from 2013 between Mr.

10   Bertucio and the golf company, had you seen

11   them back in '13?

12       A    I don't recall whether I saw them or

13   not.

14            MR. MAFFEO:  He's not copied.

15       Q    And if you look at what's been

16   marked as pages 18 through 24, there's a

17   reference to the various activities and who's

18   doing what on different days and tee times.

19            Is that something that you received

20   either before your trip or when you got

21   there?

22       A    I remember an itinerary.  Because

23   you got to know which day and where you are

24   going to play, what time you are going to

25   play.  I lost that itinerary.

W.C. Smith                                          8/11/2016

185

                          Smith
1
2          I didn't keep it.  I said I could
3    obtain another one.  I thought Steve had it.
4    I contacted Steve.  He said sure, I can get
5    you one.
6          Q    And did you ask him for an itinerary
7    for the Ireland trip?
8          A    I don't recall if I did or not.
9          Q    Did you ask anyone for an
10   itinerary --
11         A    The only person I talked to about
12   this was Steve Mack and my attorney.  But I
13   didn't try to look for the Ireland itinerary.
14         Q    If you could look for an Ireland
15   itinerary and then if you have it, provide it
16   to your attorney.
17         A    Okay.  I'd be more than happy to do
18   that.
19         Q    Is there a reason why you didn't
20   look for the Ireland itinerary but you did
21   look for the Scotland itinerary?
22         A    I don't recall you asking me to
23   obtain information on Ireland.  I do remember
24   some of the requests you made.
25              And I didn't, I wasn't allowed to

186

1                          Smith

2       have a pad and a pencil.  But I remembered

3       Scotland.

4               And that's what I tried obtaining.

5       But I will try to find you an itinerary for

6       Ireland if that's what you would like.

7           Q    Thank you.

8               Now if you take a look at page 22,

9       there's the prices for the people traveling.

10              Do you see that?

11          A    I do.

12          Q    And is that the amount that was paid

13      to the travel company for all the golf and

14      the hotels?

15          A    This was a proposal.  What was paid

16      by W.C. Smith is on one of the exhibits in

17      the original dep.  It was paid by my credit

18      card as a deposit and a final bill.  And

19      that's what I paid.

20              MR. MAFFEO:  And it's also

21          reflected in Exhibit 4.

22          Q    And if you take a look at the last

23      page of Exhibit 23, it looks like an excerpt

24      that was redacted from your IHG account.

25              Do you see that?

W.C. Smith                                                    8/11/2016

187

```
 1                     Smith

 2        A     Yes.

 3        Q     And is that the purchase of your

 4   tickets to Ireland?

 5        A     Yes.

 6              It reflects, if you notice it

 7   reflects that I bought a ticket on March the

 8   27th from Philadelphia, Pennsylvania to

 9   Shannon, Ireland for 721.14 and returning

10   from Shannon back to Philadelphia on 7/27/14

11   to U.S. Airways.

12              The total amount that I added up --

13   I bought travel insurance.  In case you

14   cancel the ticket, you can get your money

15   back.

16              The price of the ticket was

17   1,283.60.  I think one of these or both of

18   them there was an upgrade that I purchased.

19              You had to purchase -- I think the

20   $62 was to get an aisle seat.  And the total

21   amount that was charged to my credit card on

22   3/27 was $1,518.30.

23        Q     And how did you pay that?

24        A     On this credit card.  This is a

25   credit card statement, IHG.  This is my
```

188

```
1                    Smith
2    MasterCard Chase Bank credit card statement.
3         Q    And you paid for that personally?
4         A    Yes.
5         Q    Did anyone reimburse you for that?
6         A    No.
7              (A brief recess was taken.)
8         Q    I just have a few additional
9    questions.
10             Going back to what's been marked as
11   Exhibit 23, if you look at page 25 and 26,
12   those two go together.
13             The charges that are on page 26 are
14   charged on?
15        A    Oh, 25 after 26.
16        Q    It's the last two pages.  And
17   somehow it's out of order.  I'm sorry about
18   that.
19        A    So 25 and 26.
20        Q    So 26 we already spoke about which
21   was the charges for the airline to Ireland?
22        A    Yes.
23        Q    And then on the previous page, is
24   that the credit card that that was charged
25   on?
```

W.C. Smith                                                    8/11/2016

189

1                            Smith

2        A     Yes.  And it says on 26 at the top,

3     IHG rewards card.

4        Q     And that's your account?

5        A     Yes.

6        Q     That's referenced on page 25?

7        A     Yes.

8        Q     And did you have any other charges

9     for the Ireland trip?

10       A     Yes.

11       Q     And were those also on a credit

12    card?

13       A     Yes.

14       Q     And what types of charges did you

15    have?

16       A     Me and Mr. Hoffa split a meal one

17    night for dinner with a group.  There was

18    some miscellaneous charges.  Breakfast was

19    furnished.

20             It was a bed and breakfast and it

21    was furnished.  I think there was a bar

22    charge once or twice, a couple of times.  I

23    don't remember.  Maybe a lunch charge.

24       Q     And those are all on your credit

25    card?

W.C. Smith                                          8/11/2016

190

```
1                       Smith
2        A     Yes.  They would be on this card or
3     possibly the American Express.
4              MS. ZAHNER:  Please mark this as
5          Exhibit 24.
6              (E-mail from Richard Leebove to
7          W.C. Smith dated January 20, 2015
8          was marked as Exhibit 24 for
9          identification, as of this date.)
10       Q     Mr. Smith, if you can take a look at
11    what's been marked as Exhibit 24, which is an
12    e-mail from Richard Leebove to you dated
13    January 20, 2015.
14             And do you recognize that?
15       A     Yes.
16       Q     And what is this regarding?
17       A     Appears to me it's around golf.
18       Q     And it says golf at brewery?
19       A     Yes.
20       Q     What does that mean?
21       A     There's a brewery conference.  I can
22    say for the last five years the brewery
23    conference is either around the end of
24    January, the first week of February, their
25    annual conference meeting.
```

W.C. Smith                                    8/11/2016

191

1                          Smith

2       Q     Where is that held?

3       A     It's in the, normally in the last

4   five or six years in the Fort Lauderdale

5   area.   There's been a couple of different

6   locations.

7       Q     And did you attend a golf outing on

8   January 28th of 2015?

9       A     No.

10      Q     And what happened?

11      A     I had to work.

12      Q     And was there a golf outing?

13      A     I mean, I don't know specifically if

14  there was.   I know things kind of fell apart

15  on this day.   I think Steve had to work.

16      Q     And that's Steve Mack?

17      A     Yes.

18      Q     And how about -- well, there's a

19  reference to Jim.

20            Is that a reference to Mr. Hoffa?

21      A     I'm assuming.   I guess it was.

22      Q     And did he play with Mr. Leebove and

23  Mr. Bertucio and Mr. Tarpinian?

24      A     I don't know whether he played or

25  not.

192

```
 1                        Smith
 2      Q     But you did not play?
 3      A     I did not play.
 4      Q     Did you respond to this e-mail?
 5      A     If I did, it would have been
 6   verbally.  And I'm sure I would have
 7   responded I cannot play.
 8           MS. ZAHNER:  I don't have any
 9        additional questions.
10           So you're finished unless you would
11        like to add anything or Mr. Maffeo has
12        anything he'd like to ask you to
13        clarify anything.
14   FURTHER EXAMINATION BY MR. MAFFEO:
15      Q     Just a few questions.
16           You were asked some questions by Ms.
17   Zahner earlier today whether or not you had
18   ever met two individuals by the name of last
19   name Chaplin.
20           Do you recall those questions?
21      A     Yes.
22      Q     Have you in fact to your knowledge
23   ever met either of those individuals?
24      A     I have not.
25      Q     Do you know an attorney by the name
```

W.C. Smith                                          8/11/2016

193

```
 1                     Smith
 2    of Stuart Korshak?
 3        A    I do not.
 4        Q    Have you ever spoken to a Mr.
 5    Korshak?
 6        A    Not to my knowledge.
 7        Q    Have you ever met Mr. Korshak to
 8    your knowledge?
 9        A    Not to my knowledge.
10        Q    You were asked some questions by Ms.
11    Zahner regarding an Exhibit 13, which appears
12    to be a compilation of phone calls under your
13    number at the IBT for January and, well,
14    parts of 2013, specifically January and
15    February of 2013.
16             Correct?
17        A    Yes.
18        Q    Now you were asked specifically some
19    questions about a phone call between yourself
20    and Dennis Taylor that occurred at
21    approximately 8:16 p.m. on the evening of
22    January 31st.
23             Do you recall those questions?
24        A    I recall the question, yes.
25        Q    Did you ever discuss with Dennis
```

194

```
 1                      Smith
 2     Taylor his accompanying you to the party at
 3     the Crown Royal which is a party that was
 4     discussed in some length in your prior
 5     deposition testimony, correct?
 6         A    Yes.
 7         Q    And I believe going back to your
 8     earlier deposition testimony you testified in
 9     substance that after learning that Mr. Aloise
10     and his wife were not going to attend the
11     Super Bowl that you and your wife found
12     yourselves on the evening of January 31st
13     with four additional tickets, correct?
14         A    Yes.
15         Q    And I believe your testimony in
16     substance is that once you learned of that
17     you attempted to find some people who could
18     accompany you to that party, correct?
19         A    Yes.
20         Q    And I believe you testified that the
21     first person you called was a family friend
22     by the name of Bill Caldwell.
23              Do you recall that answer in your
24     earlier deposition testimony?
25         A    Yes.
```

W.C. Smith                                    8/11/2016

195

1                        Smith

2        Q     And just to sort of put this in

3    context, who was Bill Caldwell?

4        A     Bill Caldwell is a friend for 30

5    years, and his wife Andrea.

6        Q     And where do they live?

7        A     They live outside of New Orleans.  I

8    forgot the name of the community.  It's about

9    40 miles from New Orleans.

10        Q     And going back to Exhibit 13, which

11    I will place before you, I want to direct

12    your attention, there are no page numbers on

13    this, but call numbers, 272.

14             I don't have a page to refer you to

15    but it's on the same page that you were

16    directed to look at earlier.

17             You see a phone number (225)

18    294-2050 with an address of Springfield,

19    Louisiana?

20        A     Yes.

21        Q     And do you know whose number that

22    is?

23        A     That's Bill Caldwell's.

24        Q     And the time that you placed a call

25    to Mr. Caldwell on that evening of

W.C. Smith                                          8/11/2016

                                                          196

1                        Smith

2    January 31st was what?

3        A    It appears that was 9:36 p.m.

4        Q    And in fact there's an additional

5    call immediately following that number 273 at

6    9:44 p.m. to the same number.

7             And was that also a call that you

8    placed to Mr. Caldwell?

9        A    Yes.

10       Q    And then again a third phone call

11   following in short succession to the same

12   number from your cell or phone number again

13   to Mr. Caldwell?

14       A    Yes.

15       Q    And in substance what was the

16   conversation or conversations that you had

17   with Mr. Caldwell in those three calls?

18       A    Well, the first call was to ask him

19   if he would like to attend, that I had six

20   passes, if he would like to attend -- let me

21   correct that -- I had some passes as I

22   recall -- he would like to attend the Crown

23   Royal Maple party with me and my wife.

24            And he asked me what kind of party

25   it was, where it was at.  And he said let me

W.C. Smith                                    8/11/2016

197

```
1                    Smith
2    check with Andrea, who Andrea knows, she
3    knows me and my wife.
4            We have known each other for years.
5    And he said let me find out and call me back
6    or I'll call you back.  And I think he texted
7    me, I think and I called him back.
8            And he said, yeah, they would love
9    to go.  And I said, I have got two more
10   passes.
11           Do you have an assistant pro or do
12   you have a staff member you would like to
13   invite.  He has an older son that I've known
14   since birth that's about 30 years old.
15           I said, would you like for him and
16   his wife -- and that's when we had a
17   conversation.  And Bill Nelson was down
18   there.
19           And he had an apartment in -- he's
20   retired.  He had an apartment in New Orleans.
21   And I said, that's fine, ask him.  And that's
22   how it went.
23       Q    Now you were also asked some
24   questions by Ms. Zahner about a round of golf
25   that you played with Mr. Bertucio in the fall
```

W.C. Smith                                        8/11/2016

198

1                        Smith

2     of 2014 in the vicinity of Monterey,

3     California, correct?

4             Do you remember those questions?

5     A     Yes.

6     Q     And at that time, what was the

7     reason for your being in that area?

8     A     I was attending Joint Council 7's,

9     one of their annual meetings.

10    Q     And I believe as we have your

11    testimony both earlier today as well as in

12    your prior deposition, you played a round of

13    golf with Mr. Bertucio at a club or the place

14    that he said he was a member of?

15    A     Yes.

16    Q     And you offered to pay for your

17    share of the green fees?

18    A     Yes.

19    Q     And he declined your offer?

20    A     Yes.

21    Q     And then coming off of that, you

22    later had dinner that evening?

23    A     Yes.  When he declined, I went in

24    the clubhouse, the pro shop and tried to pay.

25    And they said I could not pay, only a member

W.C. Smith                                              8/11/2016

199

```
 1                    Smith

 2    could pay.

 3       Q    And did you later have dinner with

 4    Mr. Bertucio and his wife as well as Mr. Mack

 5    and his wife at a restaurant in Monterey,

 6    California?

 7       A    Yes, plus another couple.

 8       Q    And do you recall their names

 9    offhand?

10       A    I don't.  They are retired and

11    friends with Charlie Bertucio.  He played the

12    male, played in the round of golf with us.

13            MR. MAFFEO:  Please mark this as

14       Smith's 1 for identification.  It's two

15       documents.

16            (Two-page document was marked

17       as Smith's 1 for identification, as

18       of this date.)

19       Q    In taking a look at what's been

20    marked as Smith's 1 for today's deposition.

21    It's two pages.

22            And I'm going to ask you to look at

23    the first page and ask you to tell us if you

24    recognize it, and if you do recognize it what

25    it is.
```

W.C. Smith                                          8/11/2016

200

1                          Smith

2          A     Yes.

3          Q     What is it?

4          A     Left side is an itemized receipt of

5     all the purchases that were made that night

6     and food, hors d'oeuvres, alcohol.

7                To the right side is a American

8     Express, to my personal American Express

9     where I paid $138.06 for the additional

10    charges for the food and appetizers.

11               And I paid 100 percent of the total

12    amount of the tip.  At 20 percent it was

13    87.61.  I paid $85 tip for the entire bill,

14    and charged to my account was $223.06.

15         Q     And was that charged to your

16    personal account?

17         A     Yes.

18         Q     And with respect to that charge, the

19    the $223.06 charge, did you submit that for

20    reimbursement from the IBT?

21         A     No.

22         Q     And with respect to the bill that's

23    reflected on the left-hand side, you did

24    submit a receipt for reimbursement for that

25    portion of the meal, did you not?

W.C. Smith                                               8/11/2016

201

1                           Smith

2        A    I didn't submit it for

3    reimbursement.  It was submitted on -- the

4    300-dollar charge was for the limits for me

5    and Mr. Bertucio and Mr. Mack.  It was

6    charged to the IBT credit card.

7        Q    So I misspoke.  I mean the one on

8    the left, the $438.06 charge was charged on

9    your IBT card, correct?

10       A    $300 of it was.  Of the 438.06, $300

11   of that bill was charged to the IBT.

12       Q    And in fact if you look at the

13   second page of Exhibit 1, what is that

14   document?

15       A    This is a standard IBT expense form

16   for employees with asking for approval of

17   your expenses -- is submitted to the IBT

18   auditing department, accounting department.

19       Q    And that reflects an expense of $300

20   which I think you testified to is the limit

21   for three people, correct?

22       A    Yes.

23       Q    And it itemizes or lists the

24   business purpose of the meal, correct?

25       A    Yes.

W.C. Smith                                                      8/11/2016

202

1                          Smith

2       Q    And there's a check that's appended

3   to the top of that for $17.21 from what

4   appears to be your personal account at

5   Regions Bank?

6       A    Yes.

7       Q    And that's I think the amount of

8   $17.21?

9       A    Yes.

10      Q    And what was that?

11      A    That was where I paid another

12  allowance for the lunch on 9/12 which I went

13  over the lunch limit.  So I submitted a

14  personal check, which I do that if I go over

15  the limits.

16      Q    Now you were also asked some

17  questions by Ms. Zahner both today and the

18  earlier deposition about the purchase of some

19  golf gloves that you bought and sent to

20  Mr. Bertucio in partial payment for the green

21  fees?

22      A    Yes.

23      Q    And that document is included as

24  Smith IIO 00011 and 12 of today's Exhibit 15.

25  And I will ask you to take a look at that.

W.C. Smith                                          8/11/2016

203

1                         Smith

2              What is that?  That in fact is a

3    copy of the invoice and your check for the

4    purchase of the golf gloves?

5         A    Yes.

6         Q    And does this indicate the size of

7    the golf gloves?

8         A    It does.

9         Q    And what is the size of the golf

10   gloves that were purchased on this date?

11        A    If you look to the far left, it says

12   quantity 12, item S-999-CLH-ML.  CLH means

13   left-handed.  If you are a right-handed

14   golfer, you wear a left-handed glove.  And ML

15   is the size medium large.

16        Q    And what is the size of your golf

17   gloves?

18        A    Cadet medium.

19             MR. MAFFEO:  And let's have this

20          marked as Smith's 2 for purposes of

21          today's deposition.

22             (Application from Local 891 was

23          marked as Smith's 2 for

24          identification, as of this date.)

25        Q    And it also bears a Bates No. Smith

W.C. Smith                                         8/11/2016

204

1                          Smith

2      IIO 53 and 54.

3              Do you recognize this?

4      A    Yes.

5      Q    And what is it?

6      A    That's an application from Local 891

7      that I'm president of to participate in the

8      James R Hoffa memorial scholarship fund golf

9      tournament.  And it appears that that says

10     2010 tournament.

11     Q    And these are submitted regularly

12     when people are participating in a golf

13     tournament?

14     A    Yes.  You submit, you fill out the

15     form.  You are required to fill out the form,

16     in my particular case and attach a check that

17     goes to the application room and you are

18     processed.

19     Q    And then on the right side of this,

20     it's called registration card and asks a

21     number of questions.

22             And among them is glove size,

23     correct?

24     A    Yes.

25     Q    And in this case it reflects that

W.C. Smith                                                    8/11/2016

205

```
 1                    Smith
 2    your glove size is what?
 3         A    Right-handed glove, cadet medium.
 4         Q    Now you were asked some questions by
 5    Ms. Zahner, a number of questions about
 6    various items that are purchased as part of
 7    the JRH scholarship event which are given to
 8    participants who either purchase themselves
 9    or have purchased for them by the local for
10    joint council or IBT a golf package, for lack
11    of a better word, correct?
12         A    Yes.
13         Q    And that in some years golfers have
14    received, who have paid for participation,
15    receive either a set of irons or woods
16    depending on the year, correct?
17         A    Yes.
18         Q    And then also golf shirts are
19    sometimes included as part of the package,
20    correct?
21         A    Yes.
22         Q    Now outside of items that you
23    received as a result of your having a spot in
24    the golf tournament paid for by the local,
25    the joint council or the international, have
```

206

                        Smith

1

2    you ever taken any items from the inventory

3    without paying for them?

4        A    No.

5        Q    Have you ever purchased items for

6    either yourself or other family members from

7    inventory at the golf tournament?

8        A    Yes.

9        Q    And specifically what do you recall

10   purchasing?

11       A    I purchased two triple x shirts.  My

12   son wears a size triple x.  And I purchased

13   two triple x shirts for him.  And I wrote a

14   check to the James R.

15       Q    Any other items that you purchased?

16       A    I purchased a set of woods from --

17   when I say a set of woods, it was a one in

18   three wood that we had given away one year.

19   And I purchased an additional one in three

20   wood.

21       Q    And how did you pay for that?

22       A    With a check.

23           MR. MAFFEO:  Let's have this marked

24       as Smith's 3.

25           (Series of documents was marked

W.C. Smith                                    8/11/2016

207

1                          Smith

2          as Smith's 3 for identification, as

3          of this date.)

4      Q     I'm putting before you Smith's

5   Exhibit 3, Mr. Smith, and just ask you -- and

6   so it's a series of four pages of documents

7   marked Smith IIO 00048 through 00052, and

8   just ask you to go through the documents and

9   identify them for the record.

10     A     Well, the first page 00048 is a

11  check, copy of a check.

12          This is a duplicate copy of a check

13  number 6032 where I paid to Chuck Berkeley

14  $265 for the Callaway club irons.

15          That was a set in 2013 that I was

16  asked earlier how much the irons were.  That

17  was what we paid for the irons that we

18  shipped to the participants.

19          I bought an extra set of irons.  The

20  second page is where we had leftover.

21  Because I testified earlier that we had, I

22  believe it was 14 sets of woods that were

23  left over.

24          Because we did buy them in advance

25  of the tournament.  And we put up a notice in

W.C. Smith                                          8/11/2016

208

```
 1                    Smith
 2      the building on the bulletin board anybody
 3      that would like to buy a set.
 4              And I wanted to buy a set.  And I
 5      wrote a check, check number 6006, same bank
 6      account, same bank checking account number
 7      for $256.
 8              It is over a receipt that I received
 9      back from the James R.  I made the check out
10      to the James R 2014.
11              And I asked them to provide me a
12      receipt of collecting that amount of money.
13      The third page is a copy of the check 6006,
14      which is the same check that's over the
15      receipt.
16              It's just a separate check.  On
17      the -- it would be the fifth page, it's where
18      on September the 17th of 2014 it's a copy of
19      a check 6043.
20              I said that I wanted to buy my son,
21      I wanted to give my son two shirts from the
22      James R.  And I purchased two shirts.  I made
23      the check out to the James RH.
24              They were left over in inventory.
25      It was in September.  The reason I bought
```

209

                        Smith

1

2      them in September is his birthday is in

3      September.

4              And I made the check for 51.40 for

5      two, 3x shirts.  And on the last page is the

6      actual copy of the check.  The memo line

7      reflects two shirts for Jonathan S.

8              That is my son's name.  This is what

9      we paid for the shirts.  They were in

10     inventory.

11             And anybody in the building can buy

12     extra shirts or anybody in the tournament can

13     buy extra shirts.  This was a shirt.  The

14     green shirt cost, a 3x costs $25.15 a shirt.

15             The black camp shirt, which a camp

16     shirt is a button-up shirt, they cost a

17     little more.  They were 26.25.  It totaled

18     51.40.  And I wrote a check to the James R

19     for 51.40.

20     Q    And again as we have it from your

21     testimony, these are checks from your

22     personal banking account, checking account?

23     A    Yes.

24     Q    And did you ever submit the

25     purchases for checks for reimbursement from

210

1                         Smith

2    the IBT?

3         A     No.

4         Q     Now Ms. Zahner also asked you a

5    series of questions about a VEBA trustees

6    meeting that occurred on May 22, 2013 where

7    there were discussions both in executive

8    session and outside of executive session

9    regarding whether or not OptumRx, which was

10   the incumbent should be given an opportunity

11   to match the bid that had been provided by or

12   submitted by the other competitor ESI.

13            Do you recall those questions?

14        A     Yes.

15        Q     Did you introduce the discussion or

16   introduce the conversation or suggestion that

17   OptumRx should be allowed the opportunity to

18   match the bid?

19        A     No.

20        Q     Do you recall who did?

21        A     I don't recall if it was from one of

22   the trustees.  And my earlier testimony

23   reflects I don't recall if it was the

24   trustees or someone from legal.  I don't

25   recall.

W.C. Smith                                          8/11/2016

211

1                          Smith

2        Q      But you are sure that you didn't

3    influence this --

4        A      I am positive I didn't do it.

5        Q      Now you were also asked some

6    questions about a baseball game that you

7    attended in 2014, a Washington Nationals

8    baseball game.

9               Do you recall those questions?

10       A      Yes.

11       Q      And as we have it and your

12   understanding is that the tickets initially

13   were offered to Mr. Hall, general secretary

14   treasurer?

15       A      Yes.

16       Q      And he was unable to go and asked if

17   you were interested in attending, correct?

18       A      Yes.

19       Q      And you also mentioned that you do

20   work with a person by the name of Neil

21   Ditchek?

22       A      Yes.

23       Q      And who again is Neil Ditchek?

24       A      He is IBT attorney special counsel

25   to President Hoffa.

W.C. Smith                                              8/11/2016

212

```
1                      Smith
2       Q     And did Mr. Ditchek in fact
3    accompany you to the game?
4       A     Yes.
5       Q     Did he express any concern or
6    objection with the propriety of your
7    attending or his attending the game?
8       A     I asked Mr. Ditchek after I asked
9    him if he would like to go to the game.  I
10   told him where the tickets were coming from
11   and I asked him if he thought that was a
12   conflict.  And he said no.
13      Q     And both of you as we have it
14   attended the game?
15      A     Yes.
16      Q     You were asked again a number of
17   questions about the operation of the JRH
18   memorial scholarship fund.
19            As we have it from your testimony,
20   you were appointed to succeed Cheryl Johnson
21   as the president of what's referred to
22   colloquially as the JRH scholarship fund?
23      A     Yes.
24      Q     And that was sometime either in late
25   2007 or early 2008?
```

213
```
 1                    Smith
 2       A    Yes.
 3       Q    And you testified briefly about the
 4  increase in both of the amount of
 5  scholarships awarded during your tenure as
 6  president of the JRH as well as the increase
 7  in the overall fund sides of the JRH
 8  scholarship fund during those years that you
 9  have been present.
10            Do you recall those questions?
11       A    Yes.
12       Q    In addition to that, did you suggest
13  or recommend that anybody be employed to
14  assist in auditing or overseeing the finances
15  and operations of the JRH memorial
16  scholarship fund?
17       A    Yes.
18       Q    And would you tell us what you did
19  or what happened as a result of your request?
20       A    There's a lady that works for the
21  IBT named Melissa Riner.  And she is not only
22  a CPA, but I think she has her doctrine.
23            And she has approved, Ms. Melissa
24  Riner was put in place before I got there
25  after General President Hoffa was sworn in as
```

W.C. Smith                                      8/11/2016

214

```
1                    Smith
2    president.
3           I do not know the year.  But she was
4    approved by the IRB to be the in-house
5    auditor, the accounting principal of the IBT.
6           In 2000, I believe it was '12, if
7    not the end of '11 but early '12, she asked
8    me is there any department that you think
9    that needs to be audited.
10          And I said, well, I know one that I
11   definitely want auditing.  She said, what is
12   that.  And I said the JRH.  And she said, is
13   there problems.
14          I said, not to my knowledge but I
15   had inherited the JRH and I want to make sure
16   we are doing everything right.
17          And it took about a year to complete
18   that audit, a very extensive audit of our
19   operations.
20          And we had a final meeting from Ms.
21   Riner that advised us if there was any areas
22   that we needed to take a look at.
23      Q   And as a result of that, have you
24   continued to oversee or inspect or audit the
25   operations at the JRH memorial scholarship
```

W.C. Smith                                    8/11/2016

                                                        215

1                     Smith

2    fund?

3        A    She completed her audit in that

4    one-year period.  But we are subject to

5    continue to be audited by her at any time.

6        Q    Now one last question just circling

7    back to -- because we have been referring to

8    variously as either the Crown Royal party in

9    New Orleans in February of 2013 or the

10   Playboy party in New Orleans at the same

11   time.

12           And you were asked some questions by

13   Ms. Zahner as to whether or not you knew that

14   Southern Wine & Spirits was a teamster

15   employer.

16           And your testimony was that you did

17   know that, correct?

18       A    Yes.

19       Q    Who was the sponsor of the product?

20       A    Well, the sponsor was Crown Royal

21   Products/Diageo.

22       Q    And to your knowledge is Diageo a

23   teamster employee?

24       A    No.  They are a distillery.

25           MR. MAFFEO:  I don't have any

W.C. Smith                                              8/11/2016

216

```
 1                      Smith
 2        further questions.
 3             MS. ZAHNER:  I just have a couple
 4        of questions.
 5   FURTHER EXAMINATION BY MS. ZAHNER:
 6        Q     And going back to the golf that you
 7   played with Mr. Bertucio and Mr. Mack in
 8   Monterey, why were you trying to pay
 9   Mr. Bertucio for that?
10        A     I didn't think he should pay for my
11   golf.
12        Q     Why not?
13        A     I didn't think it was appropriate.
14        Q     Why not?
15        A     I didn't, I don't think it's
16   appropriate for him to pay for my golf.
17        Q     Did Mr. Mack try to pay
18   Mr. Bertucio?
19        A     I recall Mr. Mack saying, Charlie, I
20   will write you a check as I always do.  Yes,
21   I do recall him saying that.
22        Q     And did you write Mr. Bertucio a
23   check?
24        A     No.
25        Q     Why not?
```

W.C. Smith                                          8/11/2016

217

1                           Smith

2        A    He said he wouldn't accept my check.

3        Q    Did he say he wouldn't accept Mr.

4    Mack's check?

5        A    No.  He didn't get a check though.

6        Q    Pardon me?

7        A    He said he would give it to him

8    later.

9        Q    And did Mr. Bertucio say, "I won't

10   take a check"?

11       A    No.  I didn't hear that part with

12   Mr. Mack.

13       Q    And you indicated you have various

14   checkbooks?

15       A    I do.  Yes, various checkbooks, same

16   checking account, but various checkbooks.

17       Q    And how many checks are in your book

18   of checks?

19       A    The normal.  I don't know the

20   normal.  I would guess 20.

21       Q    And if you could take a look at

22   what's been marked as Smith's Exhibit 3.

23            And there's a -- it looks like a

24   duplicate check on the first page?

25       A    Yes.

W.C. Smith                                                          8/11/2016

218

1                              Smith

2        Q     And this was to pay for the irons?

3        A     Yes.

4        Q     And were you at the IBT when you

5   wrote this check?

6        A     I don't recall.

7        Q     And with respect to the check on the

8   second page of Smith's Exhibit 3, which is

9   Bates No. 49 --

10       A     Yes.

11       Q     -- and that's check number 6006.

12             Do you see that?

13       A     Yes.

14       Q     And then you have a receipt from the

15  James R Hoffa scholarship fund for that

16  check, is that right, that's attached to

17  that?

18       A     Yes.

19       Q     And where were you when you wrote

20  that check?

21       A     I don't know specifically where I

22  was at.

23       Q     Would that be a check that you would

24  have written when you were in Washington and

25  brought to the office and then got the

W.C. Smith                                          8/11/2016

219

1                          Smith

2       receipt?

3           A     Possibly.

4           Q     And if you take a look at the copy

5       of the check on the following page, which is

6       Bates No. 50, how come that check is

7       different from the check that's on page 49?

8           A     How is it different?

9           Q     2014 is written on the one that is

10      on page 49, the "paid for" order line and

11      also on the "for" line, the memo line?

12          A     I am going to give you my opinion.

13      If you will look up in the top right-hand

14      corner where I wrote on the line of the check

15      2014, you see that I wrote 21st of July 2014.

16          Q     Okay.

17          A     You see down on the bottom where it

18      says 2014?

19          Q     Yes.

20          A     That, you're asking me about, that's

21      two different handwritings.  Look at the

22      fours, look at the twos.  I am assuming the

23      lady in the office wrote that to indicate

24      that was 2014.

25          Q     And who's the lady in the office?

W.C. Smith                                              8/11/2016

220

```
 1                    Smith

 2      A    In 2014 that would be -- she is

 3   since, she was an attorney and has since

 4   moved on to a law firm.  I forgot her name.

 5   I can get her name.

 6      Q    And what's been marked as Bates No.

 7   50, what is that?

 8      A    That's just a copy of a check.

 9      Q    Did you get that from your records?

10   Did you get that from teamster records?

11      A    I think 50, this is a different

12   handwriting.  This was a copy of my check.

13   And my testimony was it appears somebody put

14   2014 to match the 2014 tournament.

15      Q    And the one that's on page 50, did

16   you get that from teamster records or is that

17   from your own personal records?

18      A    I copied this check when I was in

19   the IBT office.

20      Q    Just recently or when you made the

21   payment?

22      A    I don't have a copy of the check

23   recently.

24           MR. MAFFEO:  I think she's asking

25       whether you made this copy at the time
```

W.C. Smith                                          8/11/2016

221

```
 1                      Smith
 2        that you made payment or afterwards.
 3        A    I think at the time I made payment.
 4             And my testimony is I think -- I am
 5   assuming here there's two people in that
 6   office and somebody wrote 2014 on that memo
 7   line.
 8             This document is in our files at the
 9   IBT.
10        Q    49?
11             MR. MAFFEO:   The document you
12         received is 49?
13        A    Yes.
14        Q    And after you wrote the check that's
15   on page 49 or 50, what did you do with it?
16   Did you hand it to somebody?
17        A    How did I get it to them?
18        Q    Well, what did you do with the
19   check?  Who did you give it to?
20        A    I took it down to the James R
21   office, which is about three doors down from
22   my office and I handed it to him.  And I
23   asked for a receipt.
24             And I told him that I wanted a copy
25   of the check and the receipt.  And they
```

W.C. Smith                                    8/11/2016

222

```
 1                    Smith

 2   brought me this back.  I made a copy of this

 3   check before I handed it to him.

 4        Q    That's page 50?

 5        A    Page 50, yes.

 6        Q    And when you say you have a

 7   checkbook at the IBT, do you have that in

 8   your office at the IBT international?

 9        A    In my desk.

10             MS. ZAHNER:  I am just going to

11       take one minute.

12             THE WITNESS:  Sure.

13             (A brief recess was taken.)

14        Q    I just have a couple more questions.

15        A    Sure.

16        Q    Going back to what's been marked as

17   Smith's Exhibit 3, on the last page there's a

18   check for $51.40 that you described.

19             And after you wrote that check, what

20   did you do with that check?

21        A    I'm assuming I took it down to the

22   JRH office and handed it to them and told

23   them that I wanted to pay for the shirts.  I

24   did ask for two shirts out of inventory.

25             I told them to look up the price of
```

W.C. Smith                                              8/11/2016

223

1                          Smith

2       those shirts.  I told them the two types of

3       shirts I wanted.  And they told me what the

4       price was.

5             They brought this invoice to me.  If

6       you'll notice, there's a paper clip.  I made

7       this check out, I paper-clipped it, went to

8       the copy machine, and copied this invoice and

9       check and clipped it together.

10        Q    And that's on page 52 of what's been

11      marked as --

12        A    Page 52, yes.

13            MS. ZAHNER:  I don't have any

14         additional questions.  Thank you very

15         much.

16            (Time noted:  5:38 p.m.)

17

18

19

20

21

22

23

24

25

W.C. Smith                                    8/11/2016

                                                      224

1

2            A C K N O W L E D G M E N T

3

4    STATE OF NEW YORK    )

                          ) ss.:

5    COUNTY OF NEW YORK   )

6

7        I, W.C. SMITH, hereby certify, I have read the

8    transcript of my testimony taken under oath in my

9    sworn examination of August 11, 2016; that the

10   transcript is a true, complete and correct record of

11   what was asked, answered and said during this sworn

12   examination, and that the answers on the record as

13   given by me are true and correct.

14

15

16            _____

                     W.C. SMITH

17

18

19   Subscribed and sworn to

     before me this ____ day

20   of _____ 2016.

21

22

23   _____

          Notary Public

24

25

W.C. Smith                                                    8/11/2016

225

1

2                  C E R T I F I C A T I O N

3

4    STATE OF NEW YORK    )

                          ) ss.:

5    COUNTY OF QUEENS     )

6

7         I, SUSAN I. HISLER, a Shorthand Reporter and

8    Notary Public for and within the State of New York,

9    do hereby certify:

10        That W.C. SMITH, the witness whose examination

11   is hereinbefore set forth, was duly sworn by me and

12   that this transcript of such examination is a true

13   record of the testimony given by such witness.

14        I further certify that I am not related to any

15   of the parties to this action by blood or marriage

16   and that I am in no way interested in the outcome of

17   this matter.

18        IN WITNESS WHEREOF, I have hereunto set my hand

19   this 18th day of August, 2016.

20

21              _____

                     SUSAN I. HISLER

22

23

24

25

W.C. Smith                                                    8/11/2016

                                                                    226

```
 1
 2                       I N D E X
 3
 4                     EXAMINATION
 5
 6   WITNESS:          BY:                    PAGE:
 7   W.C. Smith        Ms. Zahner       4, 111, 216
 8                     Mr. Maffeo         110, 192
 9
10                 *         *         *
11
12                  DOCUMENT REQUEST
13   PAGE 34   2012 records
14   PAGE 52   Copy of itinerary for Ireland trip
15
16                 *         *         *
17
18               E X H I B I T S
19          (Retained by court reporter)
20
21   EXHIBIT:           DESCRIPTION:           PAGE:
22   11                 Memorandum and policy      9
23   12                 May 14, 2014, e-mail      17
                        from Mr. Aloise to
24                      W.C. Smith
25          (Exhibits continued on next page)
```

W.C. Smith                                                      8/11/2016

                                                                    227
1
2    13                    Document request              20
                           documents
3
     14                    E-mail from Ron Smartt        34
4
     15                    List of requested             35
5                          documents
6    16                    Account activity              42
                           document
7
     17                    E-mail from Mr. Slatery       90
8                          to W.C. Smith dated
                           April 14, 2015
9
     18                    Telephone records for        106
10                         Charles Bertucio
11   19                    E-mail from W.C. Smith        129
                           to Rome Aloise
12
     20                    Expense report               161
13
     21                    E-mail from W.C. Smith        167
14                         to Mr. Bell dated
                           April 11, 2014
15
     22                    Form LM-30                    172
16
     23                    E-mail from attorney          179
17                         transmitting documents
18   24                    E-mail from Richard           190
                           Leebove to W.C. Smith
19                         dated January 20, 2015
20   Smith's 1             Two-page document            199
21   Smith's 2             Application from             203
                           Local 891
22
     Smith's 3             Series of documents          206
23
24
25                    *         *         *

## A

**able (4)** 49:2,23
104:6 145:7
**absence (1)** 81:25
**absent (1)** 69:10
**academics (1)**
159:7
**accept (5)** 91:20
130:5 131:14
217:2,3
**acceptable (5)** 72:8
72:11 118:5,9
157:3
**accepted (1)** 133:20
**accepting (1)**
131:24
**accepts (2)** 64:20
69:16
**accompanied (1)**
182:15
**accompany (2)**
194:18 212:3
**accompanying (1)**
194:2
**accomplishments...**
137:22
**account (24)** 11:2
37:5,6,25 42:7,15
42:18 43:13 44:14
44:14 64:19 67:8
67:24 186:24
189:4 200:14,16
202:4 208:6,6
209:22,22 217:16
227:6
**accounting (3)**
23:22 201:18
214:5
**accounts (2)** 126:21
126:22
**accurate (1)** 19:5
**action (2)** 87:18
225:15
**active (7)** 70:8
71:15 72:4 73:10

73:14 122:25
123:4
**activities (1)**
184:17
**activity (2)** 42:18
227:6
**actual (7)** 5:4,14
27:8 98:20 109:8
166:9 209:6
**ad (1)** 138:19
**add (2)** 30:25
192:11
**added (1)** 187:12
**addition (1)** 213:12
**additional (8)**
52:14 188:8 192:9
194:13 196:4
200:9 206:19
223:14
**address (4)** 4:5
146:11 154:12
195:18
**addressed (2)**
32:13 111:24
**admissions (1)**
158:25
**advance (6)** 76:21
76:24 154:18
155:22 162:17
207:24
**advice (1)** 170:18
**advised (2)** 75:25
214:21
**affiliated (2)**
176:10,20
**affiliates (2)** 71:6
138:2
**afterward (1)**
133:23
**ago (6)** 8:24 54:15
55:4 60:12 63:22
175:5
**agree (1)** 91:19
**agreed (2)** 130:4
131:14

**agreements (2)**
100:7,11
**airline (2)** 164:17
188:21
**airlines (2)** 9:2
180:20
**airplane (3)** 13:10
13:13 26:2
**airways (1)** 187:11
**aisle (1)** 187:20
**alcohol (1)** 200:6
**allow (2)** 169:4
175:11
**allowance (1)**
202:12
**allowed (4)** 143:16
157:7 185:25
210:17
**aloise (41)** 15:21
17:20,25 25:15
26:19 27:3,9,22
28:11,17 109:18
113:2 114:12
115:6,9,13,17
116:2,9,18,20
117:3,10 121:14
122:18 123:20
125:21,24 128:22
128:24 129:18,22
133:7,11 134:11
134:25 135:4
139:18 194:9
226:23 227:11
**aloises (5)** 18:9,16
19:6 25:3,9
**america (1)** 153:9
**american (14)** 7:22
7:24 8:2,25 37:15
38:14 40:23 43:21
75:11 140:4
152:24 190:3
200:7,8
**amount (27)** 32:18
41:16,21,22 44:17
46:15 49:8,11,13

66:24,25 67:2,16
73:23 101:21
135:19 146:3,24
157:10 169:13
186:12 187:12,21
200:12 202:7
208:12 213:4
**amounts (1)** 5:15
**analyze (1)** 98:25
**andrea (3)** 195:5
197:2,2
**announced (1)**
98:16
**annual (2)** 190:25
198:9
**answer (22)** 19:5
30:19 71:17 78:14
78:23 87:11 89:8
93:16 99:19
101:10 102:5,7
105:10 111:23
113:25 114:15
117:15 155:20
167:2 171:25
176:23 194:23
**answered (12)**
16:17 74:9 79:3,7
106:24 108:5
119:6 125:16,23
134:21 153:13
224:11
**answering (2)**
133:12,14
**answers (1)** 224:12
**anybody (4)** 208:2
209:11,12 213:13
**anyway (1)** 11:15
**apart (1)** 191:14
**apartment (2)**
197:19,20
**apologize (3)** 37:5
127:9 143:24
**appear (2)** 38:9,12
**appearances (1)**
3:2

**appears (8)** 92:3
173:22 190:17
193:11 196:3
202:4 204:9
220:13
**appended (1)** 202:2
**appetizers (1)**
200:10
**apple (10)** 144:21
145:20,21,25
146:12 147:10,18
147:24,25 148:2
**apples (4)** 109:12
109:12 113:15,15
**application (5)**
172:16 203:22
204:6,17 227:21
**applied (1)** 11:21
**apply (2)** 156:17
157:7
**appointed (2)** 68:6
212:20
**appropriate (3)**
101:12 216:13,16
**approval (2)**
128:15 201:16
**approve (1)** 38:7
**approved (7)** 69:2
69:13,18 77:19
129:6 213:23
214:4
**approves (1)**
138:12
**approving (2)**
93:25 130:16
**approximately (4)**
66:22 70:4 137:9
193:21
**april (10)** 90:19,24
102:15 165:2,3
167:13,18 180:23
227:8,14
**area (7)** 15:2,8,16
75:19 101:2 191:5
198:7

email@tobyfeldman.com
tobyfeldman.com

Toby Feldman, Inc.
NATIONWIDE SERVICES

Certified WOB
(800) 246.4950

W.C. Smith                                                          8/11/2016

**Page 2**

**areas (3)** 98:9
110:4 214:21
**arena (1)** 97:10
**arrange (1)** 33:5
**arrangements (1)**
163:20
**arrive (1)** 26:16
**arrived (6)** 22:4
26:5 164:18,25
165:4 181:11
**arrives (2)** 26:8,13
**asked (65)** 11:22
26:20,23 27:9,16
32:8 39:15 60:19
66:23 69:7,20,21
76:11 77:16 79:9
79:13,14 92:9
93:19 98:5 99:20
103:2 110:14
114:5 117:2
118:16 119:17,19
120:11,19 122:4
125:18 132:21
133:13,13 134:7,9
137:11 166:7
177:15 178:3,4
182:11 183:11
184:4 192:16
193:10,18 196:24
197:23 202:16
205:4 207:16
208:11 210:4
211:5,16 212:8,8
212:11,16 214:7
215:12 221:23
224:11
**asking (11)** 29:15
46:20 66:18 91:5
111:15 122:10
128:14 185:22
201:16 219:20
220:24
**asks (2)** 69:17
204:20
**aspirin (1)** 40:2

**assembles (1)** 153:7
**assets (1)** 158:10
**assigned (3)** 96:13
96:17,18
**assist (1)** 213:14
**assistant (4)** 68:12
68:15,20 197:11
**assisted (1)** 170:14
**assists (1)** 153:17
**associated (2)** 9:3
80:17
**associates (3)** 98:5
99:3 118:22
**association (1)**
80:18
**assume (3)** 111:6
111:16 160:11
**assuming (12)**
22:25 40:21 56:9
58:18,18 135:17
166:5,25 191:21
219:22 221:5
222:21
**atm (1)** 67:19
**attach (1)** 204:16
**attached (8)** 10:8
130:24 131:8
167:19 182:18,20
182:25 218:16
**attachments (1)**
131:11
**attempted (1)**
194:17
**attend (15)** 68:23
81:24 86:21 166:4
177:15,16,18,22
177:25 178:2
191:7 194:10
196:19,20,22
**attended (4)** 82:6
84:17 211:7
212:14
**attending (4)** 198:8
211:17 212:7,7
**attends (4)** 68:18

68:21,24 166:2
**attention (1)**
195:12
**attorney (15)** 30:24
53:7 115:22,25
140:20 178:20
179:24 180:6
184:8 185:12,16
192:25 211:24
220:3 227:16
**attorneys (3)**
100:13 102:25
111:24
**audit (5)** 23:23
214:18,18,24
215:3
**audited (2)** 214:9
215:5
**auditing (4)** 23:18
201:18 213:14
214:11
**auditor (1)** 214:5
**august (12)** 1:12
2:7 21:6,9 30:2
31:10,12 36:7
43:10 173:10
224:9 225:19
**authority (1)**
118:24
**authorized (1)**
175:16
**avantair (1)** 12:15
**avenue (1)** 4:5
**avid (2)** 150:5,11
**award (3)** 156:14
156:15 157:14
**awarded (6)** 102:17
102:22 138:14
141:25 157:24
213:5
**aware (13)** 78:24
79:5 86:4 98:19
100:6,22 108:6
115:17 116:2,5
136:23 172:19

176:18

─────────────
**B**
─────────────
**b (1)** 226:18
**back (39)** 8:6 33:24
39:3 40:3,8 45:12
55:25 61:6 63:11
119:22 120:11,24
132:24 136:24
148:21,23 151:17
152:14 155:2
156:3 158:20
160:3,3 164:4,17
184:11 187:10,15
188:10 194:7
195:10 197:5,6,7
208:9 215:7 216:6
222:2,16
**bags (3)** 26:3
155:24,24
**baker (1)** 169:22
**balance (6)** 46:10
46:16 48:14,15
57:7 158:14
**ball (1)** 155:23
**balls (1)** 144:20
**ballys (3)** 164:10
167:20 168:2
**baltimore (2)** 20:3
24:9
**bank (25)** 9:2 35:18
36:21,22,23 37:8
37:9 38:8,10
44:19 45:2 50:8
63:19,19,20 64:2
64:10,17,20 67:8
140:5 188:2 202:5
208:5,6
**banking (1)** 209:22
**banks (1)** 64:15
**bar (4)** 40:12 171:7
171:11 189:21
**baseball (5)** 177:14
177:17 179:16
211:6,8

**based (7)** 60:6
108:20 110:23
112:23 156:14,19
168:20
**basis (1)** 82:24
**basketball (1)**
179:20
**bates (17)** 34:14
36:5 37:15 40:16
42:24 43:3 45:5
45:14 59:10
180:10,12 181:23
183:6 203:25
218:9 219:6 220:6
**battery (1)** 3:5
**beach (3)** 14:16,17
14:18
**bears (1)** 203:25
**beat (1)** 101:9
**bed (2)** 52:13
189:20
**beerman (1)** 83:20
**began (1)** 158:17
**beginning (1)**
156:23
**behalf (2)** 3:3,12
**believe (43)** 5:9,24
14:14 19:11 21:19
26:7 27:2,21
29:20,24 31:25
32:22 39:11 57:25
61:9,10 62:9,9
66:21 68:4,12
83:6 85:15 86:15
96:10,23 102:14
106:10 127:4
132:24 137:10
147:12,15 154:21
168:24 175:10
181:2 194:7,15,20
198:10 207:22
214:6
**bell (6)** 21:9 23:21
85:17 167:13,18
227:14

email@tobyfeldman.com
tobyfeldman.com
Toby Feldman, Inc.
NATIONWIDE SERVICES
Certified WOB
(800) 246.4950

**bella (1)** 41:10
**benefit (1)** 176:21
**benefits (20)** 80:3,4
  84:13 87:4,20,23
  88:15,18,22 89:5
  90:12 97:22
  102:11 105:9
  108:4,7 116:15
  123:25 128:6
  150:10
**berkeley (9)** 59:22
  59:25 60:24
  150:18 152:20
  153:3,15,20
  207:13
**berkeleys (1)** 152:5
**bernie (3)** 54:14,17
  165:10
**bertucio (103)** 14:6
  15:17 46:14,23
  47:21,24 48:6,8
  48:21 51:2 53:12
  53:21 54:12,22
  55:3,12,16,18
  56:3 57:3 59:3,7
  61:15 62:13 63:3
  63:9 80:17,21
  81:12,17,22 83:12
  86:7,21 88:17
  106:3,8,25 107:10
  107:14,24 109:15
  109:19 113:14,17
  113:19,23 114:3,9
  114:13,14,19
  115:3,10,18 116:3
  116:11,19,21
  117:4,5,11,14,17
  119:4,11,11
  121:22 122:5,8
  123:7,21 125:22
  128:25 130:13,19
  134:4,16,18,22
  135:5 139:4
  159:17 161:4
  163:12 165:22

182:5 183:18,23
  184:10 191:23
  197:25 198:13
  199:4,11 201:5
  202:20 216:7,9,18
  216:22 217:9
  227:10
**bertucios (5)** 14:10
  80:13 88:13
  117:23 175:18
**best (7)** 57:22
  94:12 119:14
  129:9 146:20,21
  172:19
**better (1)** 205:11
**beverage (1)** 168:7
**bid (79)** 87:4,19,23
  88:4,14,18 90:8
  97:22 98:5,18
  102:18,22 103:6
  103:13 106:25
  108:3,19 110:13
  111:16,21 112:20
  113:10,15 115:8
  116:19,21 118:5,9
  118:9,18 119:12
  119:16,24 121:23
  122:13 123:11
  124:4 125:11,15
  125:18,22,25,25
  126:6,10,11
  127:17,19 128:2,4
  128:14 129:12
  130:5,17,19
  131:14,19,25
  132:2,22 133:5,17
  133:24 134:5,23
  135:8,10,11,20,21
  135:23,23 136:2,3
  136:6,13 137:2
  210:11,18
**bidder (24)** 99:17
  99:18,25 100:2
  101:8 102:3,4,17
  102:19,21 103:4

103:16,20,22
  104:21 105:8,9
  108:8,15 111:15
  116:22 123:20
  125:9 126:17
**bidders (5)** 96:21
  100:7 101:7
  115:11 127:15
**bidding (22)** 78:17
  78:18,20,22,24
  79:5,8 84:12
  97:25 98:4,7,12
  98:21 99:16,24
  100:20 101:24,25
  105:14 117:25
  118:2 123:17
**bids (14)** 78:8
  79:10,15 87:7,7,9
  87:12 88:7,23
  89:4 98:24 101:3
  135:24 150:16
**big (3)** 126:20,22
  127:2
**bill (29)** 23:3,5,7,8
  23:9,15,17,19
  37:24 40:13 42:9
  42:14 44:15,15
  49:14,16 104:5
  156:7 176:7
  178:21 186:18
  194:22 195:3,4,23
  197:17 200:13,22
  201:11
**bills (1)** 104:2
**birth (1)** 197:14
**birthday (1)** 209:2
**black (1)** 209:15
**blood (1)** 225:15
**bluecross (2)** 73:3
  76:15
**blueshield (2)** 73:3
  76:15
**board (30)** 61:9
  137:16,19,21
  138:7,7 139:2,17

140:15,16,20,21
  140:23,24 141:10
  141:16,19 142:17
  142:21 150:12
  154:20 156:10
  161:10 166:4
  174:8,9,13,15,17
  208:2
**boatman (1)** 84:8
**bob (1)** 139:3
**book (4)** 65:3
  138:19 162:17
  217:17
**bookings (1)** 172:9
**books (1)** 171:24
**booths (1)** 151:16
**boots (1)** 40:5
**bose (2)** 146:16,17
**boss (2)** 39:15,18
**bottom (9)** 37:4
  42:3 43:18 45:15
  132:16 173:16
  180:10,24 219:17
**bought (20)** 36:24
  39:8,9,11,12,15
  40:9 48:20,25
  50:18 63:20,21
  145:25 146:20
  148:3 187:7,13
  202:19 207:19
  208:25
**bowl (7)** 19:14,21
  20:2,4,7 25:21
  194:11
**box (3)** 10:21 179:3
  179:4
**boxes (1)** 154:8
**brad (4)** 11:9,22
  85:15 111:7
**break (2)** 66:7
  94:14
**breakfast (4)** 5:10
  52:13 189:18,20
**brewery (3)** 190:18
  190:21,22

**brief (4)** 66:8
  132:19 188:7
  222:13
**briefly (1)** 213:3
**bring (1)** 94:2
**broadway (1)** 3:15
**broker (6)** 152:7,9
  152:10,11 153:20
  176:12
**brotherhood (2)**
  1:7 3:12
**brought (16)** 60:21
  61:9 81:14,20
  93:12,14,18,20
  94:4 120:11,24
  132:23 156:3
  218:25 222:2
  223:5
**brown (3)** 139:5,20
  139:21
**bruce (1)** 3:19
**brunch (3)** 19:25
  20:6,11
**buck (6)** 75:13 77:3
  77:9 84:11 95:12
  96:16
**buckley (3)** 54:15
  54:17 165:10
**bucks (2)** 146:3
  172:14
**budget (3)** 142:12
  149:2 151:8
**building (7)** 15:23
  100:25 149:25
  150:2 154:20
  208:2 209:11
**bulletin (2)** 154:19
  208:2
**business (11)** 5:3
  146:13 153:10,21
  170:9,13 176:15
  176:19,21 177:2
  201:24
**buttonup (1)**
  209:16

**buy (23)** 39:15 50:6 50:16 146:20,21 147:9,25 148:2 149:13,19 152:4 152:12,13,14 154:22,23 175:25 207:24 208:3,4,20 209:11,13
**buying (3)** 60:5 61:10 153:17
**buys (3)** 54:23 55:6 153:5

---

**C**

**c (27)** 1:10 2:10 3:13 4:2 17:20 22:12 32:15 33:7 57:2 90:19 95:4 129:17 167:12 186:16 190:7 224:2,7,16 225:2 225:2,10 226:7,24 227:8,11,13,18
**cab (1)** 162:9
**caddies (1)** 36:15
**cadet (2)** 203:18 205:3
**caldwell (7)** 194:22 195:3,4,25 196:8 196:13,17
**caldwells (1)** 195:23
**california (4)** 15:14 153:7 198:3 199:6
**call (35)** 11:25 16:5 16:10,16 24:9,14 24:21,24 25:14 26:9 27:22 28:2,3 38:6 80:2 107:19 109:15 119:8 122:13 144:14,15 144:25 151:16,24 155:24 156:15 193:19 195:13,24 196:5,7,10,18

197:5,6
**callaway (3)** 155:3 155:9 207:14
**called (17)** 16:8,13 16:18 26:19 27:24 27:25 54:7 70:17 70:19,21 109:19 119:22 124:11 140:13 194:21 197:7 204:20
**calling (2)** 16:15 44:18
**calls (5)** 23:25 25:7 25:18 193:12 196:17
**callus (2)** 3:23 4:12
**camera (1)** 161:9
**camp (2)** 209:15,15
**campaigns (1)** 123:2
**canada (2)** 139:14 157:13
**cancel (1)** 187:14
**canceled (1)** 6:15
**cancer (3)** 47:19 63:6 121:5
**cant (6)** 84:4 139:13 152:12,13 152:25 153:11
**cap (1)** 5:14
**capital (4)** 169:16 169:17,20,24
**car (1)** 161:4
**card (52)** 7:9,12,13 7:16,23,25 8:3,11 8:13,15,16,23 9:2 29:18,21 30:22 31:14 32:5,8,16 33:3,6,10 35:19 37:16,20,24 42:4 44:18 45:22 46:13 46:17,18,19,21 50:25 67:19,20 169:18 186:18 187:21,24,25

188:2,24 189:3,12 189:25 190:2 201:6,9 204:20
**cards (11)** 7:4,6,15 7:22 8:20,21 9:6 9:18 31:15 38:6 42:11
**carpentry (1)** 157:2
**carrier (1)** 5:22
**case (6)** 38:14 107:8 111:15 187:13 204:16,25
**cash (14)** 36:15,18 36:18 67:4,5,10 67:12,17,23,24 158:14 160:16,19 160:22
**cashed (4)** 36:10,19 36:21 37:8
**cashing (2)** 59:4,7
**cause (1)** 109:25
**cbmyunionrx (1)** 183:24
**celia (2)** 3:9 4:10
**cell (15)** 5:19 6:5,19 6:19 16:4,5,16,17 16:18 17:12 23:6 25:3,9 106:14 196:12
**central (4)** 85:2,8 97:12 157:13
**cents (1)** 154:21
**certain (4)** 76:6 88:11 101:20,22
**certify (3)** 224:7 225:9,14
**chair (7)** 69:8,9,16 69:17 137:17 174:11 175:3
**chairman (2)** 91:19 132:24
**chairs (1)** 137:15
**change (4)** 7:21 82:21 181:4,9
**changed (3)** 164:10

174:12 181:10
**changes (2)** 26:15 138:13
**changing (1)** 96:11
**chaplin (4)** 28:12 28:14 29:2 192:19
**charge (12)** 40:5,21 43:25 44:20 46:21 168:15 189:22,23 200:18,19 201:4,8
**charged (14)** 4:21 30:14 33:6 40:23 44:17 147:25 187:21 188:14,24 200:14,15 201:6,8 201:11
**charges (15)** 38:15 40:17,17 41:15,25 43:12,18 168:4 169:6 188:13,21 189:8,14,18 200:10
**charities (1)** 54:19
**charity (8)** 54:18 60:11,25 83:10 144:14 145:8 152:22 165:13
**charles (4)** 46:14 106:2,8 227:10
**charleston (5)** 53:15 57:8,9,15 58:10
**charlie (12)** 53:12 56:3,5 57:3 83:12 133:8,11 134:12 134:13 139:3 199:11 216:19
**chas (1)** 183:23
**chase (7)** 8:15,19 45:22 46:13,21 50:25 188:2
**check (110)** 6:10,14 18:4,19,20 19:4,8 19:10 25:10,10 36:6,9,10,19,20

36:25 37:2,4,8 38:2 46:2,7,12,15 46:20 47:6,14 48:22,23,24,25 50:18 53:5,11 56:2,10 57:2 58:14,20 59:4,7 59:11,11 63:13,13 63:24 64:4,12 65:3,14,21,22 67:17,24 164:4,23 170:2,3 175:9 197:2 202:2,14 203:3 204:16 206:14,22 207:11 207:11,12 208:5,5 208:9,13,14,16,19 208:23 209:4,6,18 216:20,23 217:2,4 217:5,10,24 218:5 218:7,11,16,20,23 219:5,6,7,14 220:8,12,18,22 221:14,19,25 222:3,18,19,20 223:7,9
**checkbook (5)** 64:21,23,25 66:14 222:7
**checkbooks (5)** 64:16 66:4 217:14 217:15,16
**checking (5)** 37:25 42:15 208:6 209:22 217:16
**checks (16)** 18:10 35:16,17 45:21 63:22 64:14,18 65:6,9 66:2 67:10 67:12 209:21,25 217:17,18
**cheiron (51)** 77:10 77:12,15,18 78:16 79:9 84:16 85:22 87:3,10 88:21

email@tobyfeldman.com
tobyfeldman.com

Toby Feldman, Inc.
NATIONWIDE SERVICES

Certified WOB
(800) 246.4950

89:3 90:2,7 91:6
91:12,24 92:13
93:10 96:20 97:7
97:18 98:4,4,23
99:3 100:8 103:9
105:3,5 108:16
109:4 112:8,11
118:16,22 120:8
120:18 125:13
127:4,5,6,10,14
130:25 131:8,12
131:13,25 132:4
134:7
**cheirons (2)** 108:18
  109:2
**chemist (1)** 40:5
**cheryl (3)** 137:8
  174:17 212:20
**children (1)** 54:20
**chosen (1)** 156:20
**chris (1)** 84:8
**christmas (1)** 39:19
**chuck (2)** 150:18
  207:13
**circling (1)** 215:6
**circumstances (3)**
  13:2 84:23 102:6
**city (3)** 15:11 49:6
  50:15
**civ (1)** 1:5
**clarify (5)** 36:3
  61:5 87:25 135:22
  192:13
**clh (1)** 203:12
**client (1)** 30:17
**clip (1)** 223:6
**clipped (1)** 223:9
**close (1)** 58:6
**club (2)** 198:13
  207:14
**clubhouse (1)**
  198:24
**clubs (1)** 154:19
**coalition (3)** 70:18
  70:20,22

**coast (2)** 139:8,11
**collected (3)** 87:6,7
  88:7
**collecting (2)**
  124:10 208:12
**collects (1)** 154:9
**college (1)** 157:22
**colloquially (1)**
  212:22
**columns (3)** 22:15
  22:17 23:11
**com (2)** 3:10,20
**come (15)** 18:17
  28:18,25 46:6
  62:21 65:4 87:12
  87:14,15 123:9
  125:10 140:8
  163:7 182:9 219:6
**comes (1)** 23:5
**comfortable (1)**
  181:13
**coming (2)** 198:21
  212:10
**comment (1)** 124:9
**comments (1)** 17:5
**commercial (1)**
  12:21
**committee (42)**
  81:15,18 82:23
  137:18 138:5,6,8
  138:12,16,18,20
  138:23,24 139:2,3
  139:4,5 140:22
  141:12 142:6,13
  142:15,16 148:15
  148:18 150:7,13
  156:20 163:18
  166:14,17,20,21
  166:22 167:3,6
  173:25 174:9,15
  174:19,23 175:13
**community (1)**
  195:8
**companies (3)**
  98:17 101:4

140:10
**company (34)** 7:21
  8:9 18:14 19:2
  72:15 73:5 77:7
  103:12 104:12,17
  108:22 111:17
  122:14 124:18
  127:21,25 133:25
  151:22 152:5,6,7
  152:16 153:2,6,12
  169:18 170:20
  175:18 176:2
  179:13,15 183:18
  184:10 186:13
**compared (1)**
  109:12
**comped (2)** 162:21
  163:8
**compensation (1)**
  172:11
**competitive (4)**
  78:7 97:21 99:23
  100:19
**competitor (1)**
  210:12
**compilation (1)**
  193:12
**complained (2)**
  96:2 103:23
**complaints (2)**
  103:15 133:3
**complete (3)**
  155:20 214:17
  224:10
**completed (1)**
  215:3
**compliance (1)**
  10:11
**complied (1)**
  136:11
**complying (1)**
  136:12
**computer (2)**
  146:10 154:9
**concern (3)** 93:8,11

212:5
**concerning (1)**
  125:24
**condino (1)** 83:18
**conduct (1)** 98:5
**conducted (1)**
  100:23
**conference (11)**
  13:3,10 28:24
  144:5 162:18,19
  164:9 170:17
  190:21,23,25
**conferring (1)**
  30:24
**confirm (2)** 151:18
  151:19
**confirmation (1)**
  162:25
**conflict (1)** 212:12
**conjunction (1)**
  141:9
**connection (6)**
  60:15 79:6 80:14
  80:15 91:10
  141:16
**consequences (1)**
  4:20
**consider (3)** 66:25
  96:11 110:13
**considered (2)** 97:2
  103:10
**consistent (2)**
  148:10,25
**consultant (4)**
  74:16 75:17
  170:10 172:2
**consultants (3)**
  75:13 84:11 95:12
**consulting (3)**
  75:18,19 172:20
**contact (23)** 15:21
  15:22 51:18 82:2
  82:4,8,9,12,15,18
  82:19 113:14,19
  115:7 116:19,20

117:4,5,13 121:22
  134:16,18 184:4
**contacted (10)**
  51:17 113:9,24,24
  119:23 122:2,4,7
  184:6 185:4
**contacting (2)**
  113:17 114:2
**contacts (1)** 25:6
**context (1)** 195:3
**continuation (1)**
  4:14
**continue (2)** 174:18
  215:5
**continued (3)** 95:9
  214:24 226:25
**continuing (1)**
  164:8
**continuously (2)**
  8:3,13
**contract (1)** 170:19
**contracts (4)**
  170:15,16,17,17
**contributing (1)**
  165:15
**contribution (5)**
  18:12,15,22 19:7
  144:19
**convention (1)**
  170:16
**conversation (25)**
  27:8,8,20 92:23
  94:6,8 96:24
  105:15 106:24
  107:23 114:24
  123:12,23 125:20
  129:6,7,11,14
  130:21 134:19,22
  134:25 196:16
  197:17 210:16
**conversations (7)**
  115:25 123:5
  124:3 125:21,24
  126:4 196:16
**conversion (1)** 30:5

convert (1) 36:16
converted (2) 7:18
  7:19
convertible (1)
  160:16
copied (4) 129:22
  184:14 220:18
  223:8
copy (19) 22:5
  52:18 59:11 68:10
  203:3 207:11,12
  208:13,18 209:6
  219:4 220:8,12,22
  220:25 221:24
  222:2 223:8
  226:14
corner (1) 219:14
correct (33) 5:18
  5:18 14:15 23:22
  29:24 51:7 62:14
  62:15 63:10 68:19
  82:21 86:11 111:4
  155:16 173:6
  183:3 193:16
  194:5,13,18
  196:21 198:3
  201:9,21,24
  204:23 205:11,16
  205:20 211:17
  215:17 224:10,13
corrected (3) 96:6
  96:8 140:7
cost (14) 61:4,4,5
  101:21 142:6
  145:23 147:11
  152:14 153:17
  154:24 155:8
  164:7 209:14,16
costs (3) 142:10
  147:24 209:14
couldnt (4) 150:23
  152:16 177:23
  182:12
council (8) 13:24
  20:14 144:5

145:12 159:9
198:8 205:10,25
counsel (9) 3:9 4:10
  110:8,14,24 111:7
  117:2,9 211:24
count (1) 151:25
counted (1) 152:3
counter (1) 72:16
country (2) 70:11
  71:6
county (2) 224:5
  225:5
couple (11) 13:5
  41:6 83:8 140:8
  159:18 180:13
  189:22 191:5
  199:7 216:3
  222:14
course (7) 14:11,22
  15:4,9,20 86:19
  138:10
courses (1) 52:8
court (1) 226:19
cover (2) 20:24
  183:14
coverage (6) 73:9
  74:13 79:16 89:11
  121:8 127:2
coverages (1) 74:20
covered (5) 71:10
  127:24 173:8
covers (1) 175:2
cozen (3) 3:14,20
  3:25
cpa (1) 213:22
credit (42) 7:4,6,8
  7:12,13,15 8:15
  9:6,18 29:18,20
  30:22 31:14,15
  32:5,8,16 33:2,6,9
  35:19 37:19,24
  38:6 42:4,10
  45:22 46:17,18,19
  46:21 50:25
  169:17 186:17

187:21,24,25
188:2,24 189:11
189:24 201:6
crime (1) 4:21
criteria (3) 103:7,8
  127:18
crown (4) 194:3
  196:22 215:8,20
crystal (1) 143:15
current (5) 5:19
  88:22 89:5 105:8
  108:7
currently (2) 8:22
  183:10
cut (2) 148:21,23

─────────
       D
─────────
d (4) 71:13,14
  224:2 226:2
dale (1) 149:23
dan (1) 169:22
date (31) 7:19 10:2
  17:22 20:20 21:22
  22:6 34:11 35:5
  42:20 46:2 50:20
  52:2 56:11 59:14
  88:11 90:14,21
  106:5,17 112:24
  129:19 161:16
  167:15 172:25
  180:3,24 190:9
  199:18 203:10,24
  207:3
dated (22) 36:6
  50:19 56:10 57:4
  58:20 63:17,25
  64:7 65:14,18,21
  90:19,24 130:2
  167:13,18 183:24
  190:7,12 227:8,14
  227:19
daughter (1)
  170:12
daughters (2)
  138:3 170:23

dave (1) 63:6
davidson (1) 139:3
day (18) 2:11 19:25
  25:7 41:2,7
  107:24 114:24
  130:14 151:10,15
  151:17 164:19,20
  168:7 184:23
  191:15 224:19
  225:19
days (6) 30:10 41:6
  140:12 151:9
  152:2 184:18
daytoday (1)
  142:22
dc (10) 4:6 26:2
  49:5 50:15 57:23
  64:22 73:12 156:2
  171:11 179:17
deadline (3) 88:3,6
  88:9
deal (2) 92:3
  169:19
dealers (1) 168:6
debit (1) 67:20
decide (2) 102:11
  141:19
decided (1) 117:6
decides (7) 142:5
  142:13,15,16
  148:15 156:8,11
decision (6) 77:6
  90:11 113:8,8
  130:8 132:25
declined (2) 198:19
  198:23
dedicated (1)
  156:24
deducted (2) 33:9
  42:14
deduction (2) 38:7
  38:13
deficiencies (3)
  95:11,17,21
definitely (2) 47:22

214:11
definition (1)
  109:13
delete (4) 10:25
  12:2,6,7
deleted (4) 10:22
  11:13,14,23
deletions (1) 11:25
delivered (1) 154:3
delta (5) 7:25 8:3
  26:15 180:19
  181:10
dennis (3) 19:12
  193:20,25
dep (4) 33:23 35:11
  40:12 186:17
department (11)
  10:24 11:8 23:18
  74:3,4 76:8
  173:10,21 201:18
  201:18 214:8
depending (2) 65:2
  205:16
depends (1) 26:17
deposit (28) 29:17
  29:18,22 30:6,14
  30:20 31:4,8,16
  31:23 32:4,17
  33:11,13,15,17,21
  48:17,18 49:18
  53:13 66:10,17,18
  66:21 151:21,22
  186:18
deposition (12) 5:2
  16:24 17:4,6,9
  194:5,8,24 198:12
  199:20 202:18
  203:21
describe (8) 23:15
  29:12 38:24 72:11
  97:25 137:13
  168:17 179:4
described (11) 8:21
  13:24 53:20 54:13
  55:21 92:24 126:9

126:13,16,18
222:18
**describing (1)**
127:11
**description (2)**
133:25 226:21
**designed (2)** 137:25
145:6
**desk (1)** 222:9
**determination (1)**
24:7
**determine (2)** 24:5
159:10
**determined (1)**
142:23
**determines (1)**
142:6
**diageo (2)** 215:21
215:22
**diagnosed (2)**
47:19 63:6
**dialed (1)** 42:13
**diary (1)** 164:5
**dick (2)** 23:21
85:17
**didnt (42)** 7:21
18:11 27:13 41:7
45:8 48:22,23,24
48:25 51:13,14
62:21 66:14 67:7
76:16 93:11 103:5
103:7 117:7 132:8
133:17 134:15,18
136:13 146:6
160:8 166:16
178:17 183:10
184:6 185:2,13,19
185:25 201:2
211:2,4 216:10,13
216:15 217:5,11
**diem (1)** 5:5
**difference (2)**
133:9,10
**different (16)** 22:15
64:15 66:3 70:14

71:3 101:3 155:10
155:14 181:11,12
184:18 191:5
219:7,8,21 220:11
**differently (1)** 45:7
**difficult (1)** 147:14
**difficulty (1)** 90:6
**dinner (17)** 5:8,13
40:14 41:9 121:18
121:20 143:12,14
143:18,23 163:18
166:19 167:4,6
189:17 198:22
199:3
**dinners (5)** 82:23
82:23 83:2 173:24
174:5
**direct (3)** 94:9
152:13 195:11
**directed (1)** 195:16
**direction (1)**
183:13
**directly (8)** 74:8,10
74:14 87:9 145:25
153:2,12 155:17
**director (3)** 122:24
150:10 162:11
**disclose (3)** 172:11
172:12,15
**discount (9)** 61:7
146:2,21 149:13
152:20,21,22
153:16,18
**discounts (1)**
149:20
**discuss (8)** 10:16
93:3,6 119:7
128:16,20,22
193:25
**discussed (10)**
103:18 110:16
111:20,22 115:2
116:24 131:16
132:2 165:12
194:4

**discussing (1)**
128:18
**discussion (24)**
11:24 19:23 36:14
89:12,17 91:23
92:8,17 93:13
105:20 108:2
110:21,23 112:19
113:5 115:3 116:6
121:9 125:6
126:16,19 128:23
133:22 210:15
**discussions (9)**
102:23 103:3
109:23,24 110:3
121:3,4 126:9
210:7
**distillery (1)**
215:24
**distribution (1)**
168:15
**ditchek (6)** 140:19
178:20 211:21,23
212:2,8
**division (2)** 74:2,4
**divisions (2)** 25:16
122:24
**divulge (1)** 115:24
**doctor (1)** 41:5
**doctrine (2)** 159:3
213:22
**document (15)**
20:18 21:14 42:18
56:11 109:8,10
199:16 201:14
202:23 221:8,11
226:12 227:2,6,20
**documentation (5)**
44:24 49:12 51:9
51:20 61:13
**documents (14)**
20:18 21:4 35:3
35:10 179:25
180:7 199:15
206:25 207:6,8

227:2,5,17,22
**doesnt (6)** 30:18
44:11 150:20
152:6,8,21
**doeuvres (1)** 200:6
**doing (8)** 46:22
97:15,18 123:22
162:6 176:18
184:18 214:16
**dol (1)** 10:11
**dollar (1)** 41:22
**dollars (4)** 36:11
156:24 157:18
158:2
**donation (1)**
169:24
**dont (307)** 6:16,22
8:5,17,19 9:2,8
10:9,14 13:5 15:6
15:10,15 16:3,12
16:14 17:2,12,15
17:16 18:8,18,19
19:9 20:12,15
21:6,7,10,11 22:6
22:23,24 24:15,15
24:19,25 25:5,6
25:15 27:5,24
28:5,14,19 29:2,7
30:8,9,23 31:9
32:12 39:16,25
40:19 41:23 44:6
44:11,12 45:10,11
46:8,24 47:13,16
47:17,21 48:7,12
48:20 49:5,8,10
49:16 50:2,7,14
50:19 51:2,4,20
52:2,11 54:10
55:17,23 56:4,16
56:18 58:15,19
65:7,10,11 66:4,6
66:16,16,20,24,24
68:16 70:16,23
71:3,5,7,17 72:8
73:16,17,21,23

74:6,9,23 75:6,9
77:11,22 78:9,14
78:23 79:3,4,7
80:15,19 81:9,22
82:4 83:9,13,14
83:22,24 84:6,10
84:15,20 85:5,6
85:18 87:11,17
88:5,16 89:8 90:3
90:14 91:7,14,15
94:13 95:18,25
96:7,15,22 97:5,9
97:16 99:2,5,7,19
100:4,17 101:10
102:5,6,6,7,8,8
103:8 104:16,18
104:22 105:4,15
106:19 107:11,25
108:23 109:4,5,10
109:11 110:10
112:7,7,8,9,13,14
112:14,16 113:4
113:25 114:12,15
114:20 117:15,19
118:2,19 120:3,9
120:12,13,23,25
121:20 123:12,17
123:22 124:15,21
125:7 126:7 127:8
127:22,24 128:3
128:18,23 129:13
130:15,22,22,23
131:22 132:10,14
132:15 133:21,22
133:24 134:2,3,9
135:3 136:21
139:9,10 141:17
143:9 145:24
146:2 148:4 153:3
153:4 154:8 157:5
157:17 159:8,11
160:8,13 162:13
163:5,9,9,10,13
163:17,21 164:16
170:21,24,25

171:17,22,25
172:6,16 175:4,8
175:19 176:23
177:24 179:2,8
181:16 183:8,19
183:19 184:12
185:8,22 189:23
191:13,24 192:8
195:14 199:10
210:21,23,24
215:25 216:15
217:19 218:6,21
220:22 223:13
**doors (1)** 221:21
**doug (1)** 62:8
**dozen (1)** 59:19
**drafted (1)** 74:21
**drawn (3)** 64:2,9
161:9
**drink (3)** 39:4
171:4,12
**drive (3)** 57:23,24
58:7
**dropped (3)** 6:7 8:5
8:5
**drove (1)** 26:4
**drug (7)** 71:12
72:20 74:13 79:10
79:15 84:13
104:17
**drugs (7)** 70:12
71:16 72:4 86:25
104:3 121:6,6
**drugstore (4)** 39:7
39:23 40:4,6
**due (4)** 46:10 57:7
62:21 103:17
**duly (2)** 4:2 225:11
**duplicate (2)**
207:12 217:24
**duties (1)** 99:3

———————
E
———————
**e (7)** 95:2,2 224:2,2
225:2 226:2,18

**earlier (22)** 13:23
50:14 95:10 99:20
100:3 107:3
122:23 127:14
130:14 131:16
154:5 165:12
181:20 192:17
194:8,24 195:16
198:11 202:18
207:16,21 210:22
**early (2)** 212:25
214:7
**east (2)** 139:11
157:13
**eddie (4)** 46:9
61:23 62:8,19
**eight (2)** 26:8 39:4
**eighties (3)** 13:4,13
13:16
**either (25)** 6:13
43:20 47:20,23,24
49:19 50:25 74:14
109:5 113:21
127:21 137:11
140:4 168:22,24
169:14 172:14
184:20 190:23
192:23 205:8,15
206:6 212:24
215:8
**election (1)** 143:17
**electronic (1)** 101:2
**email (56)** 3:10,20
10:21 12:5 17:19
17:25 27:4,5,18
28:16 34:9 49:17
90:18,23 91:18
92:25 93:2 94:4,8
94:10 112:24
122:10 128:9,10
128:12,16,19
129:17,21 130:25
131:6,7,10 132:6
167:12,17 179:24
180:6 181:22

182:19,21,25
183:15,17,22,24
190:6,12 192:4
226:23 227:3,7,11
227:13,16,18
**emailed (1)** 183:8
**emails (14)** 10:21
10:25 11:5,8,10
11:12,13,14,21,23
17:11 182:4 184:2
184:9
**emily (1)** 3:24
**employed (5)** 10:19
81:8 83:6,7
213:13
**employee (5)** 87:13
120:19 143:4
144:3 215:23
**employees (8)** 70:8
73:10,12,15 80:25
86:5 98:7 201:16
**employer (2)** 143:7
215:15
**engineer (1)** 149:25
**enter (2)** 138:14
142:10
**entered (1)** 100:7
**entire (4)** 33:23
46:15 120:14
200:13
**entities (1)** 73:25
**entity (1)** 176:20
**entry (2)** 143:25
144:2
**equipment (2)**
100:25 101:2
**erase (1)** 12:3
**esi (17)** 104:13,14
122:14 124:12,13
124:14,24 125:9
125:14,18 126:17
127:11,13,16
132:22 136:3
210:12
**esis (3)** 122:13

126:22 134:5
**esq (2)** 3:9,19
**esr (1)** 124:11
**essay (2)** 156:16,19
**essays (1)** 157:18
**evaluate (1)** 79:9
**evaluated (1)** 101:4
**evaluation (2)** 87:8
108:21
**evening (4)** 193:21
194:12 195:25
198:22
**event (12)** 54:3,15
54:17,18 55:14
60:11 84:7 107:4
107:5,15 168:13
205:7
**events (4)** 86:2
172:17,18 177:13
**everybody (2)**
46:20 117:4
**exact (3)** 5:12 6:15
52:2
**exactly (2)** 66:20
99:8
**examination (15)**
1:10 2:10 4:8,15
19:12 95:9 110:22
111:19 192:14
216:5 224:9,12
225:10,12 226:4
**examine (1)** 175:9
**examined (2)** 4:6
95:7
**example (3)** 72:14
78:2 143:8
**excellent (1)** 133:2
**excerpt (1)** 186:23
**exchange (7)** 40:20
40:24 41:18 44:4
44:7 121:4 183:17
**excluding (1)**
131:15
**excuse (3)** 37:4
85:14 145:5

**executive (35)**
102:24 109:14
110:24 112:11
113:3 120:6,20,22
121:10,12 124:16
137:16,19,21
138:7,25 140:14
140:16,19,21,23
140:24 141:10,16
141:19 142:17,20
150:12 156:10
174:14,17 175:12
175:13 210:7,8
**exhibit (73)** 4:25
9:23,25 10:4
17:18,21,24 20:17
20:19,22 23:12
34:8,10,13 35:2,4
35:7 36:5 42:17
42:19,22,25 45:4
45:13 51:10 55:25
56:23 59:10 63:12
65:13 90:17,20,23
105:25 106:3,7,9
107:18 129:16,18
129:21 131:3
132:5,17,18
161:13,15,18
167:11,14,17
172:22,24 173:3
179:23 180:2,5
181:22 186:21,23
188:11 190:5,8,11
193:11 195:10
201:13 202:24
207:5 217:22
218:8 222:17
226:21
**exhibits (2)** 186:16
226:25
**existing (2)** 103:13
110:12
**expense (13)** 143:6
143:7 161:14,18
161:21 162:8

163:5,18 166:18
166:23 201:15,19
227:12
**expenses (4)** 5:4,14
142:22 201:17
**experience (3)**
89:11 110:6
127:20
**experienced (1)**
110:4
**expert (5)** 72:25
74:20 75:3 100:4
170:8
**express (11)** 7:23
7:24 8:3 37:16
38:14 40:23 43:21
190:3 200:8,8
212:5
**extension (1)**
164:23
**extensive (1)**
214:18
**external (1)** 88:9
**extra (3)** 207:19
209:12,13
**extremely (1)**
170:15

**F**

**f (2)** 95:2 225:2
**face (2)** 84:4,10
**facility (1)** 169:3
**fact (6)** 136:5
192:22 196:4
201:12 203:2
212:2
**factories (1)** 153:8
**failed (1)** 76:6
**fair (3)** 101:24,25
102:2
**fairways (6)** 33:21
43:19 44:22 51:4
51:5,17
**fall (1)** 197:25
**falsely (1)** 4:21

**familiar (9)** 12:10
83:21,25 84:3,5,9
100:24 104:12
176:2
**family (2)** 194:21
206:6
**far (3)** 150:6 171:9
203:11
**fax (1)** 3:8,18
**february (4)** 68:4
190:24 193:15
215:9
**federal (1)** 87:18
**fee (7)** 40:20,24
44:10 143:25
144:2 171:23
172:2
**feel (1)** 172:2
**fees (3)** 41:25
198:17 202:21
**fell (1)** 191:14
**female (1)** 159:11
**fifth (2)** 39:14
208:17
**file (2)** 74:5 75:10
**filed (5)** 173:5,6,13
173:20 175:7
**files (3)** 35:21 75:8
221:8
**fill (4)** 169:2,8
204:14,15
**final (14)** 29:18,19
30:11,15,21 31:14
31:17,24 32:23
33:8 142:18
163:24 186:18
214:20
**finalize (1)** 164:22
**finalized (1)** 119:25
**finalizing (1)**
162:16
**finances (1)** 213:14
**financial (1)** 78:20
**find (9)** 9:16 50:22
61:16,17 138:16

178:7 186:5
194:17 197:5
**findings (1)** 109:6
**fine (1)** 197:21
**finished (2)** 88:4
192:10
**firm (2)** 96:12
220:4
**first (31)** 4:2 6:21
10:7 30:19 34:16
39:2,17 40:19
41:2,6,7 42:23
43:23 52:12 81:14
85:7,12 90:13,15
102:14 107:6
108:6 159:13
168:11,11 190:24
194:21 196:18
199:23 207:10
217:24
**fit (1)** 72:18
**five (14)** 13:20
52:14 69:24,25
79:20,21 100:13
102:24 111:3
157:12,19 158:18
190:22 191:4
**fiveminute (1)** 66:7
**flew (2)** 13:4,9
**flight (2)** 26:7,13
**flights (1)** 181:10
**floor (1)** 3:15
**florida (2)** 149:3
150:3
**flown (4)** 12:14,23
13:7,21
**fly (2)** 12:17,18
**flying (3)** 12:20
13:12,14
**follow (2)** 131:20
135:14
**followed (1)** 136:5
**following (9)** 24:20
24:21 163:20,21
163:22 164:19

196:5,11 219:5
**follows (2)** 4:7 95:8
**food (3)** 168:6
200:6,10
**football (2)** 20:4
179:20
**ford (1)** 85:17
**foreign (2)** 41:24
44:9
**forgot (3)** 8:25
195:8 220:4
**form (13)** 115:22
154:11 162:8
169:9 172:23
173:4,20 174:22
175:6 201:15
204:15,15 227:15
**formal (1)** 102:13
**formally (1)** 69:12
**format (1)** 92:19
**formerly (1)**
140:19
**fort (1)** 191:4
**forth (1)** 225:11
**forwarded (1)**
184:8
**found (1)** 194:11
**four (11)** 26:20,24
27:17 52:14
111:24 138:9
141:12,14 158:18
194:13 207:6
**fours (1)** 219:22
**foursome (2)** 54:4
55:17
**fourth (2)** 39:12
107:18
**friday (4)** 58:3,4
165:16,17
**friend (4)** 14:9 62:7
194:21 195:4
**friends (1)** 199:11
**front (4)** 23:12 28:2
161:9 173:15
**full (2)** 166:20

167:3
**fund (47)** 54:5
67:11 70:5,6
80:16,17,18,20
81:10 83:13 97:14
104:9 124:14,22
125:3,4 136:24
137:5 141:23
142:3,19,25 143:3
144:10 145:9
146:18,25 147:9
148:7 155:4,6
158:11 169:25
176:21,25 177:4,6
177:8,10 204:8
212:18,22 213:7,8
213:16 215:2
218:15
**funding (1)** 85:2
**furnished (2)**
189:19,21
**further (7)** 95:7
111:19 181:21
192:14 216:2,5
225:14

**G**

**g (1)** 224:2
**game (10)** 177:15
177:17 178:19
179:16 211:6,8
212:3,7,9,14
**games (2)** 179:18
179:19
**gaming (2)** 168:18
169:4
**gardner (5)** 162:9
162:14 163:10
164:3 165:19
**gathered (1)** 29:9
**geb (3)** 57:13,18
58:7
**gene (1)** 84:21
**general (23)** 6:9,22
6:25 13:13,14

68:7 85:13,13
100:15 109:23
110:3,8,14,24
111:7 114:24
115:3 117:2
137:21 141:10
143:2 211:13
213:25
**generally (1)** 68:24
**gentleman (1)** 14:7
**getting (4)** 90:7
96:3 122:10 184:3
**gift (11)** 39:19 40:9
85:23 144:7,9,24
144:25 145:13,17
145:18 146:14
**gifts (11)** 86:5
143:10,20,21,24
144:12 147:20
148:16,19,22
149:13
**give (11)** 19:4
32:15 86:12 112:3
134:4 152:21
157:16 208:21
217:7 219:12
221:19
**given (26)** 48:5
85:22,25 86:7
99:17,25 115:10
115:14,18 116:10
118:24 133:4
144:12,13,16,16
144:21 146:4
157:9,10 161:2
205:7 206:18
210:10 224:13
225:13
**gives (1)** 152:22
**giving (3)** 48:7 86:4
90:2
**glove (4)** 203:14
204:22 205:2,3
**gloves (8)** 59:19
61:14 142:11

202:19 203:4,7,10
203:17
**go (44)** 17:13 33:24
36:22 38:23 45:12
49:23 63:5,11
64:6 77:4,6
110:19 112:2
132:21 133:17,18
134:7,10 146:7
149:4,9,20 150:4
150:8,18,20
151:17 152:16,25
153:11 158:20
164:4,17 166:7
178:3,5,8,19
188:12 197:9
202:14 207:8
211:16 212:9
**goes (7)** 23:17
149:22 172:15
180:13,15 181:25
204:17
**going (47)** 4:24
13:24 19:16,18
20:7 25:20 33:8
39:21 49:22 55:25
57:21,23,24 58:2
58:4,9 68:9 81:6
90:11 98:24
103:21 115:24
123:21 138:11,21
146:22 147:6
148:16 149:19
152:18 153:14
155:2 156:23
160:3,3 183:25
184:24,24 188:10
194:7,10 195:10
199:22 216:6
219:12 222:10,16
**gold (2)** 7:22 37:16
**golf (81)** 14:6,22
29:8 36:12 39:13
39:19 41:3 46:10
52:8 53:13,15,21

54:5 55:21 57:3,8
57:9,18,20 58:12
59:19,25 60:5,11
60:25 61:14 83:10
83:10,15 86:12,12
86:17,19 130:23
138:15 140:12
142:11,11 143:21
143:23 144:13,14
144:20 145:2,5,7
145:7 152:9
153:20,24 155:13
155:23 163:12
165:13 168:12,19
168:23 183:18
184:10 186:13
190:17,18 191:7
191:12 197:24
198:13 199:12
202:19 203:4,7,9
203:16 204:8,12
205:10,18,24
206:7 216:6,11,16
**golfed (1)** 85:20
**golfer (3)** 150:5,11
203:14
**golfers (1)** 205:13
**golfrelated (2)**
60:15 145:2
**good (2)** 4:9 96:16
**gotten (2)** 26:21,22
**gout (1)** 41:4
**government (1)**
87:19
**grand (6)** 80:16,17
80:18,20 81:10
83:13
**granddaughter (1)**
40:9
**great (1)** 96:24
**green (3)** 198:17
202:20 209:14
**greg (3)** 21:7,8
62:10
**group (11)** 41:14

82:24 86:12
103:25 104:10
110:5,7,12 112:21
156:13 189:17
**groups (6)** 98:17
103:4,10 139:24
139:25 140:8
**guess (4)** 12:3
159:10 191:21
217:20
**guidelines (3)**
78:11 101:19,20
**gurskis (1)** 3:24
**guys (1)** 39:4

————————

**H**

**h (3)** 4:2 95:4
226:18
**hairdressing (1)**
157:2
**half (1)** 151:10
**hall (24)** 69:11
85:14,14 91:5,12
91:24 93:6 97:3
97:14 114:13
118:24 124:4,7,9
124:20 128:20
139:2 177:14,15
177:22 178:2,2,4
211:13
**halls (2)** 91:19
124:14
**hamilton (4)** 104:5
114:16 124:16
129:12
**hand (3)** 146:7
221:16 225:18
**handed (5)** 58:16
58:17 221:22
222:3,22
**handle (2)** 45:8
100:5
**handling (3)** 61:8
98:24 170:12
**handwriting (6)**

22:10 47:5,7,12
48:10 220:12
**handwritings (1)**
219:21
**happen (5)** 53:17
54:21 57:10 79:12
79:17
**happened (5)** 76:16
102:16 128:6
191:10 213:19
**happens (2)** 16:19
69:6
**happy (3)** 113:13
133:8 185:17
**hard (1)** 147:12
**harleydavidson (1)**
160:4
**hasnt (2)** 85:6
139:15
**hat (3)** 86:12,16,17
**havent (1)** 70:19
**head (4)** 25:15
137:5,6 158:24
**headings (1)** 22:14
**headquarters (2)**
28:13 29:6
**headset (1)** 147:8
**headsets (3)** 146:16
146:19 147:3
**health (1)** 74:20
**healthcare (3)**
71:11 75:19,25
**hear (2)** 117:7
217:11
**heard (14)** 11:17
14:21 16:22 70:19
70:21 75:11,13
87:2 125:12,17
136:7,16,21 137:3
**hearing (3)** 90:3
117:19 136:22
**heart (1)** 121:6
**hed (1)** 192:12
**held (7)** 2:10
102:11 141:8,9

168:13,19 191:2
**helps (1)** 138:16
**hereinbefore (1)**
225:11
**heres (1)** 159:12
**hereunto (1)**
225:18
**hes (33)** 15:23
16:21 20:2,13
52:22,24 59:25
60:6 69:10 74:20
93:7 122:23,24,25
123:3 127:23
139:8,9 140:7,20
140:21 150:13,20
152:6,9,9 166:3
167:9 172:18
176:10,11 184:14
197:19
**high (2)** 157:6
159:5
**highlighted (2)**
106:10 107:19
**hired (1)** 74:24
**hisler (4)** 1:24 2:12
225:7,21
**history (1)** 103:16
**hit (1)** 12:7
**hockey (1)** 179:21
**hoffa (21)** 39:24
41:9 55:10 62:4
62:20 85:13
105:18,21 107:14
123:14,16,24
128:17 137:5
169:25 189:16
191:20 204:8
211:25 213:25
218:15
**hold (3)** 11:4,12,18
**home (8)** 16:13,15
16:17,19,20,22
37:7,10
**homes (1)** 155:18
**hope (3)** 101:25

140:3,5
**hors (1)** 200:6
**hospital (1)** 41:4
**hoste (2)** 62:8,21
**hotel (20)** 14:19
19:19 20:6 39:3
52:8,9,12 162:19
162:20,23 164:7
164:10 165:18
166:10,15 168:13
168:14 169:4,6
170:9
**hotels (3)** 171:24
172:9 186:14
**hours (2)** 76:19
132:12
**house (5)** 58:12
64:25 146:13
154:6,7
**hundred (4)** 156:24
157:18,20 161:9
**hundreds (2)** 25:7
28:23
**hundredthousan...**
158:2
**hyatt (1)** 14:19

**I**

**ibt (81)** 5:3 7:8,11
7:13 9:4,7,11
10:17,20,20 12:13
13:15,17 21:18
22:4,22 23:4,5,18
23:22 28:12,18
29:5 54:23 70:8,8
70:13 71:9,10
73:10,11,22,24
74:2,3,10,14,17
75:16 77:21 86:4
87:13 98:6 100:19
101:15 110:8
111:8 116:7 117:2
120:19 123:4
140:20 143:2,4,5
150:2,10 155:5

165:13 171:19,24
172:8 176:18
178:20 193:13
200:20 201:6,9,11
201:15,17 205:10
210:2 211:24
213:21 214:5
218:4 220:19
221:9 222:7,8
**ibts (3)** 101:13,18
169:15
**id (9)** 6:10 19:9
52:5 113:13 133:7
164:4,17 170:2
185:17
**idea (5)** 112:2,5,16
151:14 163:9
**identification (18)**
10:2 17:21 20:20
34:11 35:5 42:20
90:21 106:4
129:19 161:15
167:15 172:24
180:2 190:9
199:14,17 203:24
207:2
**identify (1)** 207:9
**ido (1)** 11:10
**ihg (8)** 8:9 42:7
43:12,20,24
186:24 187:25
189:3
**iio (4)** 34:14 202:24
204:2 207:7
**ill (3)** 117:3 134:12
197:6
**illness (1)** 170:11
**im (43)** 4:10 5:6 6:6
9:16 12:12 16:22
40:20 46:5,18
51:16 55:3 56:9
58:18 71:22 72:25
73:11 77:14 93:25
100:3,9,14,24
103:21 104:14

135:17 138:21
140:3,5 146:22
149:12 166:4,25
172:19 174:4
176:18 177:4
188:17 191:21
192:6 199:22
204:7 207:4
222:21
**immediately (1)**
196:5
**implement (3)**
135:7,9 136:14
**implementation (1)**
75:4
**implemented (1)**
135:19
**implementing (2)**
136:19,25
**improved (1)**
156:22
**improvements (1)**
138:13
**included (3)** 52:15
202:23 205:19
**includes (1)** 168:6
**including (1)** 47:9
**inconvenience (1)**
109:25
**increase (7)** 91:5,12
91:24 92:13 158:4
213:4,6
**increased (1)** 158:3
**increasing (1)**
157:25
**incumbent (1)**
210:10
**independent (5)**
1:2 3:4 4:11
21:15,18
**indicate (3)** 49:13
203:6 219:23
**indicated (10)**
26:19 28:11 32:22
33:16 48:13 63:18

66:9 95:11 173:23
217:13
**indicating (1)**
49:17
**indication (2)**
163:3 181:3
**individual (3)** 5:16
19:2 111:10
**individuals (4)**
32:10 83:5 192:18
192:23
**influence (1)** 211:3
**information (25)**
35:22 76:19,24
88:21 89:4,20,22
90:2,7 96:4 99:17
99:21,25 102:3
111:14 112:3
115:10,15,18
116:3,11 117:10
158:9,13 185:23
**informed (7)** 27:14
32:7 46:14 104:20
105:7 108:14
109:6
**inherited (1)**
214:15
**inhouse (1)** 214:4
**initial (1)** 30:2
**initially (1)** 211:12
**inspect (1)** 214:24
**insurance (1)**
187:13
**integrity (1)** 137:24
**interest (1)** 89:25
**interested (2)**
211:17 225:16
**interject (1)** 182:13
**international (11)**
1:7 3:12 25:16
55:6 71:20 73:12
73:15 100:21
139:22 205:25
222:8
**introduce (2)**

210:15,16
**introduced (4)**
81:11,23 83:11
172:5
**inventoried (1)**
155:25
**inventory (9)**
151:24 153:22
154:3 155:25
206:2,7 208:24
209:10 222:24
**investigation (1)**
4:13
**investigations (5)**
1:2 3:4 4:11
21:15,19
**investigator (1)**
3:23
**investment (1)**
176:11
**investments (1)**
137:20
**invite (1)** 197:13
**invited (4)** 28:11
62:23 63:7 177:14
**inviting (1)** 171:10
**invoice (9)** 33:20
147:16 148:13
167:19,24,25
203:3 223:5,8
**involved (7)** 95:20
98:9,11 99:21
117:18 134:13
150:15
**involvement (3)**
98:6,20 128:7
**ipad (3)** 145:15
147:22 148:3
**irb (2)** 16:25 214:4
**irbcio (1)** 3:10
**ireland (25)** 45:25
46:10 51:6,10,21
51:23 52:10,19
53:4 62:16,25
63:4 66:11 86:15

185:7,13,14,20,23
186:6 187:4,9
188:21 189:9
226:14
**irons (14)** 144:16
154:6,8,15,24,25
155:3,13 205:15
207:14,16,17,19
218:2
**issue (6)** 85:2 86:24
103:19,22 136:11
164:24
**issues (1)** 80:10
**italia (1)** 41:10
**item (1)** 203:12
**itemized (1)** 200:4
**itemizes (1)** 201:23
**items (7)** 142:3
156:6 205:6,22
206:2,5,15
**itinerary (25)**
51:22 52:7,19,23
52:24 53:3,6
180:20 182:3,15
182:18,20,22
183:5,7 184:22,25
185:6,10,13,15,20
185:21 186:5
226:14
**ive (6)** 73:16 79:3,7
87:2 125:23
197:13

------

**J**

**j (1)** 3:19
**jackson (5)** 26:3,6
37:12 60:11 64:24
**james (15)** 28:24
54:2 106:21 107:2
174:7,9 204:8
206:14 208:9,10
208:22,23 209:18
218:15 221:20
**january (16)** 7:2
23:25 25:18 26:10

68:4 156:23 190:7
190:13,24 191:8
193:13,14,22
194:12 196:2
227:19
**jbmaffeo (1)** 3:20
**jim (1)** 191:19
**job (3)** 1:25 99:3
134:17
**john (3)** 114:17
129:5 170:5
**johnson (3)** 137:8
174:17 212:20
**joint (8)** 13:24
20:14 144:5
145:12 159:9
198:8 205:10,25
**jonathan (1)** 209:7
**jones (1)** 2:11
**jrh (48)** 18:12,22
18:25 19:7 54:3,3
60:16,20 81:15,18
82:22 83:16 84:6
137:22,24 139:24
149:12,14 150:13
154:22 162:4,6,17
162:19 163:14,17
163:23 164:8,24
166:2,7,9,12,13
166:16 170:18
172:10,15 205:7
212:17,22 213:6,7
213:15 214:12,15
214:25 222:22
**jrhmsf (1)** 168:3
**judges (2)** 158:24
159:8
**july (17)** 21:23 22:3
29:20 30:13 31:13
31:18,25 32:2,23
32:25 46:3 50:19
63:25 65:22
183:24 184:2
219:15
**june (4)** 32:2,25

53:11 56:10

------

**K**

**k (1)** 224:2
**kalwarski (2)** 84:21
84:25
**keegel (2)** 74:25
75:2
**keep (8)** 9:17 64:21
64:23,25 65:5,8
183:25 185:2
**keeping (2)** 123:24
156:5
**keeps (1)** 153:22
**ken (2)** 69:11 139:2
**kevin (1)** 62:23
**kim (1)** 162:8
**kind (7)** 75:18
76:13 78:22 86:16
166:22 191:14
196:24
**kinds (2)** 70:14
71:4
**knew (4)** 26:22
133:11 135:5
215:13
**know (211)** 4:9
5:12 6:16,22 8:19
9:8,13 12:16 15:6
15:10,15 16:14,16
17:13 19:9,16
20:12 22:23,24,25
24:15 25:5 28:14
32:12 39:16 40:3
41:2,23 44:6,11
44:12,13 45:6,10
46:24 47:13,21,21
48:12 49:5,9 50:2
50:14,19 52:2
55:3 56:19 58:15
59:2,25 60:4 65:7
65:10,11 66:4
70:16,23 71:5,7,8
71:17 72:8 73:16
73:18,21,23 74:6

74:7,9,23 75:6,10
77:11,13 78:9,14
78:23 79:4,4,8,11
79:13 80:8,16,19
80:20 81:10 82:23
83:13,14,18,19,20
84:2,6,8 85:5,6
87:11,17 88:5,16
89:8 91:14,15
93:16 95:18,23,25
98:8,10 99:2,5,8,9
99:19 100:5,12
101:10,14 102:5,6
102:6,7,8,9 103:8
104:16 109:10,17
112:13,16 113:25
114:8,11,12,12,13
114:15,16,18,20
114:22,22 117:12
117:15 118:2,19
120:9 121:3,24
124:15,21 127:8
128:3 130:20,22
132:14,15 133:8
133:22,22,24
134:6,11 135:3
153:4 155:24
157:5,11,17 159:9
159:11 160:8
162:13 163:9,10
163:13,21,22
164:16,24 165:8
169:22 170:4,7,21
171:22 172:6,10
172:16 175:8,19
176:6,9,23 177:24
178:17 179:2
183:19 184:23
191:13,14,24
192:25 195:21
214:3,10 215:17
217:19 218:21
**knowledge (29)**
12:16,17 28:9,22
56:17,18 80:12

W.C. Smith                                                    8/11/2016

**Page 13**

100:12,17 101:17
115:12 119:3,14
122:6,9 125:19
147:19 161:5
192:22 193:6,8,9
214:14 215:22
**knowledgeable (1)**
115:21
**known (4)** 39:10
178:15 197:4,13
**knows (7)** 114:13
114:14,16,17,21
197:2,3
**konigsburg (2)**
74:15,16
**korshak (3)** 193:2
193:5,7

**L**

**l (1)** 224:2
**labor (2)** 173:10,21
**lack (1)** 205:10
**lady (3)** 213:20
219:23,25
**lanini (3)** 81:6
82:16 83:3
**large (4)** 10:21 67:2
170:15 203:15
**larry (1)** 139:17
**las (6)** 54:18 107:3
161:24 162:3
163:11 165:2
**late (2)** 66:17
212:24
**lauderdale (1)**
191:4
**law (3)** 168:18
169:4 220:4
**lawton (1)** 63:6
**lawyer (1)** 111:10
**lawyers (2)** 111:4,6
**layover (1)** 181:13
**leadership (1)**
138:9
**leah (1)** 85:17

**learned (1)** 194:16
**learning (1)** 194:9
**leave (4)** 37:12
103:2 120:20,21
**leebove (7)** 62:10
62:24 183:17
190:6,12 191:22
227:18
**left (24)** 25:25
43:18 63:22 96:12
96:16 120:10,11
120:23,25 121:16
121:16 130:9
154:14,15 155:21
164:19 165:2,6
181:11 200:4
201:8 203:11
207:23 208:24
**lefthand (1)** 200:23
**lefthanded (2)**
203:13,14
**leftover (2)** 154:16
207:20
**legal (4)** 22:8
111:14 117:8
210:24
**length (1)** 194:4
**lengthy (1)** 121:4
**letter (4)** 20:24
21:22 156:18
183:14
**level (3)** 99:5
101:22 157:6
**liability (1)** 85:3
**limit (3)** 5:8 201:20
202:13
**limits (4)** 5:6,7
201:4 202:15
**line (10)** 12:13
36:18 53:13 146:8
209:6 219:10,11
219:11,14 221:7
**link (1)** 96:7
**list (4)** 35:3,10
156:2 227:4

**lists (1)** 201:23
**literally (1)** 28:23
**litigation (2)** 11:4
11:18
**little (2)** 40:9
209:17
**live (2)** 195:6,7
**lm30 (4)** 172:23
173:5 175:6
227:15
**local (21)** 6:5 16:8
16:11 20:13 64:24
71:18 97:7,11,14
138:2 143:5,6
144:4 145:11
159:9 165:14
203:22 204:6
205:9,24 227:21
**locals (2)** 70:10
144:3
**locate (2)** 49:3
182:12
**located (2)** 16:19
16:21
**locations (1)** 191:6
**locker (1)** 155:24
**long (8)** 6:22 8:11
9:17 55:4 57:20
119:9 126:25
172:6
**longer (1)** 6:11
**longterm (1)** 133:2
**look (56)** 10:3
17:23 20:21 21:4
23:10,24 34:12
36:4 37:14 40:15
42:21 43:22 45:13
53:9 56:22 59:9
63:12,23 65:12,20
90:22 106:6,9
107:17 129:20
161:17 162:14
167:16 173:2
180:4,8,11 181:21
182:7 184:15

185:13,14,20,21
186:8,22 188:11
190:10 195:16
199:19,22 201:12
202:25 203:11
214:22 217:21
219:4,13,21,22
222:25
**looked (4)** 24:4
33:11,18 75:7
**looking (2)** 24:6
174:4
**looks (5)** 23:15
164:25 173:9
186:23 217:23
**lost (1)** 184:25
**lot (2)** 123:5 151:18
**louisiana (2)** 4:5
195:19
**love (1)** 197:8
**low (7)** 102:17,19
102:21 103:3,15
103:20,22
**lower (5)** 103:13
110:13 125:10,14
125:18
**lowered (1)** 123:10
**lowering (1)** 125:25
**lowest (10)** 104:21
105:8,9 108:8,15
111:21 112:21
116:21 123:20
151:6
**lunch (8)** 5:9 94:14
94:15 163:18
166:19 189:23
202:12,13
**lunchroom (1)** 92:9

**M**

**m (16)** 2:8 3:24 4:2
26:2 94:16 95:3,4
164:18,20 165:4,7
193:21 196:3,6
223:16 224:2

**machine (1)** 223:8
**mack (33)** 14:6
32:7,13 33:7 46:9
46:25 47:18 49:19
49:21 55:2,9,16
56:5 58:18 62:11
63:5 138:22 166:2
166:5 167:7 182:4
182:11 183:11
184:5,6 185:12
191:16 199:4
201:5 216:7,17,19
217:12
**macks (1)** 217:4
**maffeo (47)** 3:19
9:13 22:11 25:12
25:24 29:15 30:16
31:7 34:4,5,6
35:12,24 38:18
45:8 46:17 51:16
52:21 53:23 71:19
72:5 82:14 87:14
89:6 101:14
104:24 110:18,22
115:23 126:12
131:15,20 136:4
158:16 182:13
183:13 184:14
186:20 192:11,14
199:13 203:19
206:23 215:25
220:24 221:11
226:8
**mail (2)** 56:9 146:6
**mailed (7)** 47:16,17
47:20,23,25 58:15
146:12
**mailing (1)** 61:17
**maintained (3)**
22:22,24 23:2
**maintaining (1)**
137:24
**maintenance (1)**
101:2
**majority (3)** 92:22

93:23,24
**making (6)** 70:24
  70:25 91:11
  124:18 130:7
  172:9
**male (2)** 159:11
  199:12
**man (2)** 62:22
  139:17
**manage (1)** 112:6
**management (8)**
  28:7 176:3,11,19
  177:3 178:10,22
  179:12
**manager (19)**
  79:10 80:4 84:13
  84:14 87:4,20,24
  88:15,19,22 90:12
  97:22 102:12
  105:9 108:4,8
  116:15 123:25
  128:6
**manner (1)** 76:8
**manufacturer (1)**
  152:9
**manufactures (1)**
  153:6
**maple (1)** 196:23
**march (5)** 75:2
  102:15 181:17
  183:16 187:7
**marcus (1)** 84:2
**mark (15)** 9:22
  17:17 20:16 34:7
  34:25 42:16 90:16
  105:24 129:15
  161:12 167:10
  172:21 179:22
  190:4 199:13
**marked (50)** 9:25
  10:4 17:20,24
  20:19,22 23:12
  34:10,13 35:4,6
  42:19,22,23,25
  45:13 51:9 56:23

63:12 65:13 90:20
  90:23 106:3,7
  107:18 129:18,21
  161:14,18 167:14
  167:17 172:23
  173:3 179:25
  180:5 184:16
  188:10 190:8,11
  199:16,20 203:20
  203:23 206:23,25
  207:7 217:22
  220:6 222:16
  223:11
**markers (1)** 155:23
**marketing (1)**
  72:24
**marriage (1)**
  225:15
**maryland (2)** 24:9
  156:4
**master (3)** 23:7,8,9
**mastercard (5)**
  7:18,20 8:8 42:6
  188:2
**match (18)** 111:16
  111:21 112:17,18
  112:20,25 113:10
  113:15 115:7
  119:24 130:12
  132:22 133:4
  136:2,3 210:11,18
  220:14
**matched (3)** 122:11
  122:13 128:14
**matches (1)** 148:14
**matching (2)**
  110:13 116:21
**material (1)** 153:5
**materials (1)** 60:5
**math (1)** 148:9
**matter (3)** 76:19
  132:4 225:17
**max (1)** 145:3
**mcdonald (1)**
  139:18

**mckennon (4)**
  170:5,8,9,22
**meal (6)** 5:16
  175:11,23 189:16
  200:25 201:24
**meals (4)** 36:16
  107:13 168:7
  174:24
**mean (38)** 9:12
  12:12 13:17 15:3
  17:15,16 18:13
  20:12 22:7,23,23
  27:24 37:3 46:17
  46:18 56:16 65:10
  66:24 72:12 74:19
  77:22 87:16 98:15
  100:3 118:21,22
  126:19 134:2
  141:21 151:19
  160:8 162:7
  164:14 175:24
  184:3 190:20
  191:13 201:7
**means (1)** 203:12
**medallion (1)**
  143:15
**medical (2)** 54:19
  62:21
**medicare (2)** 71:13
  71:14
**medicine (1)** 40:2
**medium (3)** 203:15
  203:18 205:3
**meds (1)** 39:8
**meet (16)** 28:20,23
  60:8 76:6 81:13
  83:23 85:7 103:7
  127:18 138:9
  140:15,18,25
  141:2 151:17
  171:10
**meeting (122)**
  13:10,11,25 29:2
  29:4 57:14,18
  58:7 68:24 69:2,5

69:7 76:20 77:2
  81:15,18,24 82:13
  82:23 85:8 88:8
  89:15 90:10 92:10
  92:11,12,16,18,19
  93:9,13,15,18,19
  93:21 94:3 96:5,8
  99:12,13,15
  100:16 102:10,13
  102:16 104:7,19
  104:23 105:2,6,13
  105:17,21 107:2,4
  108:10,11,15
  109:16,19,22
  115:9,19 116:4,10
  116:12,16 117:24
  118:4,8,17,25
  119:2,5,18,18
  121:15,17 122:19
  123:13,15,18
  124:6,8 125:9
  126:3,6,10 128:7
  130:9,10 132:20
  136:17 139:17
  141:5,8,10,16
  162:7,18,19
  163:16,16,17,24
  163:25 164:7,21
  165:17 166:9,10
  166:13,14,15,17
  166:21,22 167:3,6
  190:25 210:6
  214:20
**meetings (24)**
  68:18,21,23 82:5
  82:6,10,15,17,22
  84:18 86:22 96:3
  96:9 136:16
  137:16,17 141:15
  163:14 164:8,9
  166:3,7,12 198:9
**meets (3)** 73:6
  141:12,13
**melanoski (1)**
  139:7

**melissa (2)** 213:21
  213:23
**member (6)** 15:18
  161:10 174:10
  197:12 198:14,25
**members (6)** 138:2
  138:7,8 148:18
  169:18 206:6
**membership (1)**
  157:11
**memo (5)** 10:7
  36:18 209:6
  219:11 221:6
**memorandum (4)**
  9:24 21:7,12
  226:22
**memorial (4)** 204:8
  212:18 213:15
  214:25
**mentioned (3)**
  108:24 178:13
  211:19
**message (1)** 106:11
**met (16)** 28:6 60:9
  60:10,10 80:25
  81:4 83:5 84:16
  84:19,21,24 172:6
  178:17 192:18,23
  193:7
**metzinger (6)**
  138:23 149:23
  150:8,9 166:6,7
**miles (3)** 168:19
  181:19 195:9
**million (6)** 104:2
  124:19,20 157:14
  158:5,15
**mind (2)** 91:7
  183:20
**mine (1)** 182:12
**mini (1)** 148:3
**minute (4)** 24:11
  110:18 115:23
  222:11
**minutes (12)** 24:18

68:10,11,13,25
69:3,8,12,18
166:12,14,16
**miscellaneous (1)**
189:18
**mississippi (4)** 26:3
26:6 60:11 64:24
**misspoke (1)** 201:7
**ml (1)** 203:14
**monday (1)** 58:8
**money (25)** 48:21
49:2,3,9 50:3,9,23
66:10,13 67:11
86:8,9 101:21
136:24 141:20,21
142:3,19 159:24
169:13,13 172:3
175:24 187:14
208:12
**monterey (12)**
13:25 14:20 15:2
15:7,16 153:5,5,6
153:12 198:2
199:5 216:8
**moore (1)** 62:23
**morning (4)** 4:9
16:23 33:20 34:16
57:25 58:8 67:13
107:20 130:21
**motion (2)** 69:16,17
**motorcycle (7)**
159:22,24 160:2,4
160:5,7,10
**moved (1)** 220:4
**multiplier (1)**
41:17
**multiply (1)** 147:5
**murphy (4)** 114:17
114:18 127:20
129:4
**mustang (1)** 160:16

**N**

**n (7)** 95:2,2,2 224:2
224:2 225:2 226:2

**name (48)** 4:9 14:8
14:11,14 18:9,20
24:25 52:11 58:11
68:16 81:5 83:21
83:24 84:3,4,5,9
84:10 86:19 96:15
103:11,24 108:23
138:21 139:10,13
139:17 140:4,6
146:11 154:10
160:12 170:4,20
170:23,24 171:16
173:16 176:6
192:18,19,25
194:22 195:8
209:8 211:20
220:4,5
**named (2)** 62:22
213:21
**names (2)** 84:20
199:8
**nationality (1)**
159:12
**nationals (2)**
177:17 211:7
**neal (1)** 140:19
**near (1)** 14:18
**need (8)** 32:15
88:21 89:4 101:8
104:15 153:3
170:3 183:21
**needed (6)** 19:7
39:24,24 90:8
96:3 214:22
**needs (1)** 214:9
**negotiate (2)**
118:25 170:15
**negotiations (3)**
72:14,15 123:2
**neil (3)** 178:20
211:20,23
**nelson (1)** 197:17
**never (21)** 11:6,16
82:18 86:23 87:2
101:16 119:15

122:4 125:12,16
135:7,19,24 136:5
136:7,11,16,21
137:3 171:10
179:14
**new (25)** 1:11,11
2:11,12,14 3:6,6
3:16,16 4:4 19:13
26:4 95:6 139:9
139:12 149:21
195:7,9 197:20
215:9,10 224:4,5
225:4,8
**newberry (3)** 68:17
68:23 136:18
**night (8)** 28:3
52:12 121:19,21
171:11 172:14
189:17 200:5
**nights (1)** 52:14
**noncommercial (2)**
12:18,24
**noncommittee (1)**
161:10
**nondisclosure (2)**
100:6,11
**nonelection (3)**
143:19,22,23
**normal (3)** 7:16
217:19,20
**normally (7)** 26:7
26:13 138:8
154:15 165:16
175:15 191:3
**nos (1)** 180:10
**notary (5)** 2:13 4:3
95:5 224:23 225:8
**noted (3)** 94:16
95:3 223:16
**notice (5)** 40:4
162:8 187:6
207:25 223:6
**notified (3)** 95:16
95:18 103:5
**notify (1)** 159:13

**notifying (1)** 95:20
**november (1)**
58:22
**number (60)** 5:19
5:25 6:4 12:11
16:3,15 22:12
24:2,10,12,16,16
24:20,21 25:2,4,7
25:9 27:10 28:2
32:8,16 36:25
37:2,4,5,6 38:7,18
42:13 48:9,11
63:13 64:4,12,19
65:14,21 101:8
104:2 106:14
135:8 136:20
158:8 161:10
168:24 193:13
195:17,21 196:5,6
196:12,12 204:21
205:5 207:13
208:5,6 212:16
218:11
**numbers (19)**
15:25 22:18 23:10
25:5 47:9 135:9
135:11,12,13,14
135:19,24 136:6
136:13,25 157:20
158:19 195:12,13
**nursing (1)** 157:2
**nw (1)** 4:5

**O**

**o (5)** 95:2,2,2 224:2
225:2
**oath (4)** 4:7,17 95:7
224:8
**obamacare (3)**
74:17,21 75:4
**objection (4)**
111:13,14 117:8
212:6
**obtain (4)** 35:13,17
185:3,23

**obtained (2)** 8:24
101:3
**obtaining (1)** 186:4
**occasion (3)** 68:22
81:14,25
**occasions (5)** 16:9
16:10 53:22 55:22
172:3
**occurred (3)**
123:15 193:20
210:6
**oclock (1)** 26:8
**oconnor (2)** 3:14
3:25
**october (4)** 31:11
59:15 65:15,18
**offer (5)** 112:20
116:23 134:18
169:18 198:19
**offered (8)** 98:17
116:20 133:14,18
177:12,25 198:16
211:13
**offhand (1)** 199:9
**office (11)** 4:13
22:7 218:25
219:23,25 220:19
221:6,21,22 222:8
222:22
**officer (8)** 1:2 3:4
4:11 20:13,14
21:15,19 166:3
**officers (1)** 4:13
**offices (1)** 2:11
**oh (5)** 33:18 143:23
145:19 161:3
188:15
**okay (12)** 43:8,11
45:19 91:9 110:20
117:5 133:6,20
138:22 173:19
185:17 219:16
**old (1)** 197:14
**older (1)** 197:13
**once (5)** 13:15

| | | | | |
|---|---|---|---|---|
| 140:18 141:2 189:22 194:16 **ones (1)** 157:19 **oneyear (1)** 215:4 **open (1)** 79:15 **operation (3)** 100:4 127:2 212:17 **operations (3)** 213:15 214:19,25 **opinion (1)** 219:12 **opportunity (5)** 98:18 133:4 160:15 210:10,17 **opposed (1)** 72:5 **option (3)** 160:17 160:19,22 **optum (57)** 81:2,3 81:8,10 90:7 108:3,3 110:12 111:16,21 112:3,5 112:17,20,22 113:9,14,20,24 114:25 115:11,14 115:19 116:4,14 117:14 118:11,25 119:23 122:11,12 123:9,13,19 125:2 125:25 126:2 127:16,23,24 128:2,13 129:12 130:5,17,19 132:21 133:17,23 134:8,10 135:7,15 136:5,11,19,23 **optumrx (27)** 73:8 73:9,13,19 74:8 78:4,5 79:24 80:7 80:11,14,19 83:7 86:24 89:6 103:14 104:20 105:7,13 105:18,22 108:7 108:24 123:24 124:4 210:9,17 **optums (11)** 116:19 118:5,8 121:23 | 125:22 126:5,10 131:14,19,24 134:23 **order (17)** 48:21 49:2,3 50:4,10,23 66:10,13 88:23 89:3 146:12 152:17 155:22 180:9 182:14 188:17 219:10 **ordered (2)** 148:11 154:18 **orders (1)** 49:9 **organizing (2)** 32:9 123:2 **original (4)** 131:7 135:23,24 186:17 **originally (1)** 116:25 **orleans (7)** 19:13 26:4 195:7,9 197:20 215:9,10 **outcome (1)** 225:16 **outing (2)** 191:7,12 **outside (6)** 82:14 82:17,22 195:7 205:22 210:8 **outstanding (1)** 103:17 **overall (1)** 213:7 **overcharged (2)** 86:25 125:3 **oversee (1)** 214:24 **overseeing (1)** 213:14 **owners (4)** 28:7,13 28:17,20 <hr> **P** **p (9)** 26:2 94:16 95:3 164:18 165:4 193:21 196:3,6 223:16 **package (9)** 52:16 142:7,8,11 151:7 | 151:15 182:16 205:10,19 **packages (3)** 138:14 144:14,15 **packet (2)** 42:24 63:24 **pad (1)** 186:2 **page (69)** 10:7 36:5 38:16 40:11,16 42:23 43:2,14,15 43:23 45:14 47:6 53:9 55:25 56:22 56:23 63:13,24 64:6 65:14,20 106:9 107:18 173:15,16 174:3 180:10,12 181:3 182:20,21,22 183:21,21,22 184:2 186:8,23 188:11,13,23 189:6 195:12,14 195:15 199:23 201:13 207:10,20 208:13,17 209:5 217:24 218:8 219:5,7,10 220:15 221:15 222:4,5,17 223:10,12 226:6 226:13,14,21,25 **pages (6)** 21:16 180:13 184:16 188:16 199:21 207:6 **paid (53)** 23:21 29:12,13,14,16,19 32:12 33:17 36:17 37:22,23 39:20 41:14 44:25 50:16 73:19,21,22 80:21 104:3 142:25 143:2,4 144:2,4,9 146:8 147:11,15 148:14,20 154:12 154:22 163:4 | 169:7,11 171:21 174:5 186:12,15 186:17,19 188:3 200:9,11,13 202:11 205:14,24 207:13,17 209:9 219:10 **painted (1)** 160:10 **paper (2)** 22:9 223:6 **paperclipped (1)** 223:7 **pardon (2)** 143:13 217:6 **parents (1)** 159:13 **paris (2)** 164:9,11 **part (11)** 42:24 43:22 59:10 65:13 71:13,14 90:13 161:23 205:6,19 217:11 **partial (2)** 167:5 202:20 **participant (4)** 144:18 146:9 148:20 161:11 **participants (10)** 69:22 70:5 110:2 129:10 143:10,20 146:5 148:14 205:8 207:18 **participate (4)** 70:3 70:11 145:8 204:7 **participated (1)** 155:12 **participates (1)** 144:6 **participating (1)** 204:12 **participation (1)** 205:14 **particular (7)** 38:13 39:16,18 76:12 100:16 152:7 204:16 | **parties (1)** 225:15 **parts (1)** 193:14 **party (10)** 26:23 120:21 158:23 194:2,3,18 196:23 196:24 215:8,10 **pass (1)** 154:8 **passed (1)** 155:19 **passes (3)** 196:20 196:21 197:10 **paul (1)** 84:2 **pay (44)** 32:11 36:15 42:9,10 44:18,19 46:21 49:18 66:10 67:3 136:23 143:24 146:19 147:9 149:8,9 151:20,23 152:2,18 153:14 155:4,5 168:10,14 168:20,23 169:5 171:19,25 174:23 175:11 187:23 198:16,24,25 199:2 206:21 216:8,10,16,17 218:2 222:23 **payable (1)** 50:24 **paying (3)** 92:18,19 206:3 **payment (27)** 29:20 30:7,11,15,21 31:4,8,14,17,17 31:24,24 32:4,23 33:8 44:22 48:13 66:21 72:18 74:10 74:11,12 89:11 202:20 220:21 221:2,3 **payments (12)** 29:17,19,23 30:15 30:20 34:18,22 74:8 103:17 124:11,18 172:8 **pays (2)** 144:19 |

145:12
**pebble (3)** 14:16,17
14:18
**pencil (1)** 186:2
**pennsylvania (1)**
187:8
**pension (1)** 177:7
**people (20)** 28:23
62:2 68:22 70:3,4
82:25 83:9 85:19
96:17 121:5
143:20 145:4,10
172:11 178:25
186:9 194:17
201:21 204:12
221:5
**percent (7)** 15:4
61:6,12 151:22
152:14 200:11,12
**period (11)** 6:23
8:4 30:9 74:23
106:20 119:10
121:5,7 174:22
181:13 215:4
**perjury (1)** 4:22
**person (13)** 5:8
22:24 32:9 55:18
61:8 62:12 73:23
82:20 120:17
139:14 185:11
194:21 211:20
**personal (13)** 7:4,6
7:14 14:9 35:21
37:19 45:21 200:8
200:16 202:4,14
209:22 220:17
**personally (3)**
95:22 110:7 188:3
**peter (1)** 83:20
**pga (4)** 61:4 149:4
150:4 152:12
**pharmacy (19)**
38:21 80:4 84:13
87:4,20,23 88:14
88:18,22 89:5

90:12 97:22
102:11 105:8
108:4,7 116:15
123:25 128:5
**philadelphia (2)**
187:8,10
**phone (36)** 3:7,17
5:19,23,25 6:5,7
6:15,19,20 12:10
16:4,6,17 22:12
22:17,21 23:3,4,6
23:25 25:3,9,11
27:6,19 82:20
106:14 119:8
122:22 130:20
193:12,19 195:17
196:10,12
**phones (2)** 6:19
17:12
**phoning (1)** 42:12
**physical (1)** 92:20
**physically (2)**
104:7 145:6
**pick (5)** 60:3 167:3
167:6 175:15,16
**picked (5)** 8:6
40:12 47:25 48:2
48:4
**picks (2)** 167:7,8
**piece (1)** 143:15
**place (8)** 3:5 58:11
138:10 141:6
165:8 195:11
198:13 213:24
**placed (4)** 28:2
174:8 195:24
196:8
**plan (13)** 70:13
71:2,9,11,11,12
71:15 72:15,17
73:5 76:12,14,15
**plane (3)** 12:14,24
13:4
**planes (5)** 12:18
13:8,17,18,21

**plans (7)** 70:14
71:4,5 72:3,7,9,10
**planters (5)** 36:24
63:19 64:9,17,21
**play (22)** 18:17
41:3,6,7 55:10,12
57:18 58:4 145:7
145:7,10,12
163:12 165:19,22
165:25 184:24,25
191:22 192:2,3,7
**playboy (1)** 215:10
**played (25)** 14:5,12
15:7,10,20 53:21
54:4,9,12,14,22
54:24,25 55:8,14
55:19,21 86:20
88:16 191:24
197:25 198:12
199:11,12 216:7
**players (4)** 147:5,7
147:13,21
**playing (4)** 20:3
55:24 143:21
150:6
**please (16)** 9:22
17:17 20:16 34:7
34:25 42:16 71:25
90:16 105:24
129:15 161:12
167:10 172:21
179:22 190:4
199:13
**plus (3)** 149:20
153:18 199:7
**pocket (1)** 67:6
**point (15)** 6:7,18
10:19 11:4,13
25:20 27:7 49:21
63:19 118:5,11
123:6 163:15
178:15 183:4
**pointing (1)** 183:20
**points (2)** 181:18
181:19

**poker (16)** 138:15
144:23,24,25
145:3,5,11,12
146:15 147:21
168:2,12,12 169:3
169:5,11
**policy (10)** 5:11 9:5
9:8,11,14,21,24
10:8,17 226:22
**population (2)**
157:11,12
**portion (2)** 41:13
200:25
**position (1)** 153:19
**positive (2)** 55:3
211:4
**possible (2)** 47:19
112:20
**possibly (4)** 36:17
174:19 190:3
219:3
**postage (1)** 61:17
**postal (1)** 50:9
**posted (2)** 56:19
58:21
**posting (2)** 56:11
56:17
**pounds (5)** 30:5
32:20 36:16,17
41:16
**practice (1)** 54:7
**practices (1)**
174:12
**precise (1)** 170:3
**prefer (1)** 6:14
**preferably (1)** 96:4
**premium (1)**
144:25
**prepare (2)** 88:23
89:3
**prepared (2)** 68:11
99:11
**prepares (1)** 68:13
**prescription (12)**
70:11 71:11,16

72:4,19 74:13
79:10,15 84:13
86:25 104:3,16
**present (4)** 3:22
83:3 85:19 213:9
**presentation (6)**
85:10,11,12
108:17,18 109:7
**presentations (2)**
84:25 97:13
**presented (1)**
111:11
**presently (1)** 69:11
**preserve (4)** 14:21
14:23 15:5,5
**president (21)** 6:9
6:22,25 25:17
62:4 68:7 85:13
104:5 122:25
137:7,8,11,14,15
174:7 204:7
211:25 212:21
213:6,25 214:2
**presidents (2)**
13:13 123:4
**pressure (2)** 87:22
87:25
**pretty (2)** 94:9
148:10
**previous (3)** 14:13
40:12 188:23
**previously (2)** 95:5
116:25
**price (4)** 151:6
187:16 222:25
223:4
**prices (1)** 186:9
**pricing (2)** 123:10
151:20
**primarily (1)**
172:18
**principal (3)** 20:13
20:14 214:5
**printed (1)** 180:23
**printing (2)** 173:14

email@tobyfeldman.com
tobyfeldman.com
Toby Feldman, Inc.
NATIONWIDE SERVICES
Certified WOB
(800) 246.4950

W.C. Smith                                                           8/11/2016

**Page  18**

173:15
**printout (1)** 180:19
**prior (21)** 5:2
  19:12 20:5 26:18
  50:18 69:4 77:2
  96:5 104:19 105:2
  105:6 115:9,12,19
  116:4,12 131:24
  132:11 183:15
  194:4 198:12
**priority (1)** 43:23
**private (2)** 13:8,21
**prize (1)** 168:20
**prizes (2)** 168:8
  169:10
**pro (7)** 61:4,5,10
  152:14 153:17
  197:11 198:24
**probably (2)** 81:5
  166:16
**problem (6)** 85:9
  96:19 111:25
  136:12,19 152:23
**problems (11)** 39:6
  39:7 80:6,8 110:4
  124:10,17,21,24
  164:11 214:13
**procedures (2)**
  101:13,15
**process (20)** 78:17
  78:18,24 79:5
  84:12 88:4 90:8
  98:2,7,12,21
  99:16,22,24
  100:14,23 101:24
  105:14 117:25
  118:3
**processed (1)**
  204:18
**produced (2)** 43:3
  43:9
**product (1)** 215:19
**products (7)** 60:2
  61:3 144:21
  147:25 149:21

152:10 215:21
**professional (1)**
  152:13
**professors (1)**
  159:2
**pronounce (1)** 81:6
**proposal (3)** 177:4
  177:11 186:15
**proposes (1)** 72:15
**propriety (1)** 212:6
**proved (1)** 105:10
**provide (15)** 34:3
  38:2 52:18 53:7
  68:10 71:9 73:13
  102:2 117:11
  140:11 176:13,15
  177:9 185:15
  208:11
**provided (12)**
  35:11 52:25 69:3
  71:20 72:20 89:5
  100:21 109:9
  168:2 170:18
  179:11 210:11
**provider (1)** 80:3
**providers (4)** 75:20
  78:8,12,25
**provides (2)** 71:9
  73:9
**providing (3)** 79:25
  80:7 111:14
**proximity (1)** 58:6
**prudential (2)**
  139:6 143:8
**public (5)** 2:13 4:3
  95:5 224:23 225:8
**purchase (7)** 50:3
  161:6 187:3,19
  202:18 203:4
  205:8
**purchased (17)**
  59:20,21 66:9
  147:17,20 153:23
  187:18 203:10
  205:6,9 206:5,11

206:12,15,16,19
208:22
**purchases (5)**
  150:23 151:18,19
  200:5 209:25
**purchasing (4)**
  101:19 150:16
  173:24 206:10
**purpose (3)** 162:2
  164:2 201:24
**purposes (2)**
  170:12 203:20
**put (21)** 11:5 46:15
  46:19 84:4,10
  101:8 124:4 135:8
  135:9,20,24
  151:14 154:19
  155:25 156:2
  174:13 175:24
  195:2 207:25
  213:24 220:13
**putter (1)** 144:20
**putting (1)** 207:4

**Q**

**qualified (1)**
  127:15
**quality (1)** 39:10
**quantity (1)** 203:12
**quarter (2)** 90:15
  102:14
**queens (1)** 225:5
**question (28)** 19:4
  30:19 49:14 69:8
  71:25 78:15,21
  99:20 101:11
  104:15 110:8,9
  111:11 114:6
  117:16,20 120:11
  120:25 131:21,23
  133:12,15 136:4
  155:21 167:2
  176:24 193:24
  215:6
**questions (25)**

188:9 192:9,15,16
192:20 193:10,19
193:23 197:24
198:4 202:17
204:21 205:4,5
210:5,13 211:6,9
212:17 213:10
215:12 216:2,4
222:14 223:14
**quite (1)** 178:25
**quotes (1)** 132:4

**R**

**r (16)** 28:24 54:2
  95:2 106:21 107:2
  174:7,9 204:8
  206:14 208:9,10
  208:22 209:18
  218:15 221:20
  225:2
**raffle (3)** 159:15,17
  161:6
**range (1)** 146:22
**rate (7)** 40:20,24
  41:18 44:4,7
  162:23 172:12
**rated (1)** 159:8
**ravens (1)** 20:3
**raymond (5)** 11:9
  11:22 85:15 111:7
  111:23
**rcn (1)** 3:10
**reaches (1)** 158:5
**read (13)** 12:2,5
  68:25 91:7 94:5
  101:16,18,20
  131:13,25 132:3
  173:17 224:7
**reading (2)** 69:4
  134:2
**reads (1)** 91:16
**really (2)** 93:11
  102:8
**reason (15)** 39:20
  51:14 92:7 133:16

134:15 149:15,17
150:22,25 151:4
152:25 162:15
185:19 198:7
208:25
**reasons (2)** 62:22
  77:3
**rebid (3)** 79:19,23
  79:24
**recall (194)** 8:5 9:2
  10:14 13:9,12,14
  16:3,12 17:2,15
  17:16 18:18,19
  20:15 21:6,8,10
  21:11 23:18 24:15
  24:19,25 25:6,15
  27:5,24 28:19
  29:2,4 30:8,23
  31:9,23 34:17,24
  39:2 40:8,19 46:8
  47:3,16 48:7 49:8
  49:10 50:7 51:2,4
  52:11 54:10,16
  55:18,23 56:4,16
  56:18 58:19 61:16
  66:16,17,18,20,24
  66:25 67:9 68:16
  75:9,12 76:18
  77:16,22 79:18
  81:22 83:9,22,24
  84:15,20 85:8,12
  85:18 89:9,18
  90:3 92:9 95:24
  96:12,15,18,22
  97:5,9,20 100:18
  103:4,9 104:18,22
  105:4,15 106:19
  106:23 107:11,25
  108:9 109:4,5,6
  109:20 110:10,17
  112:7,7,8,9,14,19
  113:4,7,21 114:4
  114:7 115:5
  117:19 118:19
  120:3,12,23 121:2

121:13,16 123:8
123:12,16,17,22
124:2,15,20 125:7
126:7 127:22,24
128:9,11,18,23
129:13 130:15
131:11 132:10,23
133:7 134:2,3,9
136:22 138:22
139:9,10,13,19
141:17 148:5
160:13 164:6
168:10 170:24,25
171:17 175:4
179:8 181:16
183:19 184:3,12
185:8,22 192:20
193:23,24 194:23
196:22 199:8
206:9 210:13,20
210:21,23,25
211:9 213:10
216:19,21 218:6
**receipt (13)** 49:3
50:22 61:18
180:21 200:4,24
208:8,12,15
218:14 219:2
221:23,25
**receive (11)** 5:4
22:5 23:3 28:16
51:8 150:16
156:21 168:24
171:23 172:16
205:15
**received (11)** 99:13
105:3 111:23
173:9 183:5,7
184:19 205:14,23
208:8 221:12
**receives (1)** 172:10
**receiving (3)** 76:18
105:4 183:16
**recess (5)** 66:8
94:15 132:19

188:7 222:13
**recipients (1)**
137:25
**recognize (13)** 10:5
34:15 35:6 91:2,9
129:24 161:20
167:22 173:4
190:14 199:24,24
204:3
**recollection (5)**
6:13 18:11 57:22
94:12 119:15
**recommend (5)**
72:7,10,17 97:3
213:13
**recommendation...**
79:22 91:20 109:3
**recommendation...**
77:17 138:18
**recommended (3)**
84:11 91:13 96:25
**recommending (2)**
97:5 109:4
**record (13)** 4:24
32:19 36:23 48:19
48:20 50:21 52:22
110:19,21 207:9
224:10,12 225:13
**records (27)** 6:10
6:14 9:4,7,7,11,14
9:17,19 10:16
22:21 29:9 30:12
31:3 33:23,25
35:14 53:5 106:2
106:8 159:5 220:9
220:10,16,17
226:13 227:9
**redact (1)** 35:22
**redacted (4)** 35:24
35:25 45:6 186:24
**redactions (1)** 45:9
**redskins (1)** 179:19
**reduced (1)** 159:4
**refer (3)** 73:2,4
195:14

**reference (10)**
53:13 70:24,25
97:13 124:17
128:13 163:17
184:17 191:19,20
**referenced (1)**
189:6
**referred (1)** 212:21
**referring (11)**
18:22 52:22,24
76:10 120:16
127:7 132:5,17,18
142:9 215:7
**reflect (5)** 30:12
31:3 44:12 64:18
164:17
**reflected (2)** 186:21
200:23
**reflects (10)** 32:19
34:18 148:14
164:18 187:6,7
201:19 204:25
209:7 210:23
**regarding (8)** 18:4
29:8 90:11 113:20
133:17 190:16
193:11 210:9
**region (2)** 157:11
177:7
**regions (6)** 36:25
63:20,21 64:2
157:12 202:5
**register (1)** 111:13
**registration (1)**
204:20
**regularly (1)**
204:11
**reimburse (5)**
39:22 44:21 143:9
175:20 188:5
**reimbursement (4)**
200:20,24 201:3
209:25
**rejected (2)** 156:18
177:11

**relate (1)** 36:12
**related (1)** 225:14
**relationship (3)**
97:6,8 169:15
**release (4)** 89:10,19
89:22 108:19
**relied (1)** 132:15
**rely (2)** 130:7 132:8
**remember (34)**
8:17 10:9 13:6
14:8 16:15 18:8
22:6 26:25 28:5
30:9 39:24,25
90:14 96:7 97:16
98:16 108:23
109:11,13 113:11
120:9 121:20
122:9 130:23
134:2 145:24
146:2 148:6 150:7
183:8 184:22
185:23 189:23
198:4
**remembered (1)**
186:2
**renting (1)** 58:12
**repacked (1)** 26:3
**repeat (3)** 88:24,25
118:7
**replaced (7)** 76:3,4
76:5 77:9 139:7
139:15,16
**replacement (1)**
139:10
**report (23)** 68:8
76:11,13,17 89:18
89:19 99:9,11,14
105:3,4 130:24
131:8,12,13,15,18
131:25 132:14
161:14,19 163:6
227:12
**reported (7)** 1:23
88:6 95:14 112:23
126:25 127:3

142:17
**reporter (3)** 2:13
225:7 226:19
**reporting (4)** 76:7
76:9 137:21
174:22
**reports (2)** 88:8
161:21
**represent (4)** 25:8
36:9 57:6 140:2
**representation (1)**
25:13
**representative (5)**
127:9 139:11,14
139:22 176:4
**representatives (2)**
127:11 139:6
**representing (3)**
118:23 120:18
149:12
**represents (4)**
36:10 53:10
139:23 152:7
**reputation (1)**
96:24
**request (15)** 20:18
21:14,17 29:11
88:23 89:4 91:4
91:11,15,16 93:20
150:16 213:19
226:12 227:2
**requested (4)** 11:10
35:3,11 227:4
**requesting (2)**
76:21,23
**requests (1)** 185:24
**required (5)** 87:19
88:10 99:6,7
204:15
**requirement (1)**
159:4
**requirements (4)**
76:7,9 101:23
169:9
**requires (2)** 23:20

151:22
**research (2)** 33:22
  73:5
**reservation (2)**
  181:8,15
**reservations (3)**
  180:18,25 181:17
**reserve (1)** 14:15
**resort (1)** 58:13
**respect (10)** 45:4
  80:11 87:3 88:14
  99:23 118:17
  128:5 200:18,22
  218:7
**respond (2)** 108:20
  192:4
**responded (3)** 92:2
  108:20 192:7
**response (4)** 94:5
  94:10,11 131:5
**responsibilities (1)**
  137:14
**responsible (6)**
  137:19,20,23
  143:6,8 156:5
**restaurant (1)**
  199:5
**result (4)** 91:14
  205:23 213:19
  214:23
**results (1)** 123:18
**resumed (1)** 95:4
**retained (6)** 11:14
  74:18 97:2,4
  105:22 226:19
**retention (4)** 9:5,11
  9:14 10:17
**retired (11)** 73:10
  73:15 75:2 137:10
  139:7,15,21,23
  150:9 170:11
  174:17,19 197:20
  199:10
**retiree (1)** 71:2
**retirees (4)** 70:9

71:10,12 72:6
**retirement (1)**
  137:7
**returned (1)**
  132:12
**returning (1)** 187:9
**review (1)** 76:25
**reviewed (3)** 24:3
  42:14 132:15
**revised (11)** 131:19
  131:24 132:2
  135:11,13,20,23
  136:2,6,13,25
**rewards (1)** 189:3
**rh (1)** 208:23
**rich (1)** 62:9
**richard (4)** 21:8
  190:6,12 227:18
**right (34)** 26:12
  29:10 31:21 43:8
  43:19 45:17 49:22
  71:24 82:12 85:18
  89:6,7 95:13
  97:23 118:6,9,10
  131:5 138:22
  140:3,5 152:16
  162:4 165:3,7
  168:20 173:11
  181:24 182:19,23
  200:7 204:19
  214:16 218:16
**righthand (2)**
  41:22 219:13
**righthanded (2)**
  203:13 205:3
**riner (3)** 213:21,24
  214:21
**robert (2)** 3:23 4:12
**role (6)** 88:13,16
  117:21,22 118:2
  138:4
**rome (5)** 15:21
  129:17 133:7
  139:18 227:11
**ron (3)** 34:9 183:23

227:3
**room (23)** 61:20
  62:7,18,20,25
  63:4,8 100:13
  103:16 119:23
  120:5,8,10,13,20
  120:21,24 132:24
  155:24 163:8
  166:18 172:12
  204:17
**rooms (3)** 61:24
  62:3,16
**ross (2)** 74:15,16
**round (4)** 54:8
  197:24 198:12
  199:12
**royal (4)** 194:3
  196:23 215:8,20
**rule (2)** 138:13,13
**rules (3)** 138:12
  157:4 168:19
**rx (3)** 70:18,20
  175:17

---

**S**

**s (11)** 4:2 36:17
  50:9 56:9 95:2,2,2
  95:4 187:11 209:7
  226:18
**s999clhml (1)**
  203:12
**sample (3)** 21:10,11
  21:12
**sat (1)** 81:17
**saturday (3)** 58:4
  165:3,6
**saved (2)** 61:11
  172:3
**saw (10)** 19:12,25
  20:10 21:16 22:6
  34:16 52:23 171:9
  171:11 184:12
**saying (7)** 28:17
  89:9 127:22,25
  153:11 216:19,21

**says (22)** 22:11
  36:18,24 40:20,24
  41:17 42:5 43:24
  63:18 91:18 133:6
  162:4,22,22,23
  165:4 181:4 189:2
  190:18 203:11
  204:9 219:18
**scholarship (24)**
  54:5 107:2,15
  137:5,25 141:23
  144:10 145:9
  156:9,16,17,21,25
  157:25 159:14
  169:25 204:8
  205:7 212:18,22
  213:8,16 214:25
  218:15
**scholarships (5)**
  156:12 157:9,16
  158:7 213:5
**scholastic (3)** 157:6
  159:5,7
**scholastics (1)**
  156:14
**school (3)** 156:25
  157:6 159:5
**schools (1)** 159:7
**scoring (1)** 168:21
**scotch (1)** 39:3
**scotland (18)** 29:9
  31:7,8,18,20,22
  32:24 37:11 39:10
  40:17 41:3 52:25
  61:19 62:6 180:19
  183:9 185:21
  186:3
**seat (1)** 187:20
**seating (1)** 179:5
**second (14)** 30:6,17
  36:4 39:5,17
  40:24 43:2,22
  69:18 107:6
  173:15 201:13
  207:20 218:8

**secretary (5)** 13:14
  69:11 74:24 85:14
  211:13
**see (54)** 18:5,18
  19:3,8,10 21:14
  21:17,24 22:9,19
  23:8,9 24:8,13,22
  26:11 34:20 36:6
  37:16 40:18 41:19
  42:2 43:5 44:2,7
  51:25 56:13 58:23
  59:12 63:15 65:16
  91:21 92:4 106:12
  107:10,21 111:25
  113:14 115:7
  119:24 132:10
  149:21 163:5,17
  174:2 178:7 181:6
  182:6 186:10,25
  195:17 218:12
  219:15,17
**seeing (8)** 10:9,14
  20:5 21:6,8,10,11
  34:17
**seen (15)** 10:6,13
  20:23 21:4,21
  52:3,6 53:3 82:5
  82:10 86:23
  171:18 183:15,17
  184:10
**select (4)** 78:8,25
  118:11 138:10
**selected (9)** 77:15
  77:18,24 78:12,16
  96:20 116:14
  157:4 158:21
**selection (4)** 88:10
  108:3 118:13,14
**sell (1)** 61:3
**send (4)** 99:6,7
  182:11 183:11
**sending (1)** 159:5
**senior (1)** 122:24
**seniors (1)** 157:7
**sent (21)** 22:7

48:21 56:4,5,7
61:14 87:7,9
106:11 130:25
131:7,9 132:6,12
155:17 156:18
182:7,8,10 184:7
202:19
**separate (5)** 73:25
141:4,7 144:24
208:16
**separated (1)** 159:6
**separately (1)**
39:21
**september (11)**
14:3 31:10 56:12
56:20 57:4,12
58:21 208:18,25
209:2,3
**sequence (4)** 64:15
65:3 66:2,5
**series (6)** 65:5,9
206:25 207:6
210:5 227:22
**served (1)** 60:25
**service (6)** 50:9
72:19,20 78:12,25
80:10
**services (14)** 8:16
45:23 46:13,21
51:2 73:14 100:20
133:3 140:5
167:25 171:20
172:20 176:13
177:9
**session (11)** 109:14
110:25 112:12
113:3 120:6,20,22
121:11,12 210:8,8
**sessions (2)** 102:24
124:16
**set (9)** 205:15
206:16,17 207:15
207:19 208:3,4
225:11,18
**sets (4)** 144:16,17

154:16 207:22
**sewing (1)** 38:21
**shannon (2)** 187:9
187:10
**share (7)** 61:19
62:16,18,20,25
63:3 198:17
**shared (7)** 61:24
62:2,4,7,11,22
63:8
**sherman (3)** 139:5
139:20,21
**shes (3)** 29:15 81:8
220:24
**shipped (4)** 154:6,7
154:13 207:18
**shirt (14)** 39:18,19
151:21 152:8,16
153:6,8,12 209:13
209:14,14,15,16
209:16
**shirts (26)** 39:13
142:11 144:13
152:4,14,17,23
153:2,7 155:21,22
156:6 205:18
206:11,13 208:21
208:22 209:5,7,9
209:12,13 222:23
222:24 223:2,3
**shoes (1)** 144:14
**shop (2)** 61:11
198:24
**short (2)** 92:8
196:11
**shorthand (2)** 2:12
225:7
**show (11)** 44:25
61:4 149:4,9,20
150:4,21 151:9,10
151:11,13
**shows (1)** 154:12
**side (10)** 41:22
43:18 79:8 144:24
168:12 169:3

200:4,7,23 204:19
**sides (1)** 213:7
**sign (7)** 18:9 23:20
23:21 69:20,21
145:10,13
**signature (2)** 18:16
19:6
**signed (1)** 69:19
**signing (1)** 18:19
**sinus (3)** 39:6,6,25
**sister (1)** 159:19
**sisters (1)** 160:12
**sits (1)** 146:10
**sitting (1)** 82:12
**situations (2)** 154:4
154:5
**six (9)** 26:22 27:3
27:12,15 45:17
157:19 179:17
191:4 196:19
**size (8)** 142:7 203:6
203:9,15,16
204:22 205:2
206:12
**sky (1)** 181:19
**slatery (38)** 68:13
68:14 79:22 89:9
90:5,18,24 91:11
91:17 92:8,21
93:21 94:5 96:10
96:23 98:9,14,15
99:7 102:25
113:21 119:17,22
120:5 128:11
129:22 130:25
131:6,9 132:6,21
133:6,13,16,19,23
136:10 227:7
**slaterys (2)** 91:15
98:20
**small (1)** 146:2
**smartt (3)** 34:9
183:23 227:3
**smell (2)** 21:7,8
**smith (251)** 1:10

2:10 3:13 4:1 5:1
6:1 7:1 8:1 9:1
10:1,3 11:1 12:1
13:1 14:1 15:1
16:1 17:1,20,23
18:1 19:1 20:1
21:1 22:1,12 23:1
24:1 25:1 26:1
27:1 28:1 29:1
30:1 31:1 32:1
33:1 34:1,14 35:1
36:1 37:1 38:1
39:1 40:1 41:1
42:1 43:1 44:1
45:1 46:1 47:1
48:1 49:1 50:1
51:1 52:1 53:1
54:1 55:1 56:1
57:1,2 58:1 59:1
60:1 61:1 62:1
63:1 64:1 65:1
66:1 67:1 68:1
69:1 70:1 71:1
72:1 73:1 74:1
75:1 76:1 77:1
78:1 79:1 80:1
81:1 82:1 83:1
84:1 85:1 86:1
87:1 88:1 89:1
90:1,19 91:1 92:1
93:1 94:1 95:1
96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1
129:1,17 130:1
131:1 132:1 133:1
134:1 135:1 136:1

137:1 138:1 139:1
140:1 141:1 142:1
143:1 144:1 145:1
146:1 147:1 148:1
149:1 150:1 151:1
152:1 153:1 154:1
155:1 156:1 157:1
158:1 159:1 160:1
161:1 162:1 163:1
164:1 165:1 166:1
167:1,12 168:1
169:1 170:1 171:1
172:1 173:1,2
174:1 175:1 176:1
177:1 178:1 179:1
180:1,4 181:1
182:1,19 183:1
184:1 185:1 186:1
186:16 187:1
188:1 189:1 190:1
190:7,10 191:1
192:1 193:1 194:1
195:1 196:1 197:1
198:1 199:1 200:1
201:1 202:1,24
203:1,25 204:1
205:1 206:1 207:1
207:5,7 208:1
209:1 210:1 211:1
212:1 213:1 214:1
215:1 216:1 217:1
218:1 219:1 220:1
221:1 222:1 223:1
224:7,16 225:10
226:7,24 227:8,11
227:13,18
**smiths (14)** 199:14
199:17,20 203:20
203:23 206:24
207:2,4 217:22
218:8 222:17
227:20,21,22
**social (1)** 82:24
**socialized (2)** 171:2
171:4

**somebody (3)**
220:13 221:6,16
**son (8)** 28:12,15
29:3 171:14
197:13 206:12
208:20,21
**sons (3)** 138:3
171:16 209:8
**sorry (3)** 46:5,18
188:17
**sort (1)** 195:2
**sound (1)** 84:5
**sounds (4)** 83:21,24
84:3,9
**south (1)** 157:12
**southern (7)** 13:3
28:7,18,20 29:5
177:7 215:14
**souvenirs (1)** 39:13
**space (1)** 162:18
**sparingly (2)** 7:24
9:3
**speak (7)** 30:16
81:21 88:17
105:18 123:14
128:25 130:13
**speakerphone (1)**
104:8
**special (4)** 3:9,23
179:5 211:24
**specific (11)** 9:12
15:10 19:3,10
24:16,25 50:20
90:14 98:8 133:24
146:3
**specifically (43)**
6:16 10:9,14
12:12 13:6 16:14
20:12 28:5 49:9
50:2 54:10 58:19
73:16,17 78:9
79:4,8 80:19
83:22 89:8 96:22
99:2 106:19
107:12 108:23

112:15 113:4
114:20 115:6,21
116:5 120:3
124:15,22 128:3
145:24 162:13
164:5 191:13
193:14,18 206:9
218:21
**specs (2)** 88:5
100:24
**speculate (1)**
162:15
**spend (3)** 142:16
148:7 151:9
**spends (1)** 141:24
**spent (9)** 141:20,22
142:2,4,14,19
146:25 147:23
156:8
**spirits (5)** 28:8,18
28:21 29:5 215:14
**split (3)** 41:8,9
189:16
**spoke (1)** 188:20
**spoken (4)** 20:6,10
123:7 193:4
**sponsor (5)** 139:24
139:24,25 215:19
215:20
**sponsorship (6)**
18:24 54:23 55:6
55:8 140:11,13
**sponsorships (1)**
138:19
**sporting (2)** 177:13
179:10
**sports (1)** 179:14
**spot (1)** 205:23
**spots (1)** 169:14
**spreadsheet (1)**
109:11
**spring (1)** 137:12
**springfield (1)**
195:18
**ss (2)** 224:4 225:4

**staff (2)** 102:25
197:12
**stand (2)** 104:14
140:7
**standard (3)** 67:16
73:6 201:15
**start (6)** 4:25 47:9
60:18,19 96:3
172:4
**starts (5)** 23:25
181:22 182:20,21
183:5
**state (9)** 2:14 4:4
60:6 85:9 95:6
97:12 224:4 225:4
225:8
**stated (8)** 4:4 64:17
109:13 110:5
127:17,18 130:18
183:14
**statement (6)** 38:10
44:11 45:2 132:16
187:25 188:2
**statements (1)**
35:20
**states (4)** 1:4 3:3
5:12 85:2
**status (1)** 171:22
**stay (4)** 52:9 58:9
148:25 162:20
**stayed (2)** 52:12,13
**staying (4)** 14:18
14:19 19:19,19
**sterling (1)** 41:16
**steve (14)** 32:7 46:8
47:17 62:11
138:22 166:2,5
184:5,6 185:3,4
185:12 191:15,16
**stipulate (1)** 104:24
**stipulated (1)**
108:12
**stockton (3)** 15:12
15:14,15
**stood (5)** 105:13

115:11,19 116:4
116:11
**store (3)** 38:22 40:7
40:10
**street (1)** 2:11
**structure (2)** 72:18
138:19
**structured (1)** 85:5
**stuart (1)** 193:2
**subject (3)** 92:12
132:4 215:4
**submit (7)** 126:2
128:2 200:19,24
201:2 204:14
209:24
**submitted (7)**
35:12 128:4 201:3
201:17 202:13
204:11 210:12
**subscribed (1)**
224:19
**subsequent (1)**
69:2
**substance (3)** 194:9
194:16 196:15
**succeed (1)** 212:20
**succession (1)**
196:11
**suggest (1)** 213:12
**suggested (2)** 41:5
79:18
**suggestion (1)**
210:16
**suitable (1)** 108:21
**suite (1)** 3:5
**sullivan (9)** 46:9,25
47:24 48:3 49:20
49:24 61:23 62:8
62:19
**sunday (1)** 58:5
**super (7)** 19:14,21
20:2,4,7 25:21
194:11
**supplier (1)** 60:2
**supply (2)** 5:11

60:14
**support (1)** 138:17
**supposed (9)** 27:10
57:10,14,17 75:3
109:12 116:18
177:22,24
**sure (16)** 6:11
10:12 77:14 89:2
91:8 151:5,6
158:22 173:18
181:12 185:4
192:6 211:2
214:15 222:12,15
**susan (4)** 1:24 2:12
225:7,21
**sweater (1)** 39:11
**switching (1)**
109:24
**sworn (11)** 1:10
2:10 4:3,14 19:12
95:5 213:25 224:9
224:11,19 225:11

**T**

**t (9)** 4:2 5:24 23:19
95:2,4 224:2
225:2,2 226:18
**take (40)** 10:3
17:23 20:21 21:3
23:24 25:12 34:12
36:4,15 37:14
40:15 42:21 56:22
58:2 59:9 63:23
65:12 66:6 90:22
94:13 106:6
107:17 129:20
137:4 150:13
161:17 166:12
167:16 173:2
180:4,8 186:8,22
190:10 202:25
214:22 217:10,21
219:4 222:11
**taken (9)** 16:24
66:8 94:15 132:19

W.C. Smith    8/11/2016

**Page 23**

173:24 188:7 206:2 222:13 224:8
**takes (2)** 141:5 181:19
**talk (15)** 16:23 17:3 19:20 24:17 59:3 59:6 105:12 119:4 119:11 122:21 123:21 129:4 130:16,19 134:12
**talked (5)** 20:4 119:10,15 131:18 185:11
**talking (12)** 31:20 43:17 45:15 62:5 71:19,22 72:3 73:11 100:14,15 104:9,11
**tarpinian (3)** 62:10 62:25 191:23
**taylor (4)** 19:13 24:17 193:20 194:2
**teamster (13)** 70:17 70:20 139:21,23 144:3 160:10,11 176:20 179:9 215:14,23 220:10 220:16
**teamsters (12)** 1:7 3:12 13:4 71:16 72:4 145:11 149:8 150:24 152:15 176:14 177:7 179:7
**ted (1)** 139:7
**tee (3)** 144:14,15 184:18
**tees (1)** 155:23
**telephone (12)** 15:24,25 16:15 23:5 25:6 27:21 27:25 38:5 104:6 106:2,7 227:9

**telephonic (1)** 92:20
**tell (25)** 9:10 10:4 10:25 53:10 71:3 71:8 89:24 90:6 100:10 109:18 112:17,18 115:13 122:7 123:6,9,19 125:13 135:18 158:20 164:5 178:9 180:14 199:23 213:18
**telling (3)** 47:3 123:16,17
**tenure (1)** 213:5
**term (1)** 11:17
**testified (11)** 4:7 19:11 53:24 55:23 55:24 95:7 194:8 194:20 201:20 207:21 213:3
**testify (1)** 4:20
**testifying (1)** 4:17
**testimony (20)** 13:23 14:14 26:18 27:2 53:20 55:13 95:10 194:5,8,15 194:24 198:11 209:21 210:22 212:19 215:16 220:13 221:4 224:8 225:13
**text (1)** 106:11
**texted (1)** 197:6
**thank (3)** 46:19 186:7 223:14
**thats (90)** 9:15 12:8 14:15 15:19 23:12 36:6 37:15 38:15 40:21 41:10 42:25 45:5 47:6 48:9,10 49:14 51:7 54:15 54:18 57:4 62:14 63:10,13,24,25 64:2,4,9 65:18

68:19 72:22 73:6 77:3 81:7 82:12 93:22 98:10 101:12 102:7 103:24 104:10 106:14 108:12 118:10 122:16 130:2,4 139:18 140:13 147:6 154:14 155:16,21 160:2 162:22 168:23 169:9 171:15 172:19 173:8 174:2 175:4 180:25 182:23 183:2 186:4,6,19 189:4,6 191:16 195:23 197:14,16 197:21,21 200:22 202:2,7 204:6 208:14 218:11,16 219:7,20 220:8,15 221:14 222:4 223:10
**theres (49)** 10:7,8 24:8 38:18 40:16 41:16,17,24 43:10 44:4,9 59:11 64:15 65:14,20 68:22 69:17,24 82:22 93:22,24 106:10 107:19 143:22 151:21 152:22 156:23 159:4 167:2,5 168:4 175:2 180:11 181:3,22 183:22 184:2,16 186:9 190:21 191:5,18 196:4 202:2 213:20 217:23 221:5 222:17 223:6
**thing (3)** 40:25 84:9 115:20

**things (4)** 60:15 153:23 154:14 191:14
**think (120)** 5:9,10 5:10 6:6 7:17,18 9:15 13:18,19 14:13,15 15:3 21:21 22:16 27:21 29:15 30:2,4,12 31:9,12,13 32:2 32:20,21,25 40:13 42:8 47:17 48:15 48:16 51:7,22,24 52:22 54:14,25 55:2,9,13 57:11 60:9,10 63:10 68:18 69:24 70:23 77:10,10,13,14 80:16 81:7 83:8 85:16,17,17 89:9 90:14,15 94:9 97:12 102:20,20 109:5 112:14 120:13 129:5 137:11 146:16,17 147:22 148:2,4 151:3 154:25 155:2,11,19 156:4 157:17,19 160:6 160:21,21,23,23 160:25 164:6,21 168:10 169:17 170:2 171:14,15 172:6 177:21,21 180:9 181:16,17 181:18 183:3 187:17,19 189:21 191:15 197:6,7 201:20 202:7 213:22 214:8 216:10,13,15 220:11,24 221:3,4
**third (8)** 39:9 57:11 106:9 120:21 158:23 180:12

196:10 208:13
**thirdparty (1)** 156:13
**thompson (1)** 85:16
**thought (5)** 93:12 170:21 184:4 185:3 212:11
**thousand (8)** 30:4 32:20 36:11 49:10 67:18 156:24 157:18,20
**thousanddollar (1)** 157:19
**three (22)** 8:20 31:2 40:17 41:25 64:16 64:18 66:3 83:9 140:10 141:13 150:23 155:2,9 158:24 159:8 161:8 163:22 196:17 201:21 206:18,19 221:21
**thursday (7)** 1:12 25:22,23,24,25 58:3,4
**ticket (7)** 41:8 161:6 164:18 178:14 187:7,14 187:16
**tickets (20)** 26:20 26:23 27:3,10,12 27:13,15,17 85:25 86:5 177:12,25 178:7,9 179:11,15 187:4 194:13 211:12 212:10
**till (1)** 158:5
**time (50)** 6:12,15 8:4 11:24 13:9,12 16:7,16 20:9 21:3 21:25 22:2 26:15 26:15 28:10 30:9 33:7 34:16 47:18 55:4 69:10 74:23 75:16,23 87:22,25

W.C. Smith                                                                  8/11/2016

94:16 95:3 96:7
106:21 119:10
120:14 121:5
124:10 139:19
159:19,20 163:12
171:18 174:16
181:11,12 184:24
195:24 198:6
215:5,11 220:25
221:3 223:16
**timely (1)** 76:8
**times (8)** 13:5
134:21 138:9
141:12 147:5
159:18 184:18
189:22
**tip (2)** 200:12,13
**title (1)** 64:20
**today (6)** 4:17 53:2
119:9 192:17
198:11 202:17
**todays (3)** 199:20
202:24 203:21
**told (31)** 9:20 10:20
11:6,7,9,16,20
19:18 27:3,4,12
46:25 49:19,25
66:3 73:17 97:9
101:7 119:23
125:8 126:24
136:8 148:21,23
184:4 212:10
221:24 222:22,25
223:2,3
**tom (4)** 74:25 75:2
138:23 149:23
**top (10)** 21:16
22:10 42:5 162:4
168:22,22 173:16
189:2 202:3
219:13
**topic (1)** 156:19
**total (9)** 5:17
146:18,24 157:10
158:10 169:13

187:12,20 200:11
**totaled (1)** 209:17
**tough (1)** 17:8
**tournament (34)**
61:7 83:10,10,16
138:11,15,17
140:12 141:5,7
142:14 143:16
150:6 152:3
153:18,24 154:4
155:13 165:13,20
165:23 168:2,8,19
169:6,12 204:9,10
204:13 205:24
206:7 207:25
209:12 220:14
**tournaments (3)**
54:6 61:2 144:15
**town (2)** 36:18
121:16
**track (2)** 153:22
156:6
**trade (1)** 156:25
**traditional (1)**
37:16
**transaction (2)**
41:24 44:9
**transcript (3)**
224:8,10 225:12
**transmission (1)**
112:24
**transmitting (3)**
179:25 180:6
227:17
**travel (15)** 5:3
142:25 143:5,9
149:3,10,16 150:3
161:23 162:3,11
162:25 163:2
186:13 187:13
**traveled (1)** 163:19
**traveling (3)** 67:15
164:3 186:9
**travelling (6)** 33:21
43:19 44:22 51:3

51:5,17
**treasurer (5)** 13:15
69:11 74:25 85:14
211:14
**tremendous (1)**
149:13
**tried (3)** 61:16
186:4 198:24
**tries (1)** 138:8
**trinkets (1)** 155:23
**trip (43)** 29:8,13,13
31:2,5,18,21,22
31:25 32:9,24
33:12,14 34:23
45:25 46:11 49:22
51:6,10,21,23
52:5,19,25 53:4
53:16,17 57:3,8,9
57:20 61:19 62:5
66:11 86:13,14
180:19,21 181:5
184:20 185:7
189:9 226:14
**triple (3)** 206:11,12
206:13
**trips (2)** 31:2 36:13
**truck (1)** 156:3
**true (3)** 224:10,13
225:12
**trustee (4)** 68:2
93:7 95:25 96:2
**trustees (60)** 69:4
69:21,25 76:7,20
76:25 77:8,16,19
79:19,23 89:14,16
89:21,25 93:4
95:15 98:3,11,25
99:10,12,13,14
102:24 103:16,19
103:23 104:20
105:17 108:9
111:3 112:9 113:6
114:5,8,25 115:4
116:10 117:8,13
119:20 122:10

124:6,8,23 126:3
126:5 128:14
129:23 130:10
131:9,17 132:25
134:24 136:15,17
210:5,22,24
**try (8)** 12:3 41:6
51:18 148:25
151:18 185:13
186:5 216:17
**trying (8)** 6:6 9:16
17:13 36:2 60:9
157:3 164:22
216:8
**turn (1)** 103:6
**turns (1)** 173:24
**twice (3)** 13:15
141:2 189:22
**two (47)** 8:7 21:16
25:16 29:17,22
30:14,20 32:21
34:18,22 45:5
76:21,22,24 83:9
96:5,8 103:9
108:21 122:24
127:15 139:6
140:10 151:9
154:19 157:17,24
159:2 163:19
168:7 177:25
188:12,16 192:18
197:9 199:14,21
206:11,13 208:21
208:22 209:5,7
219:21 221:5
222:24 223:2
**twominute (1)** 28:3
**twopage (2)** 199:16
227:20
**twos (1)** 219:22
**type (6)** 5:5 97:8
100:4 121:9
146:11 156:25
**types (3)** 144:12
189:14 223:2

**U**

**u (4)** 36:17 50:9
56:9 187:11
**unable (1)** 211:16
**underprivileged ...**
54:20
**understand (17)**
4:16,19 10:10
72:13,22 73:2,7
76:2 81:9 87:6
88:24 91:16
122:16 131:22
136:3 161:6
168:18
**understanding (5)**
11:11 99:24
122:12 130:10
211:12
**understood (1)**
122:17
**unfunded (1)** 85:3
**union (11)** 36:24
63:18 64:9,17,20
64:24 71:18 143:5
143:6 144:4
175:17
**unions (2)** 138:2
165:14
**united (20)** 1:4 3:3
75:11 102:20
103:12,24,25
104:10 108:22
110:14 140:4
176:3,4,10,19
177:2 178:10,21
179:11,13
**unity (5)** 28:24
162:18,19 164:8
170:17
**universities (1)**
158:25
**upgrade (1)** 187:18
**urgency (2)** 66:15
66:16
**use (12)** 6:4,11 7:23

9:3 16:2,4 66:13
152:11 153:3
158:23 172:19
178:6
**uses (1)** 124:14
**usually (10)** 67:17
107:6 141:9 147:4
149:6 151:10
166:2,4 167:3
181:18

---

**V**

**vacation (1)** 58:2
**vague (1)** 115:22
**value (3)** 85:23
86:8 175:21
**various (7)** 29:9
142:2 184:17
205:6 217:13,15
217:16
**variously (1)** 215:8
**veba (48)** 68:3,9
69:23 70:4 71:4
71:21,21,23 72:2
72:3,7,13,17,21
72:24 73:8,20,22
73:24 74:2,5,7,10
74:14 75:5,6,8,22
76:7 77:25 78:7,8
78:13 79:2,6
84:14 85:4 86:21
86:25 88:19 95:12
97:10,23 100:20
102:12 125:4
129:23 210:5
**vegas (7)** 54:18
107:3 161:24
162:3 163:11
165:2,14
**vendor (4)** 78:3
133:2 175:11,20
**vendors (5)** 77:24
138:17 173:23
174:5,23
**verbally (1)** 192:6

**verify (1)** 146:8
**versa (1)** 162:18
**versions (1)** 45:5
**versus (2)** 36:17
144:25
**vesey (1)** 2:11
**vice (6)** 25:16 104:5
122:25 123:4
137:7 162:18
**vicinity (1)** 198:2
**vicki (2)** 81:5,6
**vincent (1)** 83:18
**virginia (1)** 156:4
**visa (4)** 7:17,19 8:8
8:18
**visiting (1)** 151:16
**void (1)** 121:7
**volunteered (1)**
117:7
**voted (1)** 74:22
**vyskocil (1)** 176:7

---

**W**

**w (25)** 1:10 2:10
3:13 4:2 17:20
22:12 32:15 33:7
57:2 90:19 95:4
129:17 167:12
186:16 190:7
224:2,7,16 225:10
226:7,24 227:8,11
227:13,18
**wait (3)** 24:11
110:18 115:23
**waited (1)** 132:15
**waiting (1)** 181:20
**walk (1)** 151:12
**want (16)** 18:18
25:10 30:25 33:9
47:21 55:2 72:16
77:13 89:22 92:15
151:5,6,7 195:11
214:11,15
**wanted (10)** 27:16
40:3 92:17 145:8

208:4,20,21
221:24 222:23
223:3
**wants (1)** 154:22
**warehouse (1)**
156:2
**warehouses (1)**
156:3
**washington (9)** 4:6
26:2 57:23 60:6
64:22 73:12
177:16 211:7
218:24
**wasnt (12)** 14:17
49:21 89:17 93:14
93:17 99:21
112:11,13,18
113:24 123:19
185:25
**watch (4)** 145:20
145:21,22 147:15
**watches (1)** 147:10
**way (11)** 12:3
22:25 42:10 67:23
72:22 73:6 81:7
95:17 115:14
122:16 225:16
**wealth (8)** 176:3,5
176:10,19 177:3
178:10,21 179:11
**wear (1)** 203:14
**wears (1)** 206:12
**weather (1)** 26:17
**wednesday (3)**
57:25 58:3 165:2
**week (5)** 41:5 57:11
96:4 107:7 190:24
**weeks (6)** 12:17
30:10 76:21,22,24
96:5
**welding (1)** 157:2
**went (19)** 6:8,21,24
19:21 36:20 37:7
37:9,11 39:7 40:3
40:8 50:11 62:12

86:12 102:23
197:22 198:23
202:12 223:7
**west (2)** 139:8
157:13
**western (1)** 13:10
**whats (36)** 10:4
17:24 20:21 23:11
34:12 35:6 42:21
45:12 51:9 63:11
65:12 68:9 90:22
106:6 107:18
129:20 132:3
151:4 153:19
161:17 165:11
167:16 170:20,23
171:16 173:3
180:5 184:15
188:10 190:11
199:19 212:21
217:22 220:6
222:16 223:10
**whereof (1)** 225:18
**whos (4)** 156:5
176:4 184:17
219:25
**wife (11)** 26:4
39:10,15 194:10
194:11 195:5
196:23 197:3,16
199:4,5
**win (4)** 159:21
160:14,15 161:4
**wind (1)** 39:18
**wine (5)** 28:7,18,21
29:5 215:14
**winners (5)** 159:12
168:16,23 169:5
169:11
**withdrawal (1)**
67:7
**witness (8)** 9:15
131:22 158:18
222:12 225:10,13
225:18 226:6

**womens (1)** 170:16
**won (4)** 159:17,19
159:19,22
**wont (1)** 217:9
**wood (3)** 155:10
206:18,20
**woods (10)** 144:17
154:17,18 155:7
155:15,19 205:15
206:16,17 207:22
**wool (1)** 39:10
**word (1)** 205:11
**words (1)** 44:15
**work (16)** 4:4 6:9
6:21,25 23:4
77:20 95:12 96:21
97:7,10,15,19
151:8 191:11,15
211:20
**worked (3)** 75:16
81:11 83:11
**working (1)** 60:19
**works (4)** 4:13
101:5 150:7
213:20
**wouldnt (4)** 121:8
175:10 217:2,3
**woyoko (4)** 149:23
149:24 156:7
167:8
**write (9)** 46:6,12
67:10,12,17
156:19 157:3
216:20,22
**writing (3)** 67:24
95:16,19
**written (7)** 45:22
48:9 53:11 78:11
115:22 218:24
219:9
**wrong (1)** 81:6
**wrote (15)** 36:20
47:15 56:3 65:2
206:13 208:5
209:18 218:5,19

219:14,15,23
221:6,14 222:19

**X**
**x (7)** 1:3,8 206:11
206:12,13 226:2
226:18
**xyz (1)** 73:4

**Y**
**yeah (1)** 197:8
**year (44)** 6:6 8:6,24
12:17 97:16 138:9
140:18 141:2,3,12
143:11,17,19,22
144:23 145:17,18
146:14,17 149:2,4
149:5 155:13,14
155:14 156:22
157:14,21,21,23
158:2,4,4,5
163:20,22 164:13
164:14 173:8
183:16 205:16
206:18 214:3,17
**years (27)** 6:17
8:12 13:20 54:15
60:4,5,12,25
63:21 79:20,21
153:21 155:2,10
163:22 165:15
170:14 174:6
175:4 179:17
190:22 191:4
195:5 197:4,14
205:13 213:8
**york (16)** 1:11,11
2:12,12,14 3:6,6
3:16,16 4:4 95:6
139:12 224:4,5
225:4,8
**youll (2)** 40:4 223:6
**youre (6)** 10:12
62:14 176:25
183:3 192:10

219:20
**youve (3)** 16:18
66:23 83:2

**Z**
**zahner (42)** 3:9 4:8
4:10 9:22 17:17
20:16 22:13 30:18
34:7,25 36:2
42:16 53:25 66:6
87:15 89:7 90:16
94:13 95:9 105:24
110:20 111:19
129:15 131:18
161:12 167:10
172:21 179:22
190:4 192:8,17
193:11 197:24
202:17 205:5
210:4 215:13
216:3,5 222:10
223:13 226:7

**0**
**000 (18)** 65:5,8,10
125:3 147:7,8,9
147:11 148:7,12
156:14,15 157:21
157:23 158:3,4,9
160:24
**00011 (1)** 202:24
**00048 (2)** 207:7,10
**0005 (3)** 42:24 43:7
45:5
**00052 (1)** 207:7
**0005a (2)** 43:4,10
**000dollar (5)**
140:11 156:16
157:8,15 158:6
**01 (1)** 160:3
**02 (1)** 160:3
**03 (1)** 61:9
**04 (1)** 61:10
**05 (2)** 41:12 173:7
**06 (5)** 200:9,14,19

201:8,10
**08 (1)** 137:12

**1**
**1 (23)** 7:2 21:9 30:4
32:20 36:6 43:14
43:15 56:12 57:3
63:13 94:16 104:2
156:15,16 157:14
158:6 187:17,22
199:14,17,20
201:13 227:20
**10 (20)** 2:8 4:25 6:9
8:12 54:15 61:6
82:25 152:14
156:14 157:8,15
157:18,21,23
158:9 168:11,22
169:14 172:7,14
**100 (6)** 5:8,13 15:3
168:9 169:10
200:11
**100041102 (1)** 3:6
**10006 (1)** 3:16
**10121 (1)** 1:25
**106 (1)** 227:9
**1099 (3)** 161:2
169:2,8
**10th (5)** 46:3 50:19
63:25 165:2,5
**11 (17)** 1:12 2:7
4:25 6:10 9:23,25
10:4 59:10 65:14
95:3 167:13,18
172:7 214:7 224:9
226:22 227:14
**110 (5)** 147:4,7,13
148:10 226:8
**111 (1)** 226:7
**12 (16)** 17:18,21,24
29:19 31:9,12
85:10 162:23
164:16 175:4
202:12,24 203:12
214:6,7 226:23

**120 (5)** 147:4,7,13
148:10,11
**129 (1)** 227:11
**13 (23)** 7:19 20:17
20:19,22 23:13
29:20 58:22 85:10
102:15 119:9
162:23 164:16
181:23,25 182:21
183:7,21,22 184:2
184:11 193:11
195:10 227:2
**138 (1)** 200:9
**13th (1)** 165:3
**14 (20)** 17:19,25
34:8,10,13 51:10
65:18,22 90:19,24
154:21 160:21
177:21 183:2
187:9,10 207:22
226:23 227:3,8
**15 (18)** 26:8,17
35:2,4,7 36:5
42:25 45:13 53:12
55:25 56:23 59:10
63:12 65:13
145:19 202:24
209:14 227:4
**151 (2)** 162:24
163:4
**16 (7)** 42:17,19,22
45:4 182:8 193:21
227:6
**161 (1)** 227:12
**167 (1)** 227:13
**16th (1)** 3:15
**17 (10)** 3:5 90:17
90:20,23 158:15
182:2 202:3,8
226:23 227:7
**172 (1)** 227:15
**179 (1)** 227:16
**17th (1)** 208:18
**18 (12)** 24:17
105:25 106:3,7,10

107:19 182:8,20
182:22 183:6
184:16 227:9
**180 (1)** 146:23
**18minute (1)** 24:9
**18th (1)** 225:19
**19 (8)** 129:16,18,21
131:4 132:5,17,18
227:11
**190 (1)** 227:18
**192 (1)** 226:8
**1974 (1)** 7:23
**199 (1)** 227:20
**1st (2)** 56:20
163:23

**2**
**2 (14)** 21:6 36:7
37:15 38:16 43:25
95:3 104:2 124:20
157:14,23 158:5
203:20,23 227:21
**20 (15)** 24:11,21
61:6,11 161:13,15
161:18 168:19
190:7,13 200:12
217:20 227:2,12
227:19
**200 (5)** 146:3 147:6
147:8 158:3,4
**2000 (1)** 214:6
**20001 (1)** 4:6
**2004 (5)** 173:8
174:6,21,25 175:2
**2005 (2)** 173:10
175:3
**2006 (1)** 175:3
**2007 (3)** 137:10
174:19 212:25
**2008 (1)** 212:25
**200dollar (1)**
146:22
**2010 (4)** 6:13 7:2
68:5 204:10
**2011 (1)** 6:13

email@tobyfeldman.com
tobyfeldman.com

Toby Feldman, Inc.
NATIONWIDE SERVICES

Certified WOB
(800) 246.4950

W.C. Smith                                                    8/11/2016

**2012 (12)** 7:14
  29:23,25 31:17,24
  33:18,22,23,24
  75:2 79:19 226:13
**2013 (40)** 7:3,5,16
  8:3 25:19 29:8
  30:13 31:3,6,13
  31:16,18,19 32:23
  33:14 36:7 63:17
  79:13,16 87:5
  90:13,13 97:21
  106:18 107:3,8,14
  130:2 147:21
  162:16 164:15
  180:23 183:4,25
  184:9 193:14,15
  207:15 210:6
  215:9
**2014 (25)** 14:3
  17:19,25 46:4
  59:16 63:25 65:15
  146:15 167:13,18
  198:2 208:10,18
  211:7 219:9,15,15
  219:18,24 220:2
  220:14,14 221:6
  226:23 227:14
**2015 (17)** 56:11,12
  56:20 57:4,12
  58:21,22 64:7
  90:19,25 147:10
  147:18 190:7,13
  191:8 227:8,19
**2016 (9)** 1:12 2:7
  21:7,23 24:8
  164:15 224:9,20
  225:19
**202 (4)** 5:20 6:19
  12:11,13
**203 (1)** 227:21
**206 (1)** 227:22
**21 (6)** 167:11,14,17
  202:3,8 227:13
**210 (1)** 146:23
**2123631935 (1)** 3:8

**2126350202 (1)** 3:7
**2128834951 (1)**
  3:17
**216 (1)** 226:7
**21st (3)** 106:11,18
  219:15
**22 (8)** 147:8 172:22
  172:24 173:3,10
  186:8 210:6
  227:15
**220 (1)** 155:10
**223 (2)** 200:14,19
**225 (1)** 195:17
**22nd (18)** 104:23
  105:2,7,13 108:11
  116:4,15 118:4,8
  118:15,17 119:2,5
  119:18 122:19
  125:9 128:7
  132:20
**23 (7)** 179:23 180:2
  180:5 181:22
  186:23 188:11
  227:16
**230 (2)** 41:12
  155:10
**24 (7)** 132:12 147:7
  184:16 190:5,8,11
  227:18
**25 (8)** 4:5 60:13
  188:11,15,19
  189:6 209:14,17
**250 (2)** 2:11 148:5
**254 (1)** 24:2
**256 (1)** 208:7
**26 (8)** 94:16 188:11
  188:13,15,19,20
  189:2 209:17
**265 (2)** 155:3
  207:14
**27 (2)** 187:10,22
**270 (1)** 24:12
**271 (2)** 24:21 28:3
**272 (1)** 195:13
**273 (1)** 196:5

**275 (1)** 155:3
**27th (1)** 187:8
**28 (1)** 65:15
**280 (1)** 148:5
**283 (1)** 187:17
**28th (4)** 21:23 22:3
  59:15 191:8
**2942050 (1)** 195:18
**29th (5)** 22:3 53:12
  56:10 131:10
  132:12

---

**3**

**3 (13)** 40:16 65:5
  164:18 165:4
  182:8 187:22
  206:24 207:2,5
  217:22 218:8
  222:17 227:22
**30 (9)** 26:8,14 60:4
  60:5,12 152:2
  187:22 195:4
  197:14
**300 (5)** 125:3
  148:11 201:10,10
  201:19
**300dollar (1)** 201:4
**30th (3)** 107:19
  130:2,14
**31st (6)** 23:25
  25:18 26:10
  193:22 194:12
  196:2
**32 (5)** 160:23,24
  180:12,15 181:4
**321 (1)** 43:25
**331 (1)** 3:5
**34 (4)** 5:10 180:15
  226:13 227:3
**340 (1)** 145:4
**35 (1)** 227:4
**36 (2)** 148:12 196:3
**37 (1)** 106:11
**3716 (1)** 63:14
**3792 (1)** 64:12

**38 (4)** 5:10 107:20
  148:7 223:16
**3x (2)** 209:5,14

---

**4**

**4 (4)** 106:11 162:23
  186:21 226:7
**40 (8)** 12:17 61:12
  153:21 195:9
  209:4,18,19
  222:18
**42 (1)** 227:6
**4371501 (1)** 5:20
**438 (2)** 201:8,10
**4388 (1)** 47:10
**44 (1)** 196:6
**4486 (1)** 1:5
**45 (1)** 3:15
**49 (6)** 218:9 219:7
  219:10 221:10,12
  221:15
**4th (2)** 43:10
  180:23

---

**5**

**5 (5)** 26:2 40:5
  172:14 183:24
  223:16
**50 (12)** 145:4
  151:22 161:8
  164:18 165:4
  219:6 220:7,11,15
  221:15 222:4,5
**500 (8)** 30:4 32:20
  67:2,18 147:15
  157:23 168:5,24
**51 (4)** 209:4,18,19
  222:18
**518 (1)** 187:22
**52 (3)** 223:10,12
  226:14
**53 (4)** 24:21 26:9
  28:3 204:2
**54 (1)** 204:2
**55 (2)** 5:9 34:14

**5500 (3)** 74:5 75:7
  75:10
**59 (1)** 2:8
**599 (1)** 168:25

---

**6**

**6 (10)** 40:7,22
  45:14,14 47:6
  63:24 65:8,10,20
  82:24
**60 (1)** 187:17
**6006 (3)** 208:5,13
  218:11
**601 (2)** 6:2,19
**6032 (1)** 207:13
**6043 (1)** 208:19
**6047 (1)** 65:15
**6082 (2)** 64:4 65:21
**61 (1)** 200:13
**62 (1)** 187:20
**624 (1)** 12:13
**6246917 (1)** 12:11
**64 (2)** 147:9,11

---

**7**

**7 (10)** 13:24 53:9
  55:25 57:4 64:6
  137:12 164:20
  165:6 168:5
  187:10
**70 (1)** 140:11
**721 (1)** 187:9
**75 (1)** 43:25
**7s (1)** 198:8
**7th (1)** 58:21

---

**8**

**8 (20)** 8:12 26:8,8,9
  26:14,14,16,17
  28:3 40:5,7,22
  56:23 82:24
  107:20 148:6
  168:11,22 169:14
  193:21
**800 (2)** 38:6 42:13
**85 (1)** 200:13

W.C. Smith                                           8/11/2016

**Page 28**

**850 (1)** 57:3
**87 (1)** 200:13
**88 (1)** 1:5
**891 (4)** 6:5 203:22
  204:6 227:21

---

**9**

**9 (6)** 168:9 169:10
  196:3,6 202:12
  226:22
**90 (1)** 227:7
**91 (1)** 13:18
**9175215866 (1)**
  3:18
**92 (1)** 13:19
**9558782 (1)** 6:2