# EXHIBIT 5

# INDEPENDENT DISCIPLINARY OFFICERS
# OFFICE OF THE INDEPENDENT INVESTIGATIONS OFFICER

17 Battery Place, Suite 331
New York NY 10004-1150
(212) 635-0202

August 25, 2017

Teamsters Local # 385, Orlando, Florida

Please provide copies of the following for the period of January 1, 2013 to the present unless otherwise noted:

1. Minutes of general, special, nomination, and executive board meetings, including all attachments, sign in sheets, and telephone polls
2. Local 385 bylaws with IBT approvals
3. Employer list with business agents and stewards assigned to each employer or industry
4. Membership roster (by employer and alphabetically)
5. Local 385 policies and procedures including but not limited to vacation, auto, severance, per diem, and sick leave policy (Local 385 specific, not the IBT binder)
6. All L-385 auto lease agreements from January 2012 to the present
7. Correspondence between Local 385 and the IBT, and /or Dept. of Labor regarding the most recent audit(s) and any other actions
8. Cash receipts and disbursements journals
9. Payroll records for all Local 385 officers and employee's (Jan. 1, 2013- Present)
10. Dues printouts for all Local 385 officers, business agents and organizers
11. Contracts that Local 385 officer and business agents salaries are based upon
12. Any and all vacation records
13. Auditors end of year financial statements
14. Check summary reports (include 2012 summaries)
15. Monthly bank statements including copies of cancelled checks (All accounts)
16. All Local 385 scholarship documents including but not limited to bank statements, incoming donations and funds, disbursement checks, and applications from January 1, 2013 to the present
17. Copies of pulled vouchers and receipts (front and back)
18. Gift card purchase approvals and disbursement records
19. List of all cell phone numbers of local officers and employees (January 2014- present)
20. All email addresses and accounts of Local 385 officers, B.A's and staff (January 1, 2014- present)
21. Referral rules, applications and any referral lists
22. Referrals for Freeman Decorating from January 1, 2013 to the present
23. Last two Freeman Decorating C.B.A.'s
24. Contracts that cover 5 or less members (the last two contracts)
25. Copies of the following check vouchers with backup from December 2012: 25084, 25085, 25193, 25194, 25197, 25198, 25199, 25200

Please provide copies of the above to our office by September 15, 2017.
Please identify the response items by number. If an item from the above list is not provided, please state the reason in writing. If possible please provide the above on electronic media. (Flash drive, etc.)

Thank you for your cooperation in this matter.

Very truly yours,

Jerome Pugh and Donald Schwally
Special Investigators, IIO