**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                              Plaintiff,                    88 Civ. 4486 (LAP)

              v.                                            **NOTICE OF MOTION**

INTERNATIONAL BROTHERHOOD OF
TEAMSTERS, *et al*.,

                              Defendants.

        PLEASE TAKE NOTICE that upon the accompanying memorandum of law and

declaration in support thereof, Plaintiff the United States of America, by and through its attorney,

Jay Clayton, United States Attorney for the Southern District of New York, and the International

Brotherhood of Teamsters shall jointly move this Court for an order approving a limited

presumptive right of access rule for the 2026 election of the International Brotherhood of

Teamsters.

Dated:      New York, New York
            July 9, 2025

                              Respectfully submitted,

DAVID SUETHOLZ                            JAY CLAYTON
General Counsel                           United States Attorney for the
International Brotherhood of Teamsters     Southern District of New York

By:  s/David O. Suetholz                  By:  s/Rebecca S. Tinio
     DAVID O'BRIEN SUETHOLZ                     REBECCA S. TINIO
     International Brotherhood of Teamsters      Assistant United States Attorney
     25 Louisiana Avenue, NW                     86 Chambers Street, Third Floor
     Washington, D.C. 20001                      New York, New York 10007
     Tel.: (202) 624-6847                        Tel.: (212) 637-2774
     Email: dsuetholz@teamster.org               Email: Rebecca.Tinio@usdoj.gov