Case 1:88-cv-04486-LAP     Document 4633     Filed 07/16/25     Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                              Plaintiff,

                v.

INTERNATIONAL BROTHERHOOD OF
TEAMSTERS, *et al.*,

                             Defendants.

---

88 Civ. 4486 (LAP)

~~[PROPOSED]~~ ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of the parties' joint motion seeking an order approving a limited parking lot access rule for the 2025-2026 International Board of Teamsters International Union and Delegate Officer Election (the "2026 IBT Election"), pursuant to the All Writs Act. (*See* Dkt. No. 4630.) The proposed limited parking lot access rule is set forth in paragraph 11 of the accompanying declaration of Timothy S. Hillman, independent election supervisor ("Election Supervisor") for the 2026 IBT Election. (*See* Dkt. No. 4632.) Having considered the arguments made in the parties' supporting memorandum of law and the text of the proposed rule set forth in the declaration of the Election Supervisor, the Court grants the motion and approves the limited parking lot access rule.

**SO ORDERED.**

Dated:     New York, New York
           July 17, 2025

                                                *Loretta A. Preska*
                                       LORETTA A. PRESKA
                                       SENIOR U.S. DISTRICT JUDGE