**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 22, 2026

BY ECF
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States of America v. International Brotherhood of Teamsters*,
              No. 88 Civ. 4486 (LAP)

Dear Judge Preska:

    I write respectfully to inform the Court that I will be leaving the United States Attorney's Office. Accordingly, I request the entry of an order terminating my appearance in this matter. My colleague, AUSA Benjamin Torrance, has appeared in this matter and will continue to represent the interests of the Government in this case.

    I thank the Court for its consideration of this request.

                        Respectfully,

                        JAY CLAYTON
                        United States Attorney for the
                        Southern District of New York

        By:    /s/  *Rebecca S. Tinio*
              REBECCA S. TINIO
              Assistant United States Attorney
              Telephone: (212) 637-2774
              Email: rebecca.tinio@usdoj.gov
              *Counsel for the United States of America*