June 8, 2026

Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: United States v. International Brotherhood of Teamsters, No. 88 Civ. 4486 — Prospective Safeguard for Independent Election and Disciplinary Oversight Functions

Dear Judge Preska:

We write as engaged rank-and-file members of the International Brotherhood of Teamsters regarding the independent election and disciplinary oversight safeguards preserved under the Final Agreement and Order in United States v. International Brotherhood of Teamsters, No. 88 Civ. 4486.

We participate in union life, follow union governance, and have a direct interest in ensuring that the processes governing elections, discipline, representation, and member rights remain fair, independent, and reliable. Our interest is not factional; it is institutional.

We have reason to believe that our General President, Sean O'Brien, may seek to use removal-and-replacement language contained within the Final Order in a manner that could affect the independence or effectiveness of the independent review and investigative positions established by the Court-approved framework.

There are ongoing cases and investigations involving alleged improper dealings, including concerns regarding election-related conduct within our Union. For that reason, there is a significant need for the independent safeguards preserved under the Court-approved framework to remain in place and fully effective.

We also wish to inform the Court of our understanding that a vote may be brought before the delegates at the International Convention next week in Las Vegas.

Additionally, we are aware of reports from individuals with direct access to International Union leadership that our General President recently referenced a meeting with the President of the United States in connection with matters of concern to the Union. We do not raise this as a political issue, but as part of the broader context in which members are seeking assurance that independent oversight safeguards remain fully neutral, effective, and protected.

We respectfully thank the Court for its time and consideration of this matter.

Signed Concerned Rank and File Teamster Members
(Signature Pages Attached)

1

| PRINTED NAME/ LOCAL | Jennifer Cruz | 2010 |
|---|---|---|
| SIGNATURE / DATE | *Jennifer Cruz* | 06/08/2026 |
| PRINTED NAME/ LOCAL | Rosemary Stedronsky | 63 |
| SIGNATURE / DATE | *Rosemary Stedronsky* | 06/08/2026 |
| PRINTED NAME/ LOCAL | Marianna M Battiste | 2010 |
| SIGNATURE / DATE | *Marianna M Battiste* | 06/08/2026 |
| PRINTED NAME/ LOCAL | Christine Belliveau | 63 |
| SIGNATURE / DATE | *Christine Belliveau* | 06/08/2026 |
| PRINTED NAME/ LOCAL | Laura Newman | 2010 |
| SIGNATURE / DATE | *Laura Newman* | 06/08/2026 |
| PRINTED NAME/ LOCAL | Exzavian Rodriguez | 2010 |
| SIGNATURE / DATE | *Exzavian Rodriguez* | 06/08/2026 |
| PRINTED NAME/ LOCAL | Michael Sparks | 399 |
| SIGNATURE / DATE | *Michael Sparks* | 06/07/2026 |
| EdPRINTED NAME/ LOCAL | Barry Anderson | 856 |
| SIGNATURE / DATE | Barry Anderson | 06/08/26 |
| PRINTED NAME/ LOCAL | Johnny Clements | 631 |
| SIGNATURE / DATE | *Johnny Clements* | 06/08/2026 |
| PRINTED NAME/ LOCAL | Billy Lovci | 315 |
| SIGNATUAI Burton RE / DATE | *Billy Lovci* | 06/08/2026 |
| PRINTED NAME/ LOCAL | Norman Sauceda | 542 |
| SIGNATURE / DATE | *Norman Sauceda* | 6/9/2026 |
| PRINTED NAME/ LOCAL | Moe Nouhaili | 631 |

2

| | | |
|---|---|---|
| **SIGNATURE / DATE** | *Moe Nouhaili* | 6/8/2026 |
| **PRINTED NAME/ LOCAL** | Eduardo Rosales Local 2010 | 6/8/2026 |
| **SIGNATURE / DATE** | *Eduardo Rosales 6/8/2026* | |
| **PRINTED NAME/ LOCAL** | Pat Rosenbaum | 2010 |
| **SIGNATURE / DATE** | *Pat Rosenbaum* | • 6/8/2026 |
| **PRINTED NAME/ LOCAL** | Johnny Batres/Local 631 | |
| **SIGNATURE / DATE** | *Johnny Batres/06-08-2026* | |
| **PRINTED NAME/ LOCAL** | Al Burton/Local 399 | |
| **SIGNATURE / DATE** | *Al Burton 06/10/2026* | |
| **PRINTED NAME/ LOCAL** | Sandria Frost | 2010 |
| **SIGNATURE / DATE** | *Sandria Frost* | 6/9/2016 |
| **PRINTED NAME/ LOCAL** | Caroll L Thompson | 439 |
| **SIGNATURE / DATE** | *Caroll L. Thompson* | 06/10/2026 |
| **PRINTED NAME/ LOCAL** | Dianne E.Robinson | 391 |
| **SIGNATURE / DATE** | *Dianne Robinson* | 6/10/2026 |
| | | |
| **PRINTED NAME/ LOCAL** | Evette R. Avery | 728 |
| **SIGNATURE/DATE** | *Evette R. Avery* | 06/11/2026 |
| **PRINTED NAME/ LOCAL** | Flora Tolentino | 2010 |
| **SIGNATURE / DATE** | *Flora Tolentino* | 6/11/2026 |
| **PRINTED NAME/ LOCAL** | Alex Sanchez | 896/63/166 |
| **SIGNATURE / DATE** | | |

3

4

| PRINTED NAME/ LOCAL | | |
|---|---|---|
| SIGNATURE / DATE | | |
| PRINTED NAME/ LOCAL | | |
| SIGNATURE / DATE | | |