UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------X
UNITED STATES,                        :        88 CV 4486(LAP)
                                      :
                    Plaintiff,        :
                                      :            ORDER
        v.                            :
                                      :
Int'l Bhd. Of Teamsters,              :
                                      :
                    Defendant.        :
-------------------------------------X
```

LORETTA A. PRESKA, Senior United States District Judge:

Before the Court is the Joint Motion for Modification of Final Order and Entry of Revised Final Order. (Dkt. no. 4642.)

Any opposition shall be filed no later than July 1, 2026.


SO ORDERED.

Dated:    New York, New York
          June 24, 2026

_____
LORETTA A. PRESKA
Senior United States District Judge

1