UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                    Plaintiff,                        88-CV-4486 (LAP)

-against-

INTERNATIONAL    BROTHERHOOD    OF                    ORDER
TEAMSTERS,

                    Defendant.

---

LORETTA A. PRESKA, Senior United States District Judge:

The Court has received several requests from nonparties, including Teamsters members, to file letters in connection with the parties' Joint Motion for Modification of Final Order and Entry of Revised Final Order.  (Dkt. 4642.)  Without passing on whether these nonparties have standing to support or oppose the modification, the Court wishes to ensure that all interested parties have an opportunity to be heard.  Accordingly, the Court will permit nonparties to file such letters, provided that the letters are submitted by **July 14, 2026** and comply with the following requirements:

- The letter must be a <u>single PDF</u> that should not exceed five pages in length.  Any exhibits to the letter should be appended in the same PDF file.

- The letter shall state the full name of the nonparty, the nonparty's relationship to this litigation, and whether the nonparty prepared the letter at the direction or with the

assistance of any third party.  The letter shall also disclose whether it was prepared with the assistance of counsel and identify counsel if so.

- The PDF must be sent to **PreskaNYSDChambers@nysd.uscourts.gov.**

- Both the file name of the PDF and subject line of the email shall conform to the following format:
  - o  88-CV-4486 – [2026.MM.DD] Nonparty Submission From [Last Name, First Name]

- If a nonparty has previously contacted chambers, the nonparty should still resubmit a letter in compliance with the above requirements.  The Court will not consider or docket any emails to chambers that do not comply with these requirements.

- The letter should exclusively address the proposed modification of the Final Order and Consent Decree.  It is not an invitation to raise unrelated grievances with the Teamsters or the Government.

If the Government and Teamsters wish to respond to any nonparty submissions, they may do so by **July 28, 2026.**

    **SO ORDERED.**

Dated:    New York, New York
          June 30, 2026

_____
LORETTA A.  PRESKA
Senior United States District Judge

2